IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-KAJ |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Cordance Corporation ("Cordance"), for its Complaint against Defendant, Amazon.com, Inc. ("Amazon"), alleges:

**THE PARTIES**

1. Cordance is a Washington corporation having a principal place of business at 3020 Issaquah-Pinelake Road #74, Sammamish, Washington 98075.

2. Cordance, founded as Intermind in 1994, is the pioneering developer and provider of digital addressing technology. Cordance created digital addressing technology that has become the basis for the leading open standard for digital identity.

3. Amazon is a Delaware corporation having a principal place of business at 1200 12th Avenue South, Suite 1200, Seattle, Washington 98144.

4. Amazon is an online retailer of books, music, videos, consumer electronics, games, toys, gifts, electronic greeting cards, and other items.

## JURISDICTION AND VENUE

5. Subject matter jurisdiction for this patent infringement action, which arises under 35 U.S.C. § 1 et seq., is founded on 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Amazon. Amazon is incorporated in Delaware and does business within Delaware.

7. Venue in this District is proper under 28 U.S.C. §§ 1391, 1400.

## COUNT ONE – INFRINGEMENT OF U.S. PATENT NO. 6,757,710

8. Plaintiff Cordance incorporates the allegations of paragraphs 1 through 7 above as if fully set forth herein.

9. Cordance owns United States Patent No. 6,757,710 entitled "Object-Based On-line Transaction Infrastructure" ("the '710 Patent"), which issued on June 29, 2004, and thus has the right to sue for infringement of the '710 Patent. A copy of the '710 Patent is attached to this Complaint as Exhibit A.

10. Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of the '710 Patent, and continues to do so, including without limitation by implementing its "1-Click" ordering system.

11. On information and belief, Amazon's infringement of the '710 Patent is deliberate and willful.

12. Amazon's infringement of the '710 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## **RELIEF REQUESTED**

For the above reasons, Cordance respectfully requests that this Court:

A.  enter judgment that Amazon has infringed the '710 Patent;

B.  permanently enjoin Amazon and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for it or on its behalf, or acting in concert or privity with it, from continuing to infringe the '710 Patent;

C.  award Cordance compensatory damages pursuant to 35 U.S.C. § 284;

D.  award Cordance its costs and prejudgment and postjudgment interest, pursuant to 35 U.S.C. § 284 and other applicable law;

E.  award Cordance treble damages for willful infringement pursuant to 35 U.S.C. § 284;

F.  award Cordance its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

G.  award Cordance such other relief as the Court deems to be just and warranted.

## **JURY DEMAND**

Cordance respectfully requests a jury trial on all issues so triable.

ASHBY & GEDDES

*/s/ Steven J. Balick*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617-646-8000
Fax: 617-646-8646

Dated: September 7, 2006
172874.1