IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-491-KAJ |
| ) | |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

PLEASE ISSUE ALIAS SUMMONS to defendant Amazon.com, Inc. in the above action. On September 11, 2006, plaintiff attempted to affect service of the amended complaint on defendant's registered agent, but the process server inadvertently served the wrong registered agent. Plaintiff therefore requests that an alias summons be issued to defendant's correct registered agent, The Corporation Trust Company.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617-646-8000
Fax: 617-646-8646

Dated:  September 12, 2006

173097.1