AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

CORDANCE CORPORATION,

        Plaintiff,

        V.

AMAZON.COM, INC.,

        Defendant.

ALIAS **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-491-KAJ

TO: (Name and address of Defendant)

    Amazon.com, Inc.
    c/o The Corporation Trust Company (Registered Agent)
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    ASHBY & GEDDES
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

amended

PETER T. DALLEO

September 12, 2006

CLERK

DATE

_E. Strickler_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  September 12, 2006 |
| NAME OF SERVER (PRINT)  Shane Handlin | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  Personally served Amazon.com, Inc. by serving its registered agent at the address indicated on the front of this alias summons.

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/12/06 _____     *Shane Handlin* _____
                   Date                       Signature of Server

                                    _____
                                  *Address of Server*
                                    Parcels, Inc.
                                    230 N. Market Street
                                    Wilmington, DE  19801

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.