**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491 (KAJ) |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the First Amended Complaint in this action is extended to October 23, 2006.

ASHBY & GEDDES                                              POTTER ANDERSON & CORROON LLP

By:  */s/ Steven J. Balick*                                    By:  */s/ David E. Moore*
    Steven J. Balick (#2114)                                        Richard L. Horwitz (#2246)
    John G. Day (#2403)                                               David E. Moore (#3983)
    Tiffany Geyer Lydon (#3950)                                   Hercules Plaza, 6th Floor
    222 Delaware Avenue, 17th Floor                            1313 North Market Street
    Wilmington, DE  19899                                             Wilmington, Delaware 19889-0951
    Tel:  (302) 654-1888                                                   Telephone:  (302) 984-6000
    sbalick@ashby-geddes.com                                     rhorwitz@potteranderson.com
    jday@ashby-geddes.com                                          dmoore@potteranderson.com
    tlydon@ashby-geddes.com

*Attorney for Plaintiff*                                              *Attorneys for Defendant*
*Cordance Corporation*                                          *Amazon.com, Inc.*

IT IS SO ORDERED this _____ day of _____, 2006.

                                                                                                             United States District Court Judge

752476/30763