IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-491-KAJ |
| ) | |
| AMAZON.COM, INC., et al., ) | |
| ) | |
| Defendant and ) | |
| Counterclaimants. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and among plaintiff Cordance Corporation ("Cordance") and defendant/counterclaimant Amazon.com, Inc. and counterclaimant Amazon.com Holdings LLC ("collectively Amazon.com"), that Cordance shall serve and file its reply to Amazon.com's counterclaims in this matter on or before Wednesday December 13, 2006.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *David Ellis Moore* |
| Steven J. Balick (I.D. #2114) | Richard L. Horwitz (I.D. # 2246) |
| John G. Day (I.D. #2403) | David Ellis Moore (I.D. # 3983) |
| Tiffany Geyer Lydon (I.D. #3950) | 1313 N. Market Street |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19899-0951 |
| P.O. Box 1150 | Tel: (302) 984-6000 |
| Wilmington, DE 19899 | Fax (302) 658-1192 |
| 302-654-1888 | Rhorwitz@potteranderson.com |
| sbalick@ashby-geddes.com | Dmoore@pottersanderson.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Attorneys for Defendant/Counterclaimants* |
| *Attorneys for Plaintiff* | |
| 174921.1 | |

SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge