# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v., | ) C.A. No. 06-491 (KAJ) |
| | ) |
| AMAZON.COM, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT AMAZON.COM, INC AND COUNTERCLAIMANT AMAZON.COM HOLDINGS LLC

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com, Inc. discloses that it has no parent corporation and Counterclaimant Amazon.com Holdings LLC discloses that Amazon Global Resources, Inc. is the parent (owner) corporation of Amazon.com Holdings LLC.

Amazon.com, Inc. discloses that Legg Mason Inc. and affiliated funds owns 10% or more of the stock in Amazon.com, Inc. Amazon.com Holdings LLC discloses that no publicly held corporation owns 10% or more of its stock.

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
Gaurav Mathur
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated: November 14, 2006
761912 / 30763

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant and Counterclaim Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 14, 2006, the attached document was electronically mailed and hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

I hereby certify that on November 14, 2006, I have Electronically Mailed and Federal Expressed the documents to the following:

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
akessel@wolfgreenfield.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

757320