IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-491-*** (MPT) |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS AMAZON'S FOURTH COUNTERCLAIM

Plaintiff Cordance Corporation ("Cordance") moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss Amazon.com's and Amazon.com Holdings LLC's (collectively "Amazon") Fourth Counterclaim (the "Counterclaim"). The Counterclaim seeks a declaratory judgment that Cordance infringes U.S. Patent No. 6,269,369 (the "'369 Patent"), assigned on its face to Amazon.com Holdings, Inc.

The Court should dismiss the Counterclaim on any one of the following three grounds:

(1) Amazon did not (and cannot) allege that Cordance refused to change the course of its actions such that Cordance would have a reasonable apprehension that a suit by Amazon would be forthcoming, and thus the Court lacks subject matter jurisdiction over Amazon's claim for declaratory judgment.

(2) Alternatively, the Court should exercise its discretion not to hear the declaratory judgment claim as it would serve no useful purpose and waste limited party and judicial resources.

(3) Amazon has not alleged infringement or inducement with the particularity required under the Federal Rules and thus fails to state a claim upon which relief may be granted.

In support of this motion, Cordance relies on the Opening Memorandum of Law filed herewith.

        ASHBY & GEDDES

        */s/ Steven J. Balick*
        Steven J. Balick (I.D. #2114)
        John G. Day (I.D. #2403)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE 19899
        302-654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com
        tlydon@ashby-geddes.com

        *Attorneys for Plaintiff*
        *Cordance Corporation*

*Of Counsel:*
Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
617-646-8000
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
akessel@wolfgreenfield.com

Dated: December 26, 2006
176357.1