IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-491-*** |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of January, 2007, copies of

**CORDANCE'S INITIAL DISCLOSURES** were served upon the following counsel of record

at the address and in the manner indicated:

Richard L. Horwitz, Esquire                                         <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Lynn H. Pasahow, Esquire                                         <u>VIA FEDERAL EXPRESS</u>
Fenwick & West LLP
801 California Street
Mountain View, CA  94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. # 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel.: 617-646-8000
Fax: 617-646-8646

Dated: January 5, 2007
174754.1