**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-491*** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel for defendant Amazon.com, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on January 5, 2007, on the attorneys of record at the following addresses by electronic mail:

DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1);

DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF CORDANCE CORPORATION;

DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S FIRST SET OF REQUESTS FOR INSPECTION AND PRODUCTION OF DOCUMENTS AND THINGS.

**VIA HAND DELIVERY**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
akessel@wolfgreenfield.com


OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
Gaurav Mathur
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Dated:  January 5, 2007

770551 / 30763


POTTER ANDERSON & CORROON LLP


By:   /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware  19801
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com


*Attorneys for Defendant and Counterclaim
Plaintiffs Amazon.com, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 5, 2007, the attached document

was electronically mailed and hand delivered to the following persons and was

electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading:

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

I hereby certify that on January 5, 2007, I have Electronically Mailed the

documents to the following:

Michael A. Albert
Robert M. Abrahamsen
Adam J. Kessel
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
akessel@wolfgreenfield.com

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

757320 / 30763