IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-### (MPT) |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DRUMMOND REED IN SUPPORT OF CORDANCE'S
MOTION TO DISMISS AMAZON'S FOURTH COUNTERCLAIM**

I, Drummond Reed, declare and state:

1.    I am Chief Technical Officer of Cordance Corporation, the plaintiff in the above-captioned case.

2.    I have personal knowledge of the facts and events described below.

3.    On or about December 13, 2006, I requested that the webmaster responsible for the inames.net website remove all references to the Unified Address Book Service from that website.

4.    It was subsequently brought to my attention that a few references to the Unified Address Book Service remained on some of the pages.  I subsequently identified and requested the remaining references be removed as well.  All remaining references were subsequently removed.

5.    To the best of my knowledge, the website inames.net does not now contain any references to the Unified Address Book service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: January 22, 2007

Drummond Reed