**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-*** |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **23rd** day of **January, 2007**.

IT IS ORDERED that a status teleconference scheduled for **Tuesday, January 30, 2007 at 12:00 Noon Eastern Time** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call**.

IT IS FURTHER ORDERED that the teleconference scheduled for March 6, 2007 and the Tutorial scheduled for May 17, 2007 are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE