## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-*** |
| AMAZON.COM, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **30th** day of **January, 2007**.

As a result of the teleconference with counsel on January 30, 2007,

IT IS ORDERED that:

1. The Interim Status report is now due Monday, September 10, 2007 and the Status Conference is scheduled for Monday, September 17, 2007 at 11:00 a.m. Eastern time. At present, all other provisions of the Scheduling Order (D.I. 19) remain in effect.

2. The transcript of the January 30, 2007 teleconference shall operate as an order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE