IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-*** (MPT) |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE
TO EXERCISE JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have The Honorable Mary Pat Thynge, United States Magistrate Judge, conduct any and all proceedings in this case, except mediation, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings. This consent applies only to The Honorable Mary Pat Thynge and not to any other United States Magistrate Judge.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Richard L. Horwitz* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff* | Richard L. Horwitz (I.D. # 2246)<br>David Ellis Moore (I.D. # 3983)<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6000<br>Fax (302) 658-1192<br>Rhorwitz@potteranderson.com<br>Dmoore@pottersanderson.com<br><br>*Attorneys for Defendant* |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings, except mediation, and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

| Date | United States District Judge |
|---|---|

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.