## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-*** |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **9th** day of **February, 2007**.

IT IS ORDERED that the tutorial scheduled for May 18, 2007 at 9:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE