IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )        C.A. No. 06-491-MPT
                                 )
AMAZON.COM, INC.,                )
                                 )
            Defendant.           )

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Adam J. Kessel, Esquire, counsel for

plaintiff Cordance Corporation, hereby withdraws from this case, effective immediately.  Wolf,

Greenfield & Sacks, P.C. shall continue to represent Cordance Corporation as lead counsel, and

Ashby & Geddes shall continue to represent Cordance Corporation as Delaware counsel in this

action.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com

Dated: April 2, 2007

179381.1