IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-MPT |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **8th** day of **May, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 10, 2007 at 10:00 a.m. Eastern Time** with Judge Thynge to address a discovery issue. **David Moore, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE