**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-MPT |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **10th** day of **May, 2007**.

A teleconference was held on May 10, 2007 with Judge Thynge to address the discovery issues as contained in the parties' recent letters. Cordance's motion to dismiss was also discussed.

IT IS ORDERED that the findings and determinations made by the Court during the May 10, 2007 teleconference shall serve as an Order of the Court in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE