

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

July 6, 2007

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

      Re:    <u>Cordance Corporation v. Amazon.com, Inc.</u>, C.A. No. 06-491-MPT

Dear Judge Thynge:

      After some discussions between the parties regarding Amazon.com's declaratory judgment counterclaim and Cordance's pending Motion to Dismiss that counterclaim, Amazon.com respectfully submits the following clarification of its allegations.

      Cordance filed this action against Amazon.com alleging infringement of one of its patents.  In its Answer, Amazon.com asserted several counterclaims one of which is a declaratory judgment of infringement of U.S. Patent No. 6,269,369 (the "'369 patent").  In its declaratory judgment counterclaim, Amazon.com alleged that Cordance's iNames, the Contact Service and the Unified Address Book infringe at least one claim of the '369 patent. Amazon.com did not allege that each of the three accused products infringes the '369 patent, but instead alleged that the three accused products when used in conjunction—the use intended by Cordance—infringe the '369 patent.  In case there is any confusion, none of the statements made by Amazon.com in its opposition to Cordance's Motion to Dismiss or its subsequent letter briefs were intended to suggest otherwise.

      Amazon.com has already provided the above clarification to Cordance, but please advise whether the Court would like to receive further clarification on the issue.

                                        Respectfully,

                                        */s/ Richard L. Horwitz*

                                        Richard L. Horwitz

805540 / 30763
cc:    Clerk of the Court (via hand delivery)
        Steven J. Balick (via electronic mail)
        John G. Day (via electronic mail)
        Robert M. Abrahamsen (via electronic mail)