# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., )<br>)<br>Defendant. ) | C.A. No. 06-491-MPT<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the Scheduling Order (D.I. 21) dated December 6, 2006 is hereby amended as follows:

1. the deadline for filing all motions to join other parties, or to amend or supplement the pleadings is extended from August 31, 2007 to October 8, 2007.

All remaining dates shall remain unchanged.

| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
|---|---|
| By: */s/ David E. Moore*<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19899<br>   Tel: (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   dmoore@potteranderson.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Amazon.com, Inc.* | By: */s/ Tiffany Geyer Lydon*<br>   Steven J. Balick (#2114)<br>   John G. Day (#2403)<br>   Tiffany Geyer Lydon (#3950)<br>   500 Delaware Avenue, 8th Floor<br>   Wilmington, DE 19899<br>   Tel: (302) 654-1888<br>   sbalick@ashby-geddes.com<br>   jday@ashby-geddes.com<br>   tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff Cordance Corporation* |

SO ORDERED this ____ day of _____, 2007.

_____
Honorable Mary Pat Thynge