**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-491-MPT |
| | : |
| AMAZON.COM, INC., | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **21ˢᵗ** day of **August, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 28, 2007 at 4:00 p.m. EST** with Magistrate Judge Thynge to address a discovery dispute. **Tiffany Lydon, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE