IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-MPT |
| AMAZON.COM, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **4th** day of **September, 2007**.

IT IS ORDERED that the rulings as contained in the teleconference of August 28, 2007 regarding the protective order/access disputes serve as an order in this matter, including the requirement to resolve the protective order issue/definition relating toe ecommerce on or before September 7, 2007.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE