IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Civil Action No. 06-491-MPT |

## JOINT STATUS REPORT

Pursuant to the Court's Order of January 30, 2007 and in preparation for the Status Conference scheduled for September 17, 2007 at 11 a.m. eastern time, Plaintiff Cordance Corporation ("Cordance") and Defendant Amazon.com, Inc. ("Amazon") by and through their undersigned attorneys submit this Joint Status Report.

### Background of the Case

1. Cordance filed suit against Amazon on August 8, 2006, asserting one count of patent infringement. The case was originally assigned to Judge Jordan. Following Judge Jordan's appointment to the Third Circuit, all of his cases were reassigned to the vacant judicial position and referred to Magistrate Judge Thynge for all pre-trial proceedings. On February 2, 2007, the parties filed with the Court their consent to the exercise of jurisdiction by Judge Thynge.

2. In its Complaint, Cordance claims that Amazon infringes its U.S. Patent No. 6,757,710 ("'710 patent"). Amazon denies that it infringes the '710 patent and asserts a First Counterclaim for a declaration of non-infringement of the '710 patent and a Second

Counterclaim for a declaration of invalidity of the '710 patent. In addition, Amazon asserts a Fourth Counterclaim for a declaration that future activities of Cordance and/or third parties will infringe its U.S. Patent No. 6,269,369 ("'369 patent"). Cordance filed a Motion to Dismiss Amazon's Fourth Counterclaim for lack of subject matter jurisdiction.

### Pending Motions

3. Cordance filed a Motion to Dismiss Amazon's Fourth Counterclaim on December 26, 2006, and the Motion has been fully briefed since January 22, 2007. Since the briefing on the Motion was completed, Cordance and Amazon have written several letters to the Court to inform the Court of recent Supreme Court and Federal Circuit cases bearing on the Motion to Dismiss.

### Status of Discovery

4. The parties have appeared before the Court on two occasions, May 10, 2007 and July 25, 2007, to resolve a discovery dispute regarding whether Amazon was entitled to discovery from Cordance relating to the merits of Amazon's Fourth Counterclaim. The Court granted a limited scope of discovery directed solely to "documents sufficient to show Cordance's involvement, whether direct or [in]direct, in the design, development, advertising and marketing of accused products."

5. The parties appeared before the Court on August 28, 2007, to resolve a dispute over two provisions in a proposed Protective Order. In light of the Court's guidance, this dispute has now been resolved and a proposed stipulated Protective Order has been filed with the Court.

6. The parties exchanged initial document productions on August 23, 2007. Both parties will be supplementing these initial document productions.

2

## Proposed Changes to Schedule

7. The parties jointly propose to modify the scheduling order. Because of delays in the discovery process arising from the two discovery disputes, the parties have agreed that certain events in the schedule need to be postponed by about 60 days. The extra time is needed to allow the parties to evaluate each other's documents and prepare for future stages of litigation. In particular, until the recent resolution of the Protective Order issues, the parties were unable even to begin the exchange of most confidential documents, which has only now gotten underway. The parties also agree that other modifications to the schedule would facilitate the overall litigation. These changes include moving the deadlines for expert reports and for dispositive motions until after the claim construction hearing. The attached Exhibit A presents the current schedule and the proposed schedule.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ *Tiffany Geyer Lydon* | /s/ *David Ellis Moore* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | Richard L. Horwitz (I.D. #2246)<br>David Ellis Moore (I.D. #3983)<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Rhorwitz@potteranderson.com<br>Dmoore@pottersanderson.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## EXHIBIT A

| Event | Current schedule | Proposed schedule |
|---|---|---|
| Interim Status Report (Per 1/30/07 Order, ¶1) | September 10, 2007 | Date remains |
| Status Conference (Per 1/30/07 Order, ¶1) | September 17, 2007 11:00 a.m. | Date remains |
| Parties to Identify Claim Terms to Be Construed (Per 12/6/06 Scheduling Order, ¶11) | October 1, 2007 | November 30, 2007 |
| File Motion to Join other parties or Amend or Supplement Pleadings (Per 8/7/2007 Stipulation and Order, ¶1) | October 8, 2007 | December 7, 2007 |
| Parties to Exchange Preliminary Proposed Constructions (Per 12/6/06 Scheduling Order, ¶11) | October 15, 2007 | December 14, 2007 |
| Submit Joint Claim Construction Chart (Per 12/6/06 Scheduling Order, ¶11) | February 8, 2008 | Date remains |
| Opening Claim Construction Briefs (Per 12/6/06 Scheduling Order, ¶12) | February 19, 2008 | Date remains |
| Responsive Claim Construction Briefs (Per 12/6/06 Scheduling Order, ¶12) | March 17, 2008 | Date remains |
| Claim Construction Hearing (Per 12/6/06 Scheduling Order, ¶13) | May 5, 2008 2:00 p.m. | Date remains |
| File Opening Expert Disclosure (on issues for which the burden is carried) Per FRCP 26(a)(2) (Per 12/6/06 Scheduling Order, ¶3f) | November 5, 2007 | May 16, 2008 |
| Fact discovery cut-off (Per 12/6/06 Scheduling Order, ¶3e) | February 1, 2008 | May 28, 2008 |
| File Supplement Expert Disclosure (Rebuttal reports) (Per 12/6/06 Scheduling Order, ¶3f) | December 3, 2007 | June 13, 2008 |
| Expert discovery cut-off | | June 27, 2008 |
| File Opening Brief of Case Dispositive Motion (Per 12/6/06 Scheduling Order, ¶10) | March 3, 2008 | July 14, 2008 |
| File Opposition to Case Dispositive Motion (Per 12/6/06 Scheduling Order, ¶10) | March 31, 2008 | August 11, 2008 |
| File Reply ISO Case Dispositive Motion (Per 12/6/06 Scheduling Order, ¶10) | April 14, 2008 | August 25, 2008 |
| File *Daubert* Motions (Per 12/6/06 Scheduling Order, ¶3f) | March 3, 2008 | September 8, 2008 |
| File Joint Proposed Final Pretrial Order (Per 12/6/06 Scheduling Order, ¶15) | August 4, 2008 | October 3, 2008 |
| File Voir Dire, Jury Instr. & Special Verdict forms and Jury Interrogatories (Per 12/6/06 Scheduling Order, ¶17) | August 29, 2008 | October 28, 2008 |

| | | |
|---|---|---|
| Pretrial Conference<br>(Per 12/6/06 Scheduling Order, ¶15) | September 3, 2008<br>4:30 p.m. | November 3, 2008 (or another date around this time that suits the Court) |
| Trial Commences<br>(Per 12/6/06 Scheduling Order, ¶18) | September 29, 2008<br>9:30 a.m. | December 1, 2008 (or another date around this time that suits the Court) |