IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | C.A. No. 06-491-MPT |

**STIPULATED ORDER APPROVING**
**FILING OF SECOND AMENDED COMPLAINT**

WHEREAS Plaintiff Cordance Corporation wishes to file a Second Amended Complaint in Civil Action No. 06-491 in the form attached hereto at Tab 1 (the "Second Amended Complaint");[1] and

WHEREAS Defendant Amazon.com, Inc. does not oppose Cordance's filing of its Second Amended Complaint;

WHEREAS, the parties agree that the proposed amendments will necessitate an extension of the case schedule;

WHEREAS, the parties cannot agree on the appropriate length of extension to the case schedule;

WHEREAS, the parties agree that a telephonic conference with the Court would be an appropriate procedure by which to address and resolve the impact the proposed amendment will have on the case schedule;

---

[1] Attached hereto as Tab 2 is a tracked version showing the changes from the First Amended Complaint (D.I. 6).

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, that, subject to the Court's approval, a telephonic conference be held on _____ to address and resolve the appropriate length of extension to the case schedule, and thereafter, subject to the Court's approval, that the Second Amended Complaint attached hereto at Tab 1 will be deemed filed and served as of the date of entry of the new case schedule.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ David Ellis Moore* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Richard L. Horwitz (I.D. #2246) |
| John G. Day (I.D. #2403) | David Ellis Moore (I.D. #3983) |
| Tiffany Geyer Lydon (I.D. #3950) | 1313 N. Market Street |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899-0951 |
| P.O. Box 1150 | (302) 984-6000 |
| Wilmington, DE 19899 | Rrhorwitz@potteranderson.com |
| 302-654-1888 | Dmoore@pottersanderson.com |
| sbalick@ashby-geddes.com | |
| jday@ashby-geddes.com | *Attorneys for Defendant* |
| tlydon@ashby-geddes.com | |
| | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge

185963.1