IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | C.A. No. 06-491-MPT |

**STIPULATED ORDER APPROVING
FILING OF SECOND AMENDED COMPLAINT**

WHEREAS Plaintiff Cordance Corporation wishes to file a Second Amended Complaint in Civil Action No. 06-491 in the form attached hereto at Tab 1 (the "Second Amended Complaint");[1] and

WHEREAS Defendant Amazon.com, Inc. does not oppose Cordance's filing of its Second Amended Complaint;

WHEREAS, the parties agree that the proposed amendments will necessitate an extension of the case schedule;

WHEREAS, the parties cannot agree on the appropriate length of extension to the case schedule;

WHEREAS, the parties agree that a telephonic conference with the Court would be an appropriate procedure by which to address and resolve the impact the proposed amendment will have on the case schedule;

---

[1] Attached hereto as Tab 2 is a tracked version showing the changes from the First Amended Complaint (D.I. 6).

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, that, subject to the Court's approval, a telephonic conference be held on 11/28/07 at 5:30 to address and resolve the appropriate length of extension to the case schedule, and thereafter, subject to the Court's approval, that the Second Amended Complaint attached hereto at Tab 1 will be deemed filed and served as of the date of entry of the new case schedule.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON, LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ David Ellis Moore |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff* | Richard L. Horwitz (I.D. #2246)<br>David Ellis Moore (I.D. #3983)<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Rrhorwitz@potteranderson.com<br>Dmoore@pottersanderson.com<br><br>*Attorneys for Defendant* |

SO ORDERED this 20 day of November, 2007.

_____
United States Magistrate Judge

185963.1