**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-MPT |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **27th** day of **November, 2007**.

IT IS ORDERED that the teleconference scheduled for Wednesday, November 28, 2007 at 5:30 p.m. Eastern Time with Judge Thynge to address the proposed second amended complaint and the schedule has been rescheduled for **Thursday, November 29, 2007 at 11:30 a.m. Eastern Time**.  **Steven J. Balick, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE