IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**REPLY TO FIRST AMENDED
COUNTERCLAIMS OF DEFENDANT AMAZON.COM, INC.**

Plaintiff, Cordance Corporation ("Cordance"), replies to the First Amended Counterclaims of defendant, Amazon.com, Inc. ("Amazon") (D.I. 24) as follows:

**FIRST AMENDED COUNTERCLAIMS**

1. Admits that Amazon.com filed the stated counterclaims, but otherwise denies.

**THE PARTIES**

2. Admits.

3. Admits.

**JURISDICTION AND VENUE**

4. Denies.

5. Admits, except denies that subject matter jurisdiction exists.

6. Admits, except denies that subject matter jurisdiction exists.

7. Denies.

## FIRST COUNTERCLAIM

8. Restates and incorporates by reference the replies to the averments stated in paragraphs 1-7.

9. Admits.

10. Admits.

11. Denies.

## SECOND COUNTERCLAIM

12. Restates and incorporates by reference the replies to the averments stated in paragraphs 1-11.

13. Denies.

## THIRD COUNTERCLAIM

14. Restates and incorporates by reference the replies to the averments stated in paragraphs 1-13.

15. Lacks sufficient information to form a belief as to the truth or falsity of the averments in paragraph 15, and therefore denies.

16. Lacks sufficient information to form a belief as to the truth or falsity of the averments in paragraph 16, and therefore denies.

17. Lacks sufficient information to form a belief as to the truth or falsity of the averments in paragraph 17, and therefore denies.

18. Lacks sufficient information to form a belief as to the truth or falsity of the averments in paragraph 18, and therefore denies.

## FOURTH COUNTERCLAIM

19. Restates and incorporates by reference the replies to the averments stated in paragraphs 1-17.

20. Admits that a copy of the '369 patent was attached to the counterclaims that on its face indicates it issued on July 31, 2001 and identifies Brian D. Robertson as the sole inventor and Amazon.com Holdings, Inc. as the assignee, but otherwise denies.

21. Denies.

22. Lacks sufficient information to form a belief as to the truth or falsity of the averments in paragraph 22, and therefore denies.

23. Denies.

24. Denies.

25. Denies.

26. Denies.

## AFFIRMATIVE DEFENSES

1. Cordance has not infringed the '369 patent and has not taken concrete steps with the intent of performing acts that would infringe the '369 patent.

2. The '369 patent is invalid for failure to satisfy one or more of the conditions for patentability specified in Title 35 of the United States Code, § 1, *et seq*.

3. The Court lacks subject matter jurisdiction to hear Amazon's Fourth Counterclaim.

4. Amazon's Fourth Counterclaim is barred by laches and unclean hands.

## PRAYER FOR RELIEF

WHEREFORE, Cordance prays for judgment with respect to Amazon's counterclaims as follows:

a. this Court enter judgment against Amazon and in favor of Cordance on Amazon's counterclaims and that such counterclaims be dismissed with prejudice;

b. this Court find and declare that the claims of the '710 patent have been and continue to be infringed by Amazon;

    c.    this Court find and declare that the claims of the '710 patent are valid and enforceable;

    d.    this Court find and declare that Cordance has not infringed the '369 patent and has not taken concrete steps with the intent of performing acts that would infringe the '369 patent;

    e.    this Court find and declare the claims of the '369 patent are invalid and unenforceable;

    f.    this Court dismiss the Fourth Counterclaim for lack of subject matter jurisdiction;

    g.    this Court award Cordance its attorneys' fees pursuant to 35 U.S.C. § 285 or otherwise;

    h.    this Court award Cordance its costs; and

    i.    this Court award Cordance such other and further relief as the Court shall deem just and proper.

## **JURY DEMAND**

Cordance respectfully requests a jury trial on all issues so triable.

ASHBY & GEDDES

/s/ *John G. Day*

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated: December 6, 2007
186491.1