**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-491-MPT |
| ) | |
| AMAZON.COM, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**AMAZON.COM'S OPPOSITION TO CORDANCE'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS REQUEST FOR RECONSIDERATION OF ITS MOTION TO DISMISS (D.I. 98)**

Cordance's proposed Reply Brief in Support of its Motion for Reconsideration adds nothing new to the briefing on Cordance's motion and accordingly need not be considered by the Court. The proposed Reply repeats the argument from the opening brief that Cordance's promise to refrain from "standardizing, promoting, commercializing and/or operating the UAB service" somehow moots Amazon.com's counterclaim for a declaration of infringement of its U.S. Patent No. 6,269,369 ("'369 patent"). Amazon.com addressed this argument and made clear that, regardless of Mr. Reed's promise, Cordance's activities support an actual case or controversy. The Court's Order recognizes as much. *See* Memorandum Order at 7-8; *see also* D.I. 82 (Amazon.com's Opposition to Cordance's Motion for Reconsideration). For example, Cordance's standardization and promotion of its i-names technology for use in conjunction with what it now calls "identity services," such as the Unified Address Book, and Cordance's promotion of i-brokers that advertise it, gives this Court jurisdiction to hear this dispute.

Cordance's supposed justification for further briefing is misplaced. It mischaracterizes Amazon.com's infringement allegations and incorrectly suggests a contradiction between Amazon.com's Opposition to Cordance's Request for Reconsideration (D.I. 93) ("Opposition")

and Amazon.com's clarification letter sent to the Court on July 6, 2007 (D.I. 60) (the "July 6, 2007 Letter"). That letter was filed to dispel Cordance's purported confusion about the allegations in Amazon.com's counterclaim. In it, Amazon.com clarified that the i-names technology, the Contact Service and the Unified Address Book when used in conjunction infringe the asserted patent, as opposed to each one in a vacuum. It did not concede that removing a particular one (or some) portion of the totality of Cordance's activities would render Cordance not liable for infringement. Contrary to what Cordance suggests, Amazon.com's Opposition to Cordance's Request for Consideration, did not state that Cordance will continue to infringe the asserted patent even if it "has no involvement whatsoever with the Unified Address Book." Rather, Amazon.com's Opposition indicates that Cordance can still be liable as an infringer even if it were to refrain from the specific activities indicated in Mr. Reed's Declaration. For example, Cordance's activities in standardizing and promoting the underlying i-names technology—without which the Unified Address Book cannot work—and Cordance's promotion of its i-brokers that continue to advertize the Unified Address Book may make it liable as an indirect or joint infringer.

The Court has already ruled on the issues raised in Cordance's Motion for Reconsideration, the parties have fully briefed the issues raised therein, and there is no need for the Court to consider Cordance's proposed Reply Brief. For these reasons, Amazon.com respectfully requests that this Court deny Cordance's Motion for Leave to File.

                                Respectfully submitted,

                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lynn H. Pasahow  
J. David Hadden  
Darren E. Donnelly  
Saina S. Shamilov  
Ryan Marton  
FENWICK & WEST LLP  
801 California Street  
Mountain View, CA 94041  
Tel: (650) 988-8500  

By:   */s/ David E. Moore*  
      Richard L. Horwitz (#2246)  
      David E. Moore (#3983)  
      Hercules Plaza, 6th Floor  
      1313 N. Market Street  
      Wilmington, Delaware 19801  
      Tel: (302) 984-6000  
      rhorwitz@potteranderson.com  
      dmoore@potteranderson.com  

Dated: January 2, 2008  
840387 / 30763

*Attorneys for Defendant and Counterclaim Plaintiff Amazon.com, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 2, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 2, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Wolf, Greenfield & Sacks, P.C. |
| Ashby & Geddes | 600 Atlantic Avenue |
| 500 Delaware Avenue, 8th Floor | Boston, MA 02210-2206 |
| Wilmington, DE 19899 | malbert@wolfgreenfield.com |
| sbalick@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

757320 / 30763