# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 14, 2008

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Cordance Corp. v. Amazon.com, Inc.*,
C.A. No. 06-491-MPT

Dear Judge Thynge:

Pursuant to Local Rule 7.1.4, Plaintiff Cordance Corporation hereby requests oral argument on its Request for Reconsideration of Cordance's Motion to Dismiss in View of New Evidence (D.I. 89).

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon

187297.1

cc: Richard L. Horwitz, Esquire (by hand and via electronic mail)
Lynn H. Pasahow, Esquire (via electronic mail)
Michael A. Albert, Esquire (via electronic mail)