

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 15, 2008

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Cordance Corporation v. Amazon.com, Inc.*,
            C.A. No. 06-491-MPT

Dear Magistrate Judge Thynge:

    We have received Cordance's request for oral argument on its motion for reconsideration. Although we do not believe oral argument is necessary, we would be happy to appear and argue if that would be helpful to the Court.

                                Respectfully,

                                */s/ David E. Moore*

                                David E. Moore

DEM:nmt/842673/30673
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)