## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-MPT |
| AMAZON.COM, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **25th** day of **March, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, April 1, 2008 at 1:00 p.m.** with Magistrate Judge Thynge to address a discovery matter. **Tiffany Geyer Lydon, Esquire shall initiate the teleconference call.** Pursuant to the provisions of Paragraph 3(f) of the Amended Scheduling Order dated December 11, 2007, the parties letters are due **Thursday, March 27 and Friday, March 28, 2008,** respectively. The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE