## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-MPT |
| | : | |
| AMAZON.COM, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **1st** day of **April, 2008**.

IT IS ORDERED that on April 1, 2008, the Court held a teleconference with counsel regarding discovery issues contained in D.I. 124, 125, 126 and 127.  The discussions and decisions contained in the transcript of the April 1, 2008 teleconference shall serve as the Order in this matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE