## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION,      ) | |
|      ) | |
|    Plaintiff,      ) | |
|      ) | C.A. No. 06-491-MPT |
|    v.      ) | |
|      ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.,      ) | |
|      ) | |
|    Defendant.      ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant and counterclaim plaintiff Amazon.com, Inc.

hereby certifies that true and correct copies of the following documents were caused to be served

on March 31, 2008, upon the following attorneys of record as indicated below:

> DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S RESPONSES
> AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES
>
> DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S RESPONSES
> AND OBJECTIONS TO PLAINTIFF'S FOURTH SET OF INTERROGATORIES

## VIA U.S. MAIL

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Wolf, Greenfield & Sacks, P.C. |
| Ashby & Geddes | 600 Atlantic Avenue |
| 500 Delaware Avenue, 8th Floor | Boston, MA 02210-2206 |
| Wilmington, DE 19899 | malbert@wolfgreenfield.com |
| sbalick@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| jday@ashby-geddes.com | akessel@wolfgreenfield.com |
| tlydon@ashby-geddes.com | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
Gaurav Mathur
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Dated:  April 1, 2008
858284 / 30763

By:   */s/ David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware  19801
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant and Counterclaim
Plaintiff Amazon.com, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 1, 2008, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on April 1, 2008, the attached document was Electronically Mailed

to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

757320 / 30763