IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-491-MPT |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 24th day of April, 2008, **NOTICE OF DEPOSITION** of Brian S. O'Neill was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire                         VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP                  and First-Class Mail
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Ryan Marton, Esquire                                   VIA ELECTRONIC MAIL
Fenwick & West LLP                                    and First-Class Mail
801 California Street
Mountain View, CA  94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated: April 24, 2008
186635.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

Richard L. Horwitz, Esquire                                      VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Lynn H. Pasahow, Esquire                                      VIA ELECTRONIC MAIL
Fenwick & West LLP
801 California Street
Mountain View, CA 94041


                                           */s/ Tiffany Geyer Lydon*
                                           Tiffany Geyer Lydon