IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-491-MPT |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of April, 2008, **AMENDED NOTICE OF DEPOSITION** of John Cormie was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                             VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP                       and First-Class Mail
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Ryan Marton, Esquire                                VIA ELECTRONIC MAIL
Fenwick & West LLP                                  and First-Class Mail
801 California Street
Mountain View, CA  94041

                                    ASHBY & GEDDES

                                    */s/ Tiffany Geyer Lydon*

                                    _____
                                    Steven J. Balick (I.D. #2114)
                                    John G. Day (I.D. #2403)
                                    Tiffany Geyer Lydon (I.D. #3950)
                                    500 Delaware Avenue, 8th Floor
                                    P.O. Box 1150
                                    Wilmington, DE 19899
                                    (302) 654-1888
                                    sbalick@ashby-geddes.com
                                    jday@ashby-geddes.com
                                    tlydon@ashby-geddes.com

                                    *Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated:  April 30, 2008
186635.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Lynn H. Pasahow, Esquire<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon