IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2008, **SECOND AMENDED NOTICE OF DEPOSITION** of Brian S. O'Neill was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire  
Potter Anderson & Corroon LLP  
Hercules Plaza, 6th Floor  
1313 North Market Street  
Wilmington, DE  19801

VIA ELECTRONIC MAIL  
and First-Class Mail

Ryan Marton, Esquire  
Fenwick & West LLP  
801 California Street  
Mountain View, CA  94041

VIA ELECTRONIC MAIL  
and First-Class Mail

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____  
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
jday@ashby-geddes.com  
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated: May 2, 2008
186635.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:


| | |
|---|---|
| David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | <u>VIA ELECTRONIC MAIL</u> |
| Lynn H. Pasahow, Esquire<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon