IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2008, **SECOND AMENDED NOTICE OF DEPOSITION** of John Cormie was served upon the following counsel of record at the address and in the manner indicated:

David E. Moore, Esquire                          VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP                    and First-Class Mail
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

Ryan Marton, Esquire                             VIA ELECTRONIC MAIL
Fenwick & West LLP                               and First-Class Mail
801 California Street
Mountain View, CA  94041

                                                                                             ASHBY & GEDDES

                                                                                              */s/ Tiffany Geyer Lydon*

                                                                                                                          _____
                                                                                               Steven J. Balick (I.D. #2114)
                                                                                               John G. Day (I.D. #2403)
                                                                                               Tiffany Geyer Lydon (I.D. #3950)
                                                                                               500 Delaware Avenue, 8th Floor
                                                                                              P.O. Box 1150
                                                                                              Wilmington, DE 19899
                                                                                              (302) 654-1888
                                                                                              sbalick@ashby-geddes.com
                                                                                              jday@ashby-geddes.com
                                                                                              tlydon@ashby-geddes.com

                                                                                              *Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated: May 2, 2008
186635.1

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | <u>VIA ELECTRONIC MAIL</u> |
| Lynn H. Pasahow, Esquire<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041 | <u>VIA ELECTRONIC MAIL</u> |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tiffany Geyer Lydon*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Tiffany Geyer Lydon