**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-491-MPT |
| | : |
| AMAZON.COM, INC., | : |
| | : |
| Defendant. | : |

**ORDER**

At Wilmington this **20th** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 27, 2008 at 10:00 a.m.** with Magistrate Judge Thynge to address a discovery matter. **Tiffany Geyer Lydon, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter. The initial letter shall be due no later than **Wednesday, May 21, 2008** and the response due no later than **Thursday, May 22, 2008.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE