IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-491-MPT |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of May, 2008, **CORDANCE'S SECOND SUPPLEMENTAL RESPONSES TO AMAZON'S THIRD SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esquire VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Lynn H. Pasahow, Esquire VIA ELECTRONIC MAIL
Fenwick & West LLP and First-Class Mail
801 California Street
Mountain View, CA 94041

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated: May 22, 2008
186635.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| Lynn H. Pasahow, Esquire<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041 | **VIA ELECTRONIC MAIL** |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon