IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER APPROVING
FILING OF THIRD AMENDED COMPLAINT**

WHEREAS Plaintiff Cordance Corporation moves to file a Third Amended Complaint in Civil Action No. 06-491 in the form attached hereto at Tab 1 (the "Third Amended Complaint");[1] and

WHEREAS Defendant Amazon.com, Inc. does not oppose Cordance's filing of its Third Amended Complaint;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, subject to the Court's approval, that the Third Amended Complaint attached hereto at Tab 1 is deemed filed and served as of the date this Stipulated Order is approved by the Court.

---

[1]  Attached hereto as Tab 2 is a tracked version showing the changes from the Second Amended Complaint (see D.I. 83, D.I. 90).

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON, LLP

/s/ David Ellis Moore
_____
Richard L. Horwitz (I.D. #2246)
David Ellis Moore (I.D. #3983)
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2008.


_____
United States Magistrate Judge

# TAB 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC. and AMAZON WEB | ) | DEMAND FOR JURY TRIAL |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## THIRD AMENDED COMPLAINT

Plaintiff, Cordance Corporation ("Cordance"), for its Complaint against Defendants,

Amazon.com, Inc. ("Amazon") and Amazon Web Services, LLC ("AWS") alleges:

## THE PARTIES

1.      Cordance is a Washington corporation having a principal place of business at

3020 Issaquah-Pinelake Road #74, Sammamish, Washington 98075.

2.      Cordance, founded as Intermind in 1994, is the pioneering developer and provider

of digital addressing technology.  Cordance created digital addressing technology that has

become the basis for the leading open standard for digital identity.

3.      Amazon is a Delaware corporation having a principal place of business at 1200

12th Avenue South, Suite 1200, Seattle, Washington 98144.

4.      Amazon is an online retailer of books, music, videos, consumer electronics,

games, toys, gifts, electronic greeting cards, and other items.

5.    AWS is a limited liability company organized and existing under the laws of Delaware, with a principle place of business at 1200 12th Avenue South, Suite 1200, Seattle, Washington 98144.

6.    AWS provides a suite of web services, including a Simple Storage Service, by giving developers direct access to a robust technology platform.

## JURISDICTION AND VENUE

7.    Subject matter jurisdiction for this patent infringement action, which arises under 35 U.S.C. § 1 et seq., is founded on 28 U.S.C. §§ 1331 and 1338(a).

8.    This Court has personal jurisdiction over Amazon and AWS.  Both Amazon and AWS are incorporated in Delaware and do business within Delaware.

9.    Venue in this District is proper under 28 U.S.C. §§ 1391, 1400.

## COUNT ONE – INFRINGEMENT OF U.S. PATENT NO. 6,757,710

10.    Plaintiff Cordance incorporates the allegations of paragraphs 1 through 9 above as if fully set forth herein.

11.    Cordance owns United States Patent No. 6,757,710 entitled "Object-Based On-line Transaction Infrastructure" ("the '710 Patent"), which issued on June 29, 2004, and thus has the right to sue for infringement of the '710 Patent.  A copy of the '710 Patent is attached to this Complaint as Exhibit A.

12.    Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of claims 1-3 and 5-9 of the '710 Patent, and continues to do so, including without limitation by implementing its "1-Click" ordering system.

13.    On information and belief, Amazon's infringement of the '710 Patent is deliberate and willful.

14.    Amazon's infringement of the '710 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## COUNT TWO – INFRINGEMENT OF U.S. PATENT NO. 6,044,205

15.    Plaintiff Cordance incorporates the allegations of paragraphs 1 through 9 above as if fully set forth herein.

16.    Cordance owns United States Patent No. 6,044,205 entitled "Communications System For Transferring Information Between Memories According To Processes Transferred With The Information" ("the '205 Patent"), which issued on March 28, 2000, and thus has the right to sue for infringement of the '205 Patent.  A copy of the '205 Patent is attached to this Complaint as Exhibit B.

17.    Defendants Amazon and/or AWS have infringed, induced infringement of, and contributed to the infringement of at least claims 19 and 22-23 of the '205 Patent, and continue to do so, including without limitation by implementing their Simple Storage Service.

18.    On information and belief, Amazon's and/or AWS's infringement of the '205 Patent is deliberate and willful.

19.    Amazon's and/or AWS's infringement of the '205 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## COUNT THREE – INFRINGEMENT OF U.S. PATENT NO. 5,862,325

20.    Plaintiff Cordance incorporates the allegations of paragraphs 1 through 9 above as if fully set forth herein.

21.    Cordance owns United States Patent No. 5,862,325 entitled "Computer-Based Communication System And Method Using Metadata Defining A Control Structure" ("the '325 Patent"), which issued on January 19, 1999, and thus has the right to sue for infringement of the '325 Patent.  A copy of the '325 Patent is attached to this Complaint as Exhibit C.

22.    Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of at least claims 20-21, 23-25, 27-42, 45-46, 48-59, 61-65, 67-73, 75-76, 109, 111-114, 119-120, and 122-126 of the '325 Patent, and continues to do so, including without limitation by implementing its system for allowing customers to leave feedback about a seller, allowing sellers to leave feedback about a customer, allowing customers to review products, and allowing customers to comment on reviews written by other customers.

23.    Defendants Amazon and/or AWS have infringed, induced infringement of, and contributed to the infringement of at least claims 78-80, 82, 86, 89-90, 103, and 107 of the '325 Patent, and continue to do so, including without limitation by implementing their Simple Storage Service.

24.    On information and belief, Amazon's and/or AWS's infringement of the '325 Patent is deliberate and willful.

25.    Amazon's and/or AWS's infringement of the '325 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

- 4 -

## <u>COUNT FOUR – INFRINGEMENT OF U.S. PATENT NO. 6,088,717</u>

26.     Plaintiff Cordance incorporates the allegations of paragraphs 1 through 9 above as if fully set forth herein.

27.     Cordance owns United States Patent No. 6,088,717 entitled "Computer-Based Communication System And Method Using Metadata Defining A Control-Structure" ("the '717 Patent"), which issued on July 11, 2000, and thus has the right to sue for infringement of the '717 Patent.  A copy of the '717 Patent is attached to this Complaint as Exhibit D.

28.     Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of at least claims 1-4, 6-9, 11-18, 20, 23-36, 38-53, 55-58, 60-67, 69, 72-85, and 87-99 of the '717 Patent, and continues to do so, including without limitation by implementing its system for allowing customers to leave feedback about a seller, allowing sellers to leave feedback about a customer, allowing customers to review products, and allowing customers to comment on reviews written by other customers.

29.     On information and belief, Amazon's infringement of the '717 Patent is deliberate and willful.

30.     Amazon's infringement of the '717 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## <u>RELIEF REQUESTED</u>

For the above reasons, Cordance respectfully requests that this Court:

A.     enter judgment that Amazon has infringed the '710, '205, '325, and '717 Patents;

- 5 -

B.      enter judgment that AWS has infringed the '205 and '325 Patents;

C.      permanently enjoin Amazon, AWS, and their affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for them or on their behalf, or acting in concert or privity with them, from continuing to infringe the '710, '205, '325, and '717 Patents;

D.      award Cordance compensatory damages pursuant to 35 U.S.C. § 284;

E.      award Cordance its costs and prejudgment and postjudgment interest, pursuant to 35 U.S.C. § 284 and other applicable law;

F.      award Cordance treble damages for willful infringement pursuant to 35 U.S.C. § 284;

G.      award Cordance its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

H.      award Cordance such other relief as the Court deems to be just and warranted.

## <u>JURY DEMAND</u>

Cordance respectfully requests a jury trial on all issues so triable.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
617-646-8000

Dated: June 5, 2008

# TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,                     )
                                          )
                  Plaintiff,              )
                                          )
          v.                              )          C.A. No. 06-491-MPT
                                          )
AMAZON.COM, INC.,~~,~~[1] and AMAZON WEB[2] )        DEMAND FOR JURY TRIAL
SERVICES, LLC,_____ )[3]
                                          )
          ~~Defendant.~~_____ )[4]
          Defendants._____ )[5]


## ~~SECOND~~[6]THIRD[7] AMENDED COMPLAINT

Plaintiff, Cordance Corporation ("Cordance"), for its Complaint against

~~Defendant~~[8]Defendants[9], Amazon.com, Inc. ("Amazon")~~,~~[10] and Amazon Web Services, LLC

("AWS")[11] alleges:


### THE PARTIES

1.      Cordance is a Washington corporation having a principal place of business at

3020 Issaquah-Pinelake Road #74, Sammamish, Washington 98075.

2.      Cordance, founded as Intermind in 1994, is the pioneering developer and provider

of digital addressing technology.  Cordance created digital addressing technology that has

become the basis for the leading open standard for digital identity.

3.      Amazon is a Delaware corporation having a principal place of business at 1200

12th Avenue South, Suite 1200, Seattle, Washington 98144.

4.      Amazon is an online retailer of books, music, videos, consumer electronics,

games, toys, gifts, electronic greeting cards, and other items.

5.     [12]AWS is a limited liability company organized and existing under the laws of Delaware, with a principle place of business at 1200 12th Avenue South, Suite 1200, Seattle, Washington 98144.[13]

6.     [14]AWS provides a suite of web services, including a Simple Storage Service, by giving developers direct access to a robust technology platform. [15]

## JURISDICTION AND VENUE

7.     5.[16]Subject matter jurisdiction for this patent infringement action, which arises under 35 U.S.C. § 1 et seq., is founded on 28 U.S.C. §§ 1331 and 1338(a).

8.     6.[17]This Court has personal jurisdiction over Amazon and AWS[18].  Both [19]Amazon is[20]and AWS are[21] incorporated in Delaware and does[22]do[23] business within Delaware.

9.     7.[24]Venue in this District is proper under 28 U.S.C. §§ 1391, 1400.

## COUNT ONE – INFRINGEMENT OF U.S. PATENT NO. 6,757,710

10.     8.[25]Plaintiff Cordance incorporates the allegations of paragraphs 1 through 7[26]9[27] above as if fully set forth herein.

11.     9.[28]Cordance owns United States Patent No. 6,757,710 entitled "Object-Based On-line Transaction Infrastructure" ("the '710 Patent"), which issued on June 29, 2004, and thus has the right to sue for infringement of the '710 Patent.  A copy of the '710 Patent is attached to this Complaint as Exhibit A.

12.     10.[29]Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of claims 1, 2, 3, 5, 6, 7, 8,[30]1-3[31] and 5-[32]9 of the '710 Patent, and continues to do so, including without limitation by implementing its "1-Click" ordering system.

- 2 -

13.     11.[33]On information and belief, Amazon's infringement of the '710 Patent is deliberate and willful.

14.     12.[34]Amazon's infringement of the '710 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## COUNT TWO – INFRINGEMENT OF U.S. PATENT NO. 6,044,205

15.     13.[35]Plaintiff Cordance incorporates the allegations of paragraphs 1 through 7[36]9[37] above as if fully set forth herein.

16.     14.[38]Cordance owns United States Patent No. 6,044,205 entitled "Communications System For Transferring Information Between Memories According To Processes Transferred With The Information" ("the '205 Patent"), which issued on March 28, 2000, and thus has the right to sue for infringement of the '205 Patent. A copy of the '205 Patent is attached to this Complaint as Exhibit B.

17.     15. Defendant[39]Defendants[40] Amazon has[41]and/or AWS have[42] infringed, induced infringement of, and contributed to the infringement of at least claim[43]claims[44] 19 and 22-23 [45]of the '205 Patent, and continues[46]continue[47] to do so, including without limitation by implementing its[48]their[49] Simple Storage Service.

18.     16.[50]On information and belief, Amazon's and/or AWS's [51]infringement of the '205 Patent is deliberate and willful.

19.     17.[52]Amazon's and/or AWS[53]'s infringement of the '205 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

- 3 -

## COUNT THREE – INFRINGEMENT OF U.S. PATENT NO. 5,862,325

20.   18.[54]Plaintiff Cordance incorporates the allegations of paragraphs 1 through 7[55]9[56] above as if fully set forth herein.

21.   19.[57]Cordance owns United States Patent No. 5,862,325 entitled "Computer-Based Communication System And Method Using Metadata Defining A Control Structure" ("the '325 Patent"), which issued on January 19, 1999, and thus has the right to sue for infringement of the '325 Patent.  A copy of the '325 Patent is attached to this Complaint as Exhibit C.

22.   20.[58]Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of at least claim 109[59]claims 20-21, 23-25, 27-42, 45-46, 48-59, 61-65, 67-73, 75-76, 109, 111-114, 119-120, and 122-126[60] of the '325 Patent, and continues to do so, including without limitation by implementing its system for allowing customers to leave feedback about a seller, allowing sellers to leave feedback about a customer, allowing customers to review products, and allowing customers to comment on reviews written by other customers.

23.   [61]Defendants Amazon and/or AWS have infringed, induced infringement of, and contributed to the infringement of at least claims 78-80, 82, 86, 89-90, 103, and 107 of the '325 Patent, and continue to do so, including without limitation by implementing their Simple Storage Service.[62]

24.   21.[63]On information and belief, Amazon's and/or AWS's [64]infringement of the '325 Patent is deliberate and willful.

25.   22.[65]Amazon's and/or AWS[66]'s infringement of the '325 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.

## COUNT FOUR – INFRINGEMENT OF U.S. PATENT NO. 6,088,717

26. ~~23.~~ [67]Plaintiff Cordance incorporates the allegations of paragraphs 1 through 7[68]9[69] above as if fully set forth herein.

27. ~~24.~~ [70]Cordance owns United States Patent No. 6,088,717 entitled "Computer-Based Communication System And Method Using Metadata Defining A Control-Structure" ("the '717 Patent"), which issued on July 11, 2000, and thus has the right to sue for infringement of the '717 Patent. A copy of the '717 Patent is attached to this Complaint as Exhibit D.

28. ~~25.~~ [71]Defendant Amazon has infringed, induced infringement of, and contributed to the infringement of at least ~~claim 50~~[72]claims 1-4, 6-9, 11-18, 20, 23-36, 38-53, 55-58, 60-67, 69, 72-85, and 87-99[73] of the '717 Patent, and continues to do so, including without limitation by implementing its system for allowing customers to leave feedback about a seller, allowing sellers to leave feedback about a customer, allowing customers to review products, and allowing customers to comment on reviews written by other customers.

29. ~~26.~~ [74]On information and belief, Amazon's infringement of the '717 Patent is deliberate and willful.

30. ~~27.~~ [75]Amazon's infringement of the '717 Patent has caused and will continue to cause Cordance substantial damages, and irreparable harm for which there is no adequate remedy at law.


## RELIEF REQUESTED

For the above reasons, Cordance respectfully requests that this Court:

A.     enter judgment that Amazon has infringed the '710, '205, '325, and '717 Patents;

B.     enter judgment that AWS has infringed the '205 and '325 Patents;[76]

_____C._____[77]permanently enjoin Amazon, AWS,[78] and ~~its~~[79]their[80] affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for ~~it~~[81]them[82] or on ~~its~~[83]their[84] behalf, or acting in concert or privity with ~~it~~[85]them[86], from continuing to infringe the '710, '205, '325, and '717 Patents;

~~C~~[87]D[88].award Cordance compensatory damages pursuant to 35 U.S.C. § 284;

~~D~~[89]E[90].award Cordance its costs and prejudgment and postjudgment interest, pursuant to 35 U.S.C. § 284 and other applicable law;

~~E~~[91]F[92]. award Cordance treble damages for willful infringement pursuant to 35 U.S.C. § 284;

~~F~~[93]G[94]. award Cordance its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

~~G~~[95]H[96].     award Cordance such other relief as the Court deems to be just and warranted.

## JURY DEMAND

Cordance  respectfully requests a jury trial on all issues so triable.

- 6 -

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
617-646-8000

Dated: November 16, 2007June 5, 2008