**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-491-MPT |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant and counterclaim plaintiff Amazon.com, Inc. hereby certifies that a true and correct copy of the following document was caused to be served on July 18, 2008 upon the following attorneys of record as indicated below:

**DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S
SECOND SET OF REQUESTS FOR INSPECTION AND PRODUCTION
OF DOCUMENTS AND THINGS**

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Robert M. Abrahamsen
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Lynn H. Pasahow<br>J. David Hadden<br>Darren E. Donnelly<br>Saina S. Shamilov<br>Ryan Marton<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Tel: (650) 988-8500 | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: July 18, 2008<br>874913 / 30763 | *Attorneys for Defendant and Counterclaim Plaintiff Amazon.com, Inc.* |

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 18, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Wolf, Greenfield & Sacks, P.C. |
| Ashby & Geddes | 600 Atlantic Avenue |
| 500 Delaware Avenue, 8th Floor | Boston, MA 02210-2206 |
| Wilmington, DE 19899 | malbert@wolfgreenfield.com |
| sbalick@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

757320 / 30763