IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., )<br>)<br>Defendant. ) | C.A. No. 06-491-MPT<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the following dates related to claim construction shall be extended as follows:

1. the date for filing the parties' joint claim chart with cites to the intrinsic record is extended from August 6, 2008 to August 8, 2008; and

2. the date for filing the parties' simultaneous opening claim construction briefs is extended from August 15, 2008 to August 27, 2008.

All remaining dates related to claim construction shall remain unchanged.

- 2 -

| | |
|---|---|
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| By: */s/ John G. Day*<br>    Steven J. Balick (#2114)<br>    John G. Day (#2403)<br>    Tiffany Geyer Lydon (#3950)<br>    500 Delaware Avenue, 8th Floor<br>    Wilmington, DE 19899<br>    Tel: (302) 654-1888<br>    sbalick@ashby-geddes.com<br>    jday@ashby-geddes.com<br>    tlydon@ashby-geddes.com<br><br>*Attorneys for Plaintiff Cordance Corporation* | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |

SO ORDERED this ____ day of _____, 2008.

_____
Honorable Mary Pat Thynge

877368 / 30763