## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,
    Plaintiff,

v.

AMAZON.COM, INC. and AMAZON WEB
SERVICES, LLC,
    Defendants.

Civil Action No. 06-491-MPT
Jury Trial Demanded

### JOINT CLAIM CONSTRUCTION CHART

Pursuant to this Court's July 28, 2008 Order directing the parties to select 15 terms for construction from Cordance's Corporation's ("Cordance") asserted patents and pursuant to the Amended Scheduling Order dated December 11, 2007, the parties hereby submit this Joint Claim Construction Chart with proposed constructions for fifteen terms from Cordance's asserted patents (U.S. Patent Nos. 6,044,205, 5,862,325, 6,088,717, 6,757,710) as well as proposed constructions for terms from Amazon.com, Inc.'s ("Amazon.com") asserted patent. (U.S. Patent No. 6,269,369). Submitted herewith are all such patents along with the corresponding file histories.

For clarity, the claim language is included in this chart with the terms to be construed underlined. In instances where a term to be construed appears within a phrase that is also to be construed that term is bolded.

### CORDANCE'S ASSERTED PATENTS

### U.S. Patent No. 6,044,205

**A Communications System for Transferring Information Between Memories According to Processes Transferred With the Information**

**Filed: February 29, 1996**

**Inventors: Drummond Reed, Peter Heyman, Steven Mushero, Kevin Jones, Jeffrey Oberlander, Dan Banay**

19. A computer-based method for communicating updated information comprising the steps of:

creating <u>metadata</u> defining a <u>control structure</u> in a provider memory, said <u>control structure</u> including associations with portions of said information in a provider memory, said control structure defining a process to transfer an associated portion of said information associated with said <u>control structure</u> to a consumer memory; and

transferring a copy of the associated portion of said information, and said <u>control structure</u>, from the provider memory to the consumer memory; and

determining when the associated portion of said information in said provider memory has been updated based upon <u>processing of said **control structure**</u>; and

processing said information, including said <u>control structure</u> at least at said consumer memory, to transfer a copy of said associated portion of said information from said provider memory to said consumer memory when the associated portion of information in said provider memory has been determined to have been updated.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| metadata | information used to structure and automate the bidirectional exchange of data<br><br>*See, e.g.,* '205 patent at abstract; 6:5-17; 34:15-39; 36:19-30; 40:59-41:2 (and all figures referenced in the identified excerpts); Figs. 1, 7, 12, 13 (and corresponding descriptions); *see also* prosecution history for the '205 Patent, Office Action of May 6, 1997 (mailed May 13, 1997); Office Action Response received July 3, 1997; notice of Allowability dated September 17, 1997; Petition for Requesting Consideration of IDS received December 29, 1997; IDS dated September 18, 1998;<br><br>'288 patent, prosecution history, Notice of Allowability;<br><br>'325 patent at title; see also  prosecution | data that describes or associates other data<br><br>*See, e.g.,* '710 Patent, col. 16, line 37-col. 23, line 62; col. 122, lines 9-31 (and figures referenced therein);'205 Patent, col. 12, line 38-col. 18, line 12 (and figures referenced therein); IDS dated Sep. 18, 1998 in prosecution of '205 patent at 11; IDS dated May 6, 1998 in prosecution of '325 patent at 11; IDS dated Sep. 29, 1998 in prosecution of '717 patent at 10; <u>see also</u> Rumbaugh at 69-71 (incorporated by reference in the '710 patent at col. 16, lines 55-58). |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | history for the '325 Patent, Office Action Response of April 8, 1998;<br><br>'710 patent at abstract; Summary of the invention; 8:9-20; 14:24-27; 20:59-21:35; 62:44-63:11; 77:65-79:5; 118:12-35 (and all figures referenced in the identified excerpts); *see also* prosecution history for the "710 Patent, Office Action Response received December 16, 2002;  Amendment of May 6, 2003 including Declaration of Drummond Reed under 37 C.F.R. 1.131 and corresponding Exhibit A; Supplemental Amendment dated August 22, 2003 | |
| control structure | a combination of data, metadata, and instructions used to control the origination of outgoing communications and the processing of incoming communications between provider and consumer<br><br>*See, e.g.*, '205 Patent, Abstract<br>'205 Office Action mailed 5/13/97 at 2; Amendment faxed July 3, 1997 at 11, 14-19;<br>'205 Patent, Statement Filed Pursuant to The Duty of Disclosure Under 37 CFR §§ 1.56, 1.97 and 1.98 received Sep. 18, 1998 at 3-4<br>'205 Patent, at 1:7-13; 2:26-42; Fig. 1, Fig. 3; 6:5-32;  Fig. 16; 8:23-27; 9:32-12:37; 13:31-42; 16:30-34; 16:54-17:5; 42:52-56; 13:31-42; 32:4-42:5; 34:15-29; 37:14-26; 40:60-41:8 (and all figures referenced in the identified excerpts and all descriptions corresponding to the identified figures); prosecution history, '205 Patent, Statement Filed Pursuant to The Duty of Disclosure Under 37 CFR §§ 1.56, 1.97 | a set of data that specifies how information is to be processed or transferred<br><br>*See, e.g.*, '710 Patent, col. 16, line 37-col. 22, line 36; col. 42, line 49-col. 44, line 23; col. 45, line 53 – col. 99, 60; col. 116, lines 29-40; col. 125, line 47-col. 126, line 5; col. 127, line 26-col. 128, line 43 (and figures referenced therein);'205 Patent, col. 12, line 38-col. 18, line 12; col. 32, line 3-col. 41, line 67 (and figures referenced therein). |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | and 1.98 received Sep. 18, 1998 at 8-12, 15, 16;<br><br>'325 Patent, 8:5-18; *see also* prosecution history for the '325 Patent, Response to Official Action mailed April 8th, 1998 at 28;<br><br>'710 Patent at 8:10-23; 9:15-20 (and all figures referenced in the identified excerpts). | |
| processing of said control structure | executing computer instructions defined in the control structure<br><br>*See, e.g.,* '205 patent at 6:5-18; 13:31-34; 13:41-46; 13:18-19; 14:18-27; 16:21-17:4; 32:45-34:14; 34:15-29; 39:5-45; 40:60-41:2; 42:52-56 (and all figures referenced in the identified excerpts); *see also* prosecution history for the '205 patent, Amendment of July 3, 1997; Notice of Allowability of July 29, 1997; Petition Requesting Consideration of Information Disclosure Statement of December 3, 1997; Statement Filed Pursuant to the Duty of Disclosure under 37 CFR §§ 1.56, 1.97 and 1.98 received Sep. 18, 1998; Notice of Allowability of October 28, 1998 | using the control structure to perform one or more operations<br><br>*See, e.g.,* '205 Patent, col. 37, line 63-col. 39, line 4; col. 40, lines 17-58 (and figures referenced therein). |

U.S. Patent No. 5,862,325[1]

**A Computer Based Communication System and method Using Metadata Defining a Control Structure**

**Filed: September 27, 1996**

**Inventors: Drummond Reed, Peter Heyman, Steven Mushero, Kevin Jones, Jeffrey Oberlander, Dan Banay**

20. A computer-based communication system comprising:

a provider memory storing information including provider information;

a consumer memory storing information including consumer information;

association means for creating **metadata** associating portions of said information and defining a **control structure** for processing at least at said consumer memory to associate with said **metadata** processes for controlling the communication of said associated information, said **metadata** including data exchange **metadata** associating a process for controlling the transfer of **feedback information**, said **feedback information** including at least a portion of said consumer information, to said provider memory;

transfer means for transferring said information, including said **metadata** defining said **control structure**, from said provider memory to said consumer memory;

feedback transfer means for transferring said **feedback information** from said consumer memory to said provider memory; and

processing means for executing instructions external to said **control structure** to perform said processes to control communications of said information.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
| --- | --- | --- |
| association means for creating metadata associating portions of said information and defining a control structure for processing at least at said | Governed by § 112 ¶ 6.<br><br>*Function:* creating metadata associating portions of said information and defining a | Governed by § 112 ¶ 6.<br><br>*Function:* creating metadata that is associated with portions of the information ("the |

---

[1] Because the disclosure of the '325 Patent is identical to that of the '710 Patent, except for differences in pagination, for the sake of simplicity, all references herein will be made to the column and line numbers of the '710 Patent. It should be understood, however, that the referenced text and figures also appear in the '325 Patent.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| consumer memory to associate with said metadata processes for controlling the communication of said information, said metadata including data exchange metadata associating a process for controlling the transfer of feedback information, said feedback information including at least a portion of said consumer information, to said provider memory | control structure for processing at least at said consumer memory to associate with said metadata processes for controlling the communication of said associated information, said metadata including data exchange metadata associating a process for controlling the transfer of feedback information, said feedback information including at least a portion of said consumer information, to said provider memory.<br><br>*Structure:* The provider program 12 on the provider computer 1 accesses a feedback partner server 1302 (via a communications network), selects and obtains a copy a feedback category object 110 (*see* '710 Patent, Fig. 28 step 1320). Then the provider program 12 on the provider computer 1 creates a communication object (following the steps identified in Figures 11 and 12 and described in the accompanying text at 32:12-17 32:38-65 33:6-34:56 (of the '710 Patent) including a link component object associating said communications object with said feedback category object. *See, e.g.,* '710 patent at 95:13-99:60; 102:40-107:6; 113:65-119:25; 124:35-128:43 and Figures reference therein including Figs. 3; 12; 17; 28; 34A; 34B; 35; 36; 41A and | associated information") and defining a control structure that can be used by a computer having access to the consumer memory to associate with the metadata processes for controlling the communication of the associated information, the metadata including metadata that is associated with a process for controlling the transfer of feedback information (which includes at least a portion of the consumer information) to the provider memory.<br><br>*Structure:*<br>(1) the feedback partner server 1302 creates metadata defining a control structure (e.g., a feedback service object 1310) that is processed by the consumer program 22 to generate a feedback input form, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 22, lines 6-36; col. 32, line 12-col. 34, line 56; col. 95, line 14-col. 99, line 60; col. 125, lines 45-62 (and figures referenced therein); <u>see also</u> Booch at 97-103, 106-110 (incorporated by reference in the '710 patent at col. 16, lines 55-58); Rumbaugh at 27-38 (incorporated by reference in the '710 patent at col. 16, lines 55-58), and<br><br>(2) the consumer program 22 executed by the consumer computer 2 creates metadata |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | 41B. | defining a control structure (e.g., a message object 110) containing a query that is processed by the feedback partner server 1302, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 22, lines 6-36; col. 32, line 12-col. 34, line 56; col. 42, line 49-col. 44, line 23; col. 116, lines 29-33 and col. 127, line 26 – col. 128, line 7 (and figures referenced therein); <u>see also</u> Booch at 97-103, 106-110 (incorporated by reference in the '710 patent at col. 16, lines 55-58); Rumbaugh at 27-38 (incorporated by reference in the '710 patent at col. 16, lines 55-58). |
| metadata | SEE CLAIM 19 OF THE '205 PATENT | |
| control structure | SEE CLAIM 19 OF THE '205 PATENT | |
| feedback information | evaluation attributes and corresponding value choices<br><br>*See, e.g.,* '710 patent at 115:14-21;124:34-128:36 (and all figures referenced in the identified excerpts). | information that includes an evaluative review and may also include information related to the review such as its subject or the evaluator<br><br>*See, e.g.,* '710 Patent, col. 124, line 34-col. 128, line 44 (and figures referenced therein). |
| transfer means for transferring said information, including said metadata defining said control structure from said provider memory to said consumer memory | Governed by § 112 ¶ 6.<br><br>*Function:* transferring provider information and said metadata defining said control structure (including data exchange metadata associating a process for controlling the transfer of feedback information) from said provider memory to said consumer memory | Governed by § 112 ¶ 6.<br><br>*Function:* transferring the associated information and the metadata defining the control structure from the provider memory to the consumer memory<br><br>*Structure:*<br>(1) the feedback partner server 1302 transfers a control |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | *Structure:* provider program 12 on the provider computer 1 creates a communication object (following the steps described in the '710 Patent at 32:12-17; 32:38-65 33:7-34:56 (including referenced portions of Figs. 11 and 12) and a communications network as described in the '710 patent at 26:56-28:46 (including referenced portions of Figs. 7 and 8). *See also,* the '710 Patent at 12:19-13:14. | structure (e.g., a feedback service object 1310) to the consumer program 22, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 23, line 63-col. 24, line 28; col. 32, line 12-col. 34, line 56; col. 125, lines 45-62 (and figures referenced therein), and<br><br>(2) the consumer program 22 executed by the consumer computer 2 transfers a control structure (e.g., a message object 110) containing a query to the feedback partner server 1302, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 23, line 63-col. 24, line 28; col. 32, line 12-col. 34, line 56; col. 116, lines 29-33; col. 42, line 49-col. 44, line 23; col. 127, line 26 – col. 128, line 7 (and figures referenced therein). |
| feedback transfer means for transferring said feedback information from said consumer memory to said provider memory | Governed by § 112 ¶ 6.<br><br>*Function:* transferring feedback information from consumer memory to said provider memory<br><br>*Structure:*<br>A data exchange method 141 in a feedback service object 1310 at the consumer computer (feedback provider) creates a message object 110 containing feedback information from an input form and the UID of the target communication object. (See, e.g., '710 patent at 125:62- | Governed by § 112 ¶ 6.<br><br>*Function:* transferring the feedback information from the consumer memory to the provider memory<br><br>*Structure:*<br>(1) the consumer program 22 executed by the consumer computer 2 transfers a data structure (e.g., a message object 110) containing the feedback data from the input form and the UID of a data structure (e.g,. a communications object) representing a subject about |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | 126:3; Fig. 41A step 4608). The data exchange method then transmits this message object over a communications network (as described in '710 patent at 26:56-28:46) from the consumer (feedback provider) to the feedback partner server 1302. (See, e.g., '710 patent at Fig. 41A step 4609; 126:4-5). <br><br> In response to a query from the provider computer (the feedback consumer), a corresponding data exchange method 141 at the feedback partner server 1302 then queries the feedback partner service database for feedback information satisfying the query. (*See, e.g.,* '710 patent at 127:26-35; 115:55-116:40; (38; Fig 34B step 4241; Fig. 35 step 4270). The data exchange method then returns the result set (via a communications network as described in the '710 patent at 26:56-28:46) to the provider (feedback consumer). (See, e.g., '710 patent at 127:26-35; 116:38-40; Fig. 34B step 4242; Fig. 35 step 4275); *see generally,* 95:13-128:44. | which the feedback relates from the consumer program 22 to the feedback partner server 1302, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 32, line 12-col. 34, line 56; col. 38, line 6-col. 40, line 51; col. 42, line 49-col. 44, line 23; col. 125, line 62 – col. 126, line 5 (and figures referenced therein) <br><br> (2) the feedback partner server 1302 transfers a data structure (e.g., a message object 110) containing feedback information satisfying the query to the consumer program 22, as described in the '710 Patent, for example, at col. 32, line 12-col. 34, line 56; col. 42, line 49-col. 44, line 23; col. 116, lines 42-48 and col. 127, line 26 – col. 128, line 7 (and figures referenced therein) |
| processing means for executing instructions external to said control structure to perform said processes to control communication of said information | Governed by § 112 ¶ 6. <br><br> *Function:* executing instructions external to said control structure to perform said processes to control communication of said information. | Governed by § 112 ¶ 6. <br><br> *Function:* executing instructions external to the control structure to perform the processes to control communications of the information |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | *Structure:* a consumer program 22 operating on a consumer computer 2 receives and processes a communications object 110 in the manner described in the '710 patent at Figure 15 and at 38:6-40:52. A feedback link method 141 that may or may not be included in the received communications object 110 is executed and thereby calls the consumer database 21 or downloads from the partner server 1302 a feedback category object 110 that is associated with the received communications object 110. *See, e.g.,* '710 patent at 125:10-43; Fig. 41A.  Next a link method 141 in the feedback category object 110 queries the consumer database 21 for a linked feedback service object 110. *See, e.g.,* '710 patent at 125:42-47.  If the feedback service object is not present, the link method uses link control to download the feedback service object. *See, e.g.,* '710 patent at 125:45-47.  Now a data exchange method in the feedback service object generates a feedback input form, consisting of category attribute and value choices obtained from the feedback category object. *See, e.g.,* '710 patent at 125:47-51. Upon submission of said form, a data exchange method saves the feedback data as an element in the feedback | *Structure:* (1) the consumer program 22 executed by the consumer computer 2 includes a Web browser that executes instructions external to the received control structure to control the acquisition and transfer of the feedback information to the feedback partner server 1302, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 28, line 48 – col. 29, line 20; col. 38, line 6-col. 40, line 51; col. 42, line 49-col. 44, line 23; col. 67, line 63-col. 68, line 9; col. 73, line 40 – col. 74, line 22; col. 115, lines 2-23; col. 125, lines 47-53 (and figures referenced therein), and<br><br>(2) the feedback partner server 1302 executes instructions external to the received control structure to process the specified query and transfer responsive feedback information, as described in the '710 Patent, for example, at col. 16, lines 38 – 63; col. 32, line 12-col. 34, line 56; col. 42, line 49-col. 44, line 23; col. 116, lines 33-48 and col. 127, line 26 – col. 128, line 7 (and figures referenced therein). |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | service object. *See, e.g.,* '710 patent at 125:62-65. Next the data exchange method creates a message object containing the feedback data from the input form. *See, e.g.,* '710 patent at 125:67-126:3. The data exchange method then transmits this message object to the feedback partner server, triggering a data exchange method within a feedback partner server program at the partner server that can aggregate and process the feedback data in the feedback partner server database. *See, e.g.,* '710 Patent at 126:4-8; generally 124:35-126:19; 41A.<br><br>In response to a query from the provider computer, the feedback partner server 1302 executes a data exchange method that queries the feedback partner server database for any feedback that satisfies the query. (*See, e.g.,* '710 patent at 127:26-35; 115:55-116:40; Fig. 34B step 4241; Fig. 35 step 4270). The data exchange method then returns the result set to the provider (the feedback consumer). *See, e.g.,* '710 patent at 127:26-35; 116:38-40; Fig. 34B step 4242; Fig. 35 step 4275. | |

109. A computer-based communication method, comprising operating one or more computers to communicate by performing the steps of:

    in a provider memory, storing information including provider information;

in a consumer memory, storing information including consumer information;

creating metadata describing associations with portions of said information and defining a control structure which is processed at least at said consumer memory to associate one or more processes for controlling communications of said associated information, said metadata including data exchange metadata associating a process for controlling the transfer of feedback information, said feedback information including at least a portion of said consumer information, to said provider memory;

transferring said information, including said metadata defining said control structure, from said provider memory to said consumer memory;

processing said **metadata** to execute instructions external to said **control structure** to perform said processes; and

communicating said feedback information from said consumer memory to said provider memory.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| metadata | SEE CLAIM 19 OF THE '205 PATENT | |
| control structure | SEE CLAIM 19 OF THE '205 PATENT | |
| feedback information | SEE CLAIM 20 OF THE '325 PATENT | |
| processing said metadata to execute instructions external to said control structure | processing instructions identified in said metadata<br><br>See, e.g., '710 patent at 20:59-21:4; 21:18-26; 44:34-64 (and all figures referenced in the identified excerpts) | using the metadata to cause instructions external to the control structure to be executed<br><br>*See, e.g.,* '710 Patent, col. 16, lines 38 – 63; col. 28, line 48 – col. 29, line 20; col. 32, line 12-col. 34, line 56; col. 38, line 6-col. 40, line 51; col. 42, line 49-col. 44, line 23; col. 67, line 63-col. 68, line 9; col. 73, line 40 – col. 74, line 22; col. 115, lines 2-23; col. 116, lines 33-48; col. 125, lines 47-53; col. 127, line 26 – col. 128, line 7 (and figures referenced therein). |

U.S. Patent No. 6,088,717[2]

**Computer-Based Communication System and method Using Metadata Defining a Control Structure**

**Filed: August 31, 1998**

**Inventors: Drummond Reed, Peter Heyman, Steven Mushero, Kevin Jones, Jeffrey Oberlander, Dan Banay**

50. A method for use at a node of a computer-based communications system which includes multiple nodes arranged and adapted to intercommunicate via a communications network, said method characterized by the steps of:

(A) providing storage means for storing information;

(B) associating portions of said information with metadata, said metadata defining a control structure;

(C) transferring said metadata in at least one direction between said node and a second node of said system to associate with said associated information one or more processes which execute instructions external to said control structure to control communications of said associated information, said metadata including at least one of
    (1) update metadata which associates a process for determining when said portions of said information associated by said metadata have been updated and transfer metadata which associates a process for controlling the transfer at least a portion of said updated information,
    (2) data exchange metadata which associates a process for controlling the transfer of feedback information, said feedback information including at least a portion of said information stored at the receiving node, and
    (3) receipt processing metadata which associates a process for determining the processing of said associated information by comparison to an associated version of said control structure; and
(D) at least one of
    (1) transferring said information, including said metadata defining said control structure, to said second node to control at least one of
        (a) transferring said updated information to said second node,
        (b) receiving said feedback information from said second node, and
        (c) processing said feedback information, and

---

[2] Because the disclosure of the '717 Patent is identical to that of the '710 Patent, except for differences in pagination, for the sake of simplicity, all references herein will be made to the column and line numbers of the '710 Patent. It should be understood, however, that the referenced text and figures also appear in the '717 Patent.

(2) receiving said information, including said <u>metadata</u> defining said <u>control structure</u>, from said second node to control at least one of
    (a) receiving said updated information from said second node,
    (b) processing said updated information, and
    (c) transferring said <u>feedback information</u> to said second node.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| storage means for storing information | Governed by § 112 ¶ 6.<br><br>*Function:* storing information<br><br>*Structure:* a database.<br><br>'710 Patent at Abstract; '710 Patent at 10:19-20 (Fig. 3); 10:54-55 (Fig. 17); 12:3-6; 12:11-19; 13:21-23; 13:45-48; 16:38-51; 14:2-6; 14:24-27; 18:27-31; 29:21-26; 34:58-65; 35:21-28; 38:26-31; 39:23-27; 39:42-45; 40:52-56; 44:4-9; 50:44-53; 62:1-30; 67:29-31; 96:60-97:8; 141:61-142:7; Figure 1. | Governed by § 112 ¶ 6.<br><br>*Function:* storing information<br><br>*Structure:* one or more data storage mediums as described in the '710 patent, for example, at col. 1, lines 23-28; col. 12, lines 3-17; col. 13, line 15 – col. 17, line 13; col. 35, lines 15-18; col. 70, lines 25-42; col. 95, line 14-38; col. 96, line 60-col. 97, line 17; col. 102, line 39 – col. 107, line 6; col. 113, line 65-col. 119, line 25; col. 124, line 35-col. 129, line 24 (and figures referenced therein) |
| metadata | SEE CLAIM 19 OF THE '205 PATENT | |
| control structure | SEE CLAIM 19 OF THE '205 PATENT | |
| feedback information | SEE CLAIM 20 OF THE '325 PATENT | |

**U.S. Patent No. 6,757,710**

**Object-Based Online Transaction Infrastructure**

**Filed: February 5, 2002**

**Inventor: Drummond Reed**

1. A computer implemented method comprising:

providing customer data storing information for a customer usable to automatically complete an on-line purchase of an item from a seller;

providing the customer with information from the seller with respect to an item;

receiving from the customer an indication to initiate a purchase transaction for purchasing the item including **metadata** associating said customer data with said transaction;

in response to the received indication, automatically completing the purchase of an item from the seller by processing said **metadata** associating said customer data so as to complete the purchase transaction.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| providing customer data storing information for a customer | supplying information about a customer from the customer's computers<br><br>*See, e.g.*, '710 patent at Figs. 1, 5, 7, 8, 13, 20, 21, 25, 28 (all corresponding disclosures); 14:24-41; 68:45-53; 77:65-78:31; 68:53-69:32 (and all figures referenced in the identified excerpts); prosecution history at Amendment of May 6, 2003 including Declaration of Drummond Reed under 37 C.F.R. 1.131 and corresponding Exhibit A; Office Action Response of December 5, 2002. | making available for use data stored in a data storage medium that pertains to a customer<br><br>*See, e.g.*, '710 Patent, col. 68, lines 29-53; col. 119, line 65 – col. 120, line 3; col. 121, lines 42-48 (and figures referenced therein). |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| metadata | SEE CLAIM 19 OF THE '205 PATENT | |
| metadata associating said customer data with said transaction | metadata defining the relationship between customer information stored at the customer computer and a purchase transaction<br><br>*See, e.g.,* '710 patent at 1:22-2:23; 12:11-17; 14:2-6; 14:24-49; 13:42-48; 16:64-17:29; 5:57-61 (and all figures referenced in the identified excerpts); Figs. 1, 5, 7, 8, 25, 28 (and corresponding disclosures); 8:9-16; 12:11-17; 78:1-79:7; 119:25-123:28 (and all figures referenced in the identified excerpts); prosecution history at Amendment of May 6, 2003 including Declaration of Drummond Reed under 37 C.F.R. 1.131 and corresponding Exhibit A | data that is used to identify the stored customer data as data to be used in completing the transaction<br><br>*See, e.g.,* '710 Patent, col. 119, line 44-col. 121, line 48; col. 122, lines 9-35 (and figures referenced therein); see also Booch at 97-103, 106-110 (incorporated by reference in the '710 patent at col. 16, lines 55-58); Rumbaugh at 27-38 (incorporated by reference in the '710 patent at col. 16, lines 55-58). |
| processing said metadata associating said customer data so as to complete the purchase transaction | executing instructions contained in the metadata to complete the purchase transaction<br><br>*See, e.g.,* '710 patent at 20:59-21:4; 21:18-26; 44:34-64; 119:26-123:28 (and all figures referenced in the identified excerpts) | using the metadata to retrieve the stored customer data and using the retrieved customer data to complete the purchase transaction<br><br>*See, e.g.,* '710 Patent, col. 119, lines 36-40; col. 121, line 31-col. 122, line 40 (and figures referenced therein); see also Booch at 97-103, 106-110 (incorporated by reference in the '710 patent at col. 16, lines 55-58); Rumbaugh at 27-38 (incorporated by reference in the '710 patent at col. 16, lines 55-58). |

7. A computer implemented method comprising:

<u>providing information provider data storing information for an</u> **information provider** usable to automatically complete a proposed on-line transaction, including **metadata** <u>associating said information with said transaction;</u>

providing the <u>information provider</u> with information from an <u>information consumer</u> with respect to a proposed transaction;

receiving from the <u>information provider</u> an indication to complete the proposed transaction;

in response to the received indication, automatically completing the purchase of an item from the <u>information consumer</u> by accessing the information provider data to retrieve the information and process the retrieved information by *processing said <u>metadata</u> associating said information with the proposed transaction so as to complete the proposed transaction.*

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| providing information provider data storing information for an information provider | The parties stipulate that this phrase should be given the same construction as "providing customer data storing information for a customer" from claim 1 with appropriate substitutions. | |
| information provider | provider of information<br><br>*See, e.g.,* '710 Patent at Abstract 1:24-25; 67:38-43; 9:1-32; 9:52-67; 95:14-39; 95:39-61; 97:47-61; 98:13-28; 98:47-49; generally 119:27-123:21 and particularly 121:60-122:40 (and all figures referenced in the identified excerpts) | a customer in an on-line transaction<br><br>*See, e.g.,* '710 Patent col. 1, lines 22-28; col. 119, line 26-col. 123, line 28 (and figures referenced therein). |
| metadata | SEE CLAIM 19 OF THE '205 PATENT | |
| metadata associating said information with said transaction | The parties stipulate that this phrase should be given the same construction as "metadata associating said customer data with said transaction" from claim 1 with appropriate substitutions. | |
| information consumer | user of information<br><br>(see citations for "information provider") | a seller in an on-line transaction<br><br>*See, e.g.,* '710 Patent col. 1, lines 22-28; col. 119, line 26-col. 123, line 28 (and figures |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | | referenced therein). |
| processing said metadata associating said information with the proposed transaction so as to complete the proposed transaction | The construction for "processing said metadata associating said customer data so as to complete the purchase transaction" in claim 1 should also apply to this term with appropriate substitutions | Amazon identified this as a phrase requiring construction for the first time on the evening of August 6 (just two days ago), more than two months after the Court-ordered deadline of May 30, 2008. Cordance has not been given an adequate opportunity to formulate a proposed construction of this phrase and identify intrinsic evidence in support thereof. The parties have otherwise agreed to a list of 15 terms to be construed, as ordered by the Court. Amazon's unilateral attempt to introduce a sixteenth term to be construed at the eleventh hour is unfair to Cordance and should be rejected. |

**AMAZON.COM'S ASSERTED PATENT**

**U.S. Patent No. 6,269,369**

**Networked Personal Contact Manager**

**Filed: November 2, 1997**

**Inventor: Brian Robertson**

9. A networked personal contact management system, comprising:

a database which contains personal data records of a plurality of users, at least some of the data records including contact information of respective users; and

a server system which provides restricted access to the database through an interface that provides functions for each user to at least (a) <u>directly modify the user's own repective [sic] personal data record within the database</u>, (b) select other users from the database to add to a <u>virtual personal address book</u> of the user, and (c) specify, on a user-by-user basis, permissions for other users to view the personal data record of the user through virtual [sic] virtual personal address books of such other users;

wherein users <u>directly view the data records</u> of other users through the virtual address books according to said permissions, so that updates by users to their own respective personal records are reflected automatically within the virtual personal address books of other users.

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| directly modify the user's own repective [sic] personal data record within the database | modify user's own respective personal data records himself/herself<br><br>*See, e.g.*, '369 patent at 5:52-64; 10:1-16; 11:50-59; 15:66-16:21 prosecution history, Amendment of May 24, 1999; Amendment of October 27, 1999; Amendment November 29, 2000. | users modify their respective records themselves and do not do so indirectly through a system administrator<br><br>*See, e.g.*, '369 Patent col. 4, lines 18-45; col. 6, lines 58-67; col. 11, lines 50-59; col. 15, lines 35-65; Office Actions of 3/5/99, 8/19/99, 1/21/2000, and 8/31/2000 (and prior art discussed therein); Amendments of 5/24/99, 10/27/99, 2/22/2000, 11/29/2000, and 1/8/2001 (and prior art discussed therein); Interview Summary of 10/14/99 (and prior art discussed therein). |
| virtual personal address book | a network-computer-based personal address book comprising permissions to | a web site on a server system and available to a user that stores a collection of links to personal data records |

| Terms, Phrases, Clauses | Amazon.com's Proposed Constructions | Cordance's Proposed Constructions |
|---|---|---|
| | view personal data records of the associated users<br><br>*See, e.g.*, '369 patent at abstract, 8:57-9:49; 4:27-45; 5:5-32; 5:52-64; 6:40-67; 10:1-5; 15:42-46; 19:45-60; Figure 5; 4:27-60; 6:40-57; prosecution history, Amendment of May 22, 2000; Amendment of November 29, 2000. | previously selected by the user, displays a web page to the user with an alphabetically-ordered index of the personal data records selected by the user, and that allows a user to select a link to a personal data record and retrieve a web page that presents the contents of the personal data record<br><br>*See, e.g.*, '369 Patent col. 4, line 18 – col. 16, line 28; Office Actions of 3/5/99, 8/19/99, 1/21/2000, and 8/31/2000 (and prior art discussed therein); Amendments of 5/24/99, 10/27/99, 2/22/2000, 11/29/2000, and 1/8/2001 (and prior art discussed therein); Interview Summary of 10/14/99 (and prior art discussed therein). |
| directly view the data records | no construction is necessary as the rest of the claim language defines the phrase | view the data records from the database and not from a personal copy of the data record<br><br>*See, e.g.*, '369 Patent col. 5, lines 20-32; col. 8, line 11– col. 10, line 67; Office Actions of 3/5/99, 8/19/99, 1/21/2000, and 8/31/2000 (and prior art discussed therein); Amendments of 5/24/99, 10/27/99, 2/22/2000, 11/29/2000, and 1/8/2001 (and prior art discussed therein); Interview Summary of 10/14/99 (and prior art discussed therein). |

ASHBY & GEDDES

POTTER ANDERSON & CORROON LLP

By:  */s/ John G. Day*
  Steven J. Balick (#2114)
  John G. Day (#2403)
  Tiffany Geyer Lydon (#3950)
  500 Delaware Avenue, 8th Floor
  Wilmington, DE 19899
  Tel: (302) 654-1888
  sbalick@ashby-geddes.com
  jday@ashby-geddes.com
  tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Cordance Corporation*

Dated:  August 8, 2008
877747 / 30763

By:  */s/ David E. Moore*
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE  19899
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant*
*Amazon.com, Inc.*