IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,

Plaintiff,

v.

AMAZON.COM, INC. and AMAZON WEB
SERVICES, LLC,

Defendants.

Civil Action No. 06-491-MPT

## DECLARATION OF JEFFREY C. O'NEILL IN SUPPORT OF
## CORDANCE'S OPENING CLAIM CONSTRUCTION BRIEF

As counsel for Plaintiff, Cordance Corporation, I submit this declaration under penalty of
perjury in support of Cordance's Opening Claim Construction Brief.

1.    Attached as Exhibit 1 are true and accurate copies of selected pages from the
IEEE Standard Dictionary of Electrical and Electronics Terms (6th Ed. 1997).

2.    Attached as Exhibit 2 are true and accurate copies of selected pages from J.
Rumbaugh et al., Object-Oriented Modeling and Design (1991).

3.    Attached as Exhibit 3 are true and accurate copies of selected pages from the
deposition transcript of Kyle Peterson dated May 14, 2008.

4.    Attached as Exhibit 4 are true and accurate copies of selected pages from the
deposition transcript of John Cormie dated May 15, 2008.

5.    Attached as Exhibit 5 are true and accurate copies of selected pages from the
deposition transcript of Brian O'Neill dated May 16, 2008.

6.      Attached as Exhibit 6 are true and accurate copies of selected pages from the deposition transcript of David Barth dated February 8, 2008.

7.      Attached as Exhibit 7 are true and accurate copies of selected pages from the Transcript of the Parties' July 28, 2008 Teleconference with Magistrate Judge Thynge.

8.      Attached as Exhibit 8 are true and accurate copies of selected pages from J. December and N. Randall, The World Wide Web Unleashed (2d ed. 1995).

9.      Attached as Exhibit 9 are true and accurate copies of selected pages from Webster's Third New Int'l Dictionary (1993).


Dated: August 27, 2008                         _Jeffrey C. O'Neill_

                                               Jeffrey C. O'Neill


1464162.1

# EXHIBIT 1

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

**Standards Coordinating Committee 10, Terms and Definitions**
**Jane Radatz, Chair**

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



9 781559 378338

(2) An object to which messages can be added and removed. Messages may be removed in the order in which they were added or in priority order. (C/PA) 9945-1-1996

(3) An object to which messages can be added and removed. (C/PA) 1003.5b-1995

**message queue descriptor** A per-process unique value used to identify an open message queue.
(C/PA) 1003.5b-1995

**messages, class of** A group of messages having in the Command fields of their respective HEADER packets command codes of commands belonging to a single class of commands. The name, C, of a class of messages is the same as the name of the class of commands that defines the class C.
(C/TT) 1149.5-1995

**message sink** The part of a communications system that is the final destination of a message. *Contrast:* message source.
(C) 610.7-1995

**message source (1)** That part of a communication system where messages are assumed to originate. *See also:* information theory. (Std100) 171-1958w
(2) The part of a communications system from which a message originates. *Synonym:* information source. *Contrast:* message sink. (C) 610.7-1995

**message space** The address space used for packet based communications ranging from interrupts to negotiated data movement. *See also:* packet. (C/MM) 1296-1987s

**messages, species of** A group of messages having in the Command fields of their respective HEADER packets a common command code. The name, S, of a message species is the same as the name of the command that defines the message species. (C/TT) 1149.5-1995

**message stream modification** Attempts to modify, delete, reorder, duplicate, or insert information while the message stream is being transmitted over a communication channel. Message stream modification attacks may be perpetrated at any point in the communication architecture (e.g., data link, network, transport, application), and could result in unauthorized modification of information or unauthorized receipt of services. (BA/C) 896.3-1993

**message switch (data transmission)** A technique whereby messages are routed to the appropriate receiver by way of message address codes rather than by switching of the communication channel itself. (PE) 599-1985w

**message switching (1)** A method of handling messages over communications networks. The entire message is transmitted to an intermediate point (that is, a switching computer), stored for a period of time, perhaps very short, and then transmitted again towards its destination. The destination of each message is indicated by an address integral to the message. *See also:* circuit switching. (COM/LM) 168-1956w
(2) In data communications, a method of transporting messages by receiving, storing, and forwarding complete messages over communications networks. *See also:* circuit switching; space-division switching; time multiplexed switching. (C) 610.7-1995

**message telecommunication network (telephone switching systems)** An arrangement of switching and transmission facilities to provide telecommunication services to the public.
(COM) 312-1977w

**message-timed release (telephone switching systems)** Release effected automatically after a measured interval of communication. (COM) 312-1977w

**message unit (telephone switching systems)** A basic chargeable unit based on the duration and destination of a call.
(COM) 312-1977w

**message-unit call (telephone switching systems)** A call for which billing is in terms of accumulated message units.
(COM) 312-1977w

**META 5 (A)** A programming language used for symbolic data manipulation and for syntax-directed computing. **(B)** An assembly language for CDC computers. (C) 610.13-1993

**metacompiler** *See:* compiler generator.

**metadata (1)** Data that describes other data; for example, a data dictionary contains a collection of metadata.
(C) 610.5-1990
(2) The information kept about software. It consists of the values of the various attributes of each of the objects.
(C/PA) 1387.2-1995
(3) Information about the way asset description data is stored and organized within a library. (C/SE) 1430-1996

**metafile** A file of device-independent commands, typically used to store graphical information to be displayed at a later time or on a different system or device. (C) 610.6-1991

**metalanguage (1)** A form of notation used to rigorously define the syntax, and sometimes the semantics, of another language.
(ATL) 771-1989w
(2) A language used to specify some or all aspects of itself or of another language; for example, Backus-Naur form. *Synonym:* language-description language. *See also:* stratified language; unstratified language.
(C) 610.12-1990, 610.13-1993

**metal clad** The conducting parts are entirely enclosed in a metal casing. (EEC/PE) [119]

**metal-clad switchgear (1) (electric power distribution for industrial plants)** Metal-enclosed power switchgear characterized by the following necessary features:

a) The main circuit switching and interrupting device is of the removable type arranged with a mechanism for moving it physically between connected and disconnected positions and equipped with self-aligning and self-coupling primary and secondary disconnecting devices.

b) Major parts of the primary circuit, such as the circuit switching or interrupting devices, buses, potential transformers, and control power transformers, are enclosed by grounded metal barriers. Specifically included is an inner barrier in front of or a part of the circuit interrupting device to ensure that no energized primary circuit components are exposed when the unit door is opened.

c) All live parts are enclosed within grounded metal compartments. Automatic shutters prevent exposure of primary circuit elements when the removable element is in the test, disconnected, or fully withdrawn position.

d) Primary bus conductors and connections are covered with insulating material throughout. For special configurations, insulated barriers between phases and between phase and ground may be specified.

e) Mechanical interlocks are provided to ensure a proper and safe operating sequence.

f) Instruments, meters, relays, secondary control devices, and their wiring are isolated by grounded metal barriers from all primary circuit elements with the exception of short lengths of wire, such as at instrument transformer terminals.

g) The door through which the circuit interrupting device is inserted into the housing may serve as an instrument or relay panel and may also provide access to a secondary or control compartment within the housing.

*Notes:* 1. Auxiliary frames may be required for mounting associated auxiliary equipment, such as potential transformers, control power transformers, etc. 2. The term metal-clad switchgear can be properly used only if metal-enclosed switchgear conforms to the foregoing definition. All metal-clad switchgear is metal-enclosed, but not all metal-enclosed switchgear can be correctly designated as metal-clad. The most prevalent type of switching and interrupting device used in metal-clad switchgear is the air-magnetic power circuit breaker over 1000 volts (V). (IA) 141-1986s
(2) Switchgear that is characterized by the following necessary features:

a) The main switching and interrupting device is of the removable (drawout) type arranged with a mechanism for moving it physically between connected and disconnected

# EXHIBIT 2

# OBJECT-ORIENTED MODELING AND DESIGN

JAMES RUMBAUGH

MICHAEL BLAHA

WILLIAM PREMERLANI

FREDERICK EDDY

WILLIAM LORENSEN



# Object-Oriented Modeling and Design

James Rumbaugh
Michael Blaha
William Premerlani
Frederick Eddy
William Lorensen

General Electric Research and Development Center
Schenectady, New York



PRENTICE HALL
Englewood Cliffs, New Jersey 07632

Library of Congress Cataloging-in-Publication Data

Object-oriented modeling and design / James Rumbaugh ... [et al.].
       p.  cm.
    Includes bibliographical references and index.
    ISBN 0-13-629841-9
    1. Object-oriented programming (computer science)  2. System
design.   I. Rumbaugh, James.
    QA76.64.O26   1991
    005.1--dc20
                                              90-7800
                                                CIP

Editorial/production supervision: *Kathleen Schiaparelli*
Cover design: *Butler/Udell Design*
Manufacturing buyer: *Linda Behrens/Patrice Fraccio*



© 1991 by Prentice-Hall, Inc.
A Division of Simon & Schuster
Englewood Cliffs, New Jersey 07632

The author and publisher of this book have used their best efforts in preparing this book. These efforts include the development, research, and testing of the theories and programs to determine their effectiveness. The author and publisher make no warranty of any kind, expressed or implied, with regard to these programs or the documentation contained in this book. The author and publisher shall not be liable in any event for incidental or consequential damages in connection with, or arising out of, the furnishing, performance, or use of these programs.

Apple, LaserWriter, and MacAPP are registered trademarks of Apple Computer, Inc.
DEC and VAX are registered trademarks of Digital Equipment Corporation.
Eiffel is a registered trademark of Interactive Software Engineering, Inc.
FrameMaker is a registered trademark of Frame Technology Corporation.
GemStone is a registered trademark of Servio Logic.
INGRES is a trademark of Ingres Corporation.
Interleaf is a trademark of Interleaf, Inc.
Linotronic is a registered trademark of Allied Corporation.
MS-DOS is a trademark of Microsoft Corporation.
MacDraw is a registered trademark of Claris Corporation.
NeWS, Sun Workstation, and Sun View are registered trademarks of Sun Microsystems, Inc.
Objective-C is a registered trademark of Stepstone Corporation.
ONTOS is a trademark of Ontologic, Inc.
ORACLE is a registered trademark of Oracle Corporation.
PostScript is a registered trademark of Adobe Systems, Inc.
Smalltalk-80 is a trademark of ParcPlace Systems.
Statemate is a registered trademark of i-Logix, Inc.
UNIX is a trademark of AT&T Bell Laboratories.
X Window System is a trademark of Massachusetts Institute of Technology.

All rights reserved. No part of this book may be reproduced, in any form or by any means, without permission in writing from the publisher.

Printed in the United States of America
10  9  8  7  6  5  4  3  2  1

ISBN 0-13-629841-9

For information about our audio products, write us at:
Newbridge Book Clubs, 3000 Cindel Drive, Delran, NJ  08370

Prentice-Hall International (UK) Limited, *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall Hispanoamericana, S.A., *Mexico*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*

- If one superclass clearly dominates and the others are less important, implementing multiple inheritance via single inheritance and delegation may be best (Figure 4.12).

- If the number of combinations is small, consider nested generalization (Figure 4.13). If the number of combinations is large, avoid it.

- If one superclass has significantly more features than the other superclasses or one superclass clearly is the performance bottleneck, preserve inheritance through this path (Figure 4.12 or Figure 4.13).

- If you choose to use nested generalization (Figure 4.13), factor on the most important criterion first, the next most important second, and so forth.

- Try to avoid nested generalization (Figure 4.13) if large quantities of code must be duplicated.

- Consider the importance of maintaining strict identity. Only nested generalization (Figure 4.13) preserves this.

## 4.5 METADATA

*Metadata* is data that describes other data. For example, the definition of a class is metadata. Models are inherently metadata, since they describe the things being modeled (rather than *being* the things). Many real-world applications have metadata, such as parts catalogs, blueprints, and dictionaries. Computer language implementations also use metadata heavily. Figure 4.5 is another example of metadata. In Section 4.2 while explaining the modeling concept of concrete and abstract classes we found it useful to use an object model to explain object modeling constructs. The case study in Chapter 18 presents an actual application that required a model of metadata (a metamodel).

Relational database management systems (see Chapter 17) also use metadata. A person can define database tables for storing information. Similarly, a relational DBMS has several metatables that store table definitions. Thus a data table may store the fact that the capital of Japan is Tokyo, the capital of Thailand is Bangkok, and the capital of India is New Delhi. A metatable would store the fact that a country has a capital city.

Metadata is frequently confusing because it blurs the normal separation between the model and the real world. With ordinary applications, the same terms can be used to refer to both the model and the real world; the context of usage distinguishes which is meant. With metadata, the context is not sufficient to distinguish the description from the thing being described, so a more precise distinction must be made.

### 4.5.1 Patterns and Metadata

A class describes a set of object instances of a given form. *Instantiation* relates a class to its instances. In a broader sense, any pattern describes examples of the pattern; the relationship between pattern and example can be regarded as an extension of instantiation.

Figure 4.14 shows an example of instantiation. *Joe Smith* and *Mary Wilson* are instances of class *Person*. The dotted arrows connect the instances to the class. Explicitly showing the instantiation relationship is useful when both instances and classes must be manipulated as objects, for example in interpreters, modeling tools, and language support mechanisms. Instantiation is also useful for documenting examples and test cases. For most problems, however, classes and their instances need not be shown together.



**Figure 4.14** Notation for instantiation

Real-world things may be metadata. There are real-world things that describe other real-world things. A part description in a catalog describes manufactured parts. A blueprint describes a house. An engineering drawing describes a system.

For example, consider models of cars made by different manufacturers, such as a 1969 Ford Mustang or a 1975 Volkswagen Rabbit. Each *CarModel* in Figure 4.15 describes a particular kind of car; each *CarModel* has its own attributes and associations. Each *CarModel* object also describes a set of physical cars owned by persons. For example, John Doe may own a blue Ford with serial number *1FABP* and a red Volkswagen with serial number *7E81F*. Each car receives the common attributes from *CarModel* but also has its own list of particular attributes, such as serial number, color, and list of options. It would be possible to create a class to describe each kind of car, but the list of models keeps growing. It is better to consider the *CarModel* object as a pattern, a piece of metadata, that describes *Car* objects.



**Figure 4.15** Patterns and individuals

### 4.5.2  Class Descriptors

Classes can also be considered as objects, but they are meta-objects and not real-world objects. Class descriptor objects have features, and they in turn have their own classes, which are called *metaclasses*. Treating everything as an object provides a more uniform implementation and greater functionality for solving complex problems.

A *class attribute* describes a value common to an entire class of objects, rather than data peculiar to each instance. Class attributes are useful for storing default information for creating new objects or summary information about instances of the class.

A *class operation* is an operation on the class itself. The most common kind of class operations are operations to create new class instances. Operations to create instances must be class operations because the instance being operated on does not initially exist. A query that provides summary information for instances in a class is also a class operation. Operations on class structure, such as scanning the list of attributes or methods, are class operations.

Figure 4.16 shows a class *Window* with class features indicated by leading dollar signs. *Window* has class attributes for the set of all windows, the set of visible windows, default window size, and maximum window size. *Window* contains class operations to create a new window object and to find the existing window with the highest priority.

| Window |
| --- |
| size: Rectangle<br>visibility: Boolean<br>$all-windows: Set[Window]<br>$visible-windows: Set[Window]<br>$default-size: Rectangle<br>$maximum-size: Rectangle |
| display<br>$new-Window<br>$get-highest-priority-Window |

**Figure 4.16**  Class with class features

## 4.6  CANDIDATE KEYS

The ball notation discussed in Chapter 3 works fine when discussing multiplicity for binary associations and is the preferred notation for binary associations. However, multiplicity balls are ambiguous for n-ary (n>2) associations. The best approach for n-ary associations is to specify candidate keys.

A *candidate key* is a minimal set of attributes that uniquely identifies an object or link. By minimal, we mean that you cannot discard an attribute from the candidate key and still distinguish all objects and links. A class or association may have one or more candidate keys, each of which may have different combinations and numbers of attributes. The object ID is

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

CORDANCE CORPORATION,     )

                                )    ORIGINAL

          Plaintiff,     )

                                )

          v.             )  C.A. NO. 06-491-MPT

                                )

AMAZON.COM, INC.,        )

                                )

          Defendant.     )

---

Deposition Upon Oral Examination

of

KYLE BRADLEY PETERSON

* * * HIGHLY CONFIDENTIAL * * *

---

Taken at 2112 Sixth Avenue

Seattle, Washington

Time: 9:03 a.m.

DATE: Wednesday, May 14, 2008

REPORTED BY:  Ronald L. Cook

             CCR, RMR, CRR

**REDACTED**

22            THE WITNESS:  I don't know what you mean by

23   metadata.  There's --

24         Q.    BY MR. ABRAHAMSEN:  What does metadata mean

1    to you?

15:05:05 2           A.      It's information aside from the actual data

3    itself that's relevant to the transaction, data tagged along

4    for auditing purposes or for identification -- passive

5    identification of a component.

**REDACTED**

```
 1                    A F F I D A V I T

 2

 3    STATE OF WASHINGTON      )

 4                             )  SS.

 5    COUNTY OF KING           )

 6

 7            I have read my within deposition, taken

 8    on Wednesday, May 14, 2008, and the same is true and

 9    correct, save and except for changes and/or corrections,

10    if any, as indicated by me on the "CORRECTIONS" flyleaf

11    page hereof.

12            _____

13                    KYLE BRADLEY PETERSON

14

15                    SUBSCRIBED AND SWORN to before me

16

17    this _____ day of _____, 2008.

18

19                    _____

20                    NOTARY PUBLIC in and for

21                    the State of Washington,

22                    residing at _____.

23                    My commission expires

24                    _____.
```

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

CORDANCE CORPORATION,⠀⠀⠀⠀⠀)

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀**ORIGINAL**

⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀)

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

⠀⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀)·No. C.A. No. 06-491-MPT

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

AMAZON.COM, INC.,⠀⠀⠀⠀⠀)

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

⠀⠀⠀⠀⠀⠀⠀Defendant.⠀⠀⠀)

---

Deposition Upon Oral Examination

of

JOHN D. CORMIE

---

Taken at 2112 Sixth Avenue

Seattle, Washington

DATE:  Monday, May 15, 2008

REPORTED BY:  Kristin M. Vickery, CCR, 3125

**REDACTED**

15    Q.    Do you know what metadata is?

16    A.    In general, yes.

17    Q.    Can you explain what metadata is?

18    A.    Data about data.

**REDACTED**

**CORRECTIONS TO DEPOSITION TRANSCRIPT**

NAME OF DEPONENT: **John D. Cormie**

DATE OF DEPOSITION:

**May 15, 2008**

CASE NAME:  *Cordance Corporation v. Amazon.com, Inc.*

COURT: **The United States Court For The District of Delaware**

CASE NUMBER: **CV 06-491 MPT**

INSTRUCTIONS:  Please note changes by listing the page and line number in the places indicated on this sheet and listing the changes in the right-hand column.  Attach additional sheets as necessary.

| PAGE NO. | LINE NO. | READS | SHOULD READ | REASON |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I declare under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Signature: _____  Dated: _____

Page 180

1                        A F F I D A V I T

2

     STATE OF WASHINGTON        )
3                               )  SS.
     COUNTY OF KING             )

4

5

            I have read my within deposition, taken
6

     on Monday, May 15, 2008, and the same is true and
7

     correct, save and except for changes and/or corrections,
8

     if any, as indicated by me on the "CORRECTIONS" flyleaf
9

     page hereof.
10

11

12     _____
                    JOHN D. CORMIE
13

14

15

16

                        SUBSCRIBED AND SWORN to before me
17

     this _____ day of _____, 2008.
18

19

20

                        _____
21                      NOTARY PUBLIC in and for
                        the State of Washington,
22                      residing at _____.
                        My commission expires
23                      _____.
24

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 06-491-MPT |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

Deposition Upon Oral Examination

of

BRIAN SALVATORE O'NEILL

* * * HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY * * *

Taken at 2112 Sixth Avenue

Seattle, Washington

DATE: Friday, May 16, 2008

REPORTED BY: Ronald L. Cook

CCR, RMR, CRR

Page 74

**REDACTED**

```
        8              THE WITNESS:  In this context what would
        9      metadata be?
10:57:41 10           Q.    BY MR. ABRAHAMSEN:  What's it mean to you?
       11             A.    Metadata is data about data.
```

**REDACTED**

Page 234

```
 1                    A F F I D A V I T

 2

       STATE OF WASHINGTON      )
 3                              )  SS.
       COUNTY OF KING           )

 4

 5

             I have read my within deposition, taken

 6

       on Friday, May 16, 2008, and the same is true and

 7

       correct, save and except for changes and/or corrections,

 8

       if any, as indicated by me on the "CORRECTIONS" flyleaf

 9

       page hereof.

10

11

12       _____

                 BRIAN SALVATORE O'NEILL

13

14

15

16

                    SUBSCRIBED AND SWORN to before me

17

         this  10th  day of  June        , 2008.

18

19

20

                    _____

21                  NOTARY PUBLIC in and for
                    the State of Washington,
22                  residing at _____.
                    My commission expires

23                  _____.

24
```

**CORRECTIONS TO DEPOSITION TRANSCRIPT**

NAME OF DEPONENT: **Brian O'Neill**

DATE OF DEPOSITION:

**May 16, 2008**

CASE NAME: *Cordance Corporation vs. Amazon.com, Inc.*

COURT: **The United States Court for The District of Delaware**

CASE NUMBER: **CV 06-491 MPT**

INSTRUCTIONS: Please note changes by listing the page and line number in the places indicated on this sheet and listing the changes in the right-hand column. Attach additional sheets as necessary.

| PAGE NO. | LINE NO. | READS | SHOULD READ | REASON |
|---|---|---|---|---|
| 29 | 15 | Gurupa | Grouper | transcription error |
| 40 | 3 | right | write | " |
| 65 | 11 | source | src | " |
| 76 | 7 | main | name | " |
| 185 | 3 | RTF5 | RTR5 | " |
| 183 | 16 | Kyle | Keller | " |
| 186 | 16 | RTF5 | RTR5 | " |
| 188 | 14 | reasonable | re-usable | " |
| 194 | 17 | A live-in | Like | " |
| 221 | 8 | it to | into | " |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I declare under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Signature: _Brian S O'Neill_   Dated: _2008-06-10_

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 06-491-MPT |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) |

---

Deposition Upon Oral Examination

of

DAVID MICHAEL BARTH

\* \* \* HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY \* \* \*

---

Taken at 2112 Sixth Avenue

Seattle, Washington

DATE: Friday, February 8, 2008

REPORTED BY: Ronald L. Cook

CCR, RMR, CRR

Page 52

**REDACTED**

14            THE WITNESS:  It depends how you define

15    "metadata."

16            Q.    BY MR. ABRAHAMSEN:  What's your understanding

17    of the meaning of the word "metadata"?

18            A.    As represented here or as represented -- as

19    just sort of generally the meaning of "metadata"?  I'm not

20    sure what you're asking.

21            Q.    Let's start with generally.

22            A.    Generally speaking, my understanding of the

23    term "metadata" is that it describes -- "metadata" means

24    data that in some way describes another piece of data.

Page 141

A F F I D A V I T

STATE OF WASHINGTON      )
                         )   SS.
COUNTY OF KING           )


I have read my within deposition, taken
on Friday, February 8, 2008, and the same is true and
correct, save and except for changes and/or corrections,
if any, as indicated by me on the "CORRECTIONS" flyleaf
page hereof.


_____
DAVID MICHAEL BARTH




SUBSCRIBED AND SWORN to before me
this _____ day of _____, 2008.



_____
NOTARY PUBLIC in and for
the State of Washington,
residing at _____.
My commission expires
_____.

# EXHIBIT 7

```
1                    IN THE UNITED STATES DISTRICT COURT

2                    IN AND FOR THE DISTRICT OF DELAWARE

3                              - - -

   CORDANCE CORPORATION,
4                                    :      CIVIL ACTION
              Plaintiff,             :
5    v                               :
                                     :
6    AMAZON.COM,                     :
                                     :      NO. 06-491 (MPT)
7             Defendant.             :
                                  - - -
8

                          Wilmington, Delaware
9                 Monday, July 28, 2008 at 10:00 a.m.
                        TELEPHONE CONFERENCE
10
                              - - -
11

   BEFORE:  HONORABLE MARY PAT THYNGE, U.S. MAGISTRATE JUDGE
12
                              - - -
13   APPEARANCES:

14

              ASHBY & GEDDES, P.A.
15            BY:  JOHN G. DAY, ESQ.

16                 and

17            WOLF GREENFIELD & SACKS, P.C.
              BY:  MICHAEL C. ALBERT, ESQ.,
18                 ROBERT M. ABRAHAMSEN, ESQ., and
                   JEFFREY C. O'NEILL, ESQ.
19                 (Boston, Massachusetts)

20                      Counsel for Cordance Corporation

21

              POTTER ANDERSON & CORROON, LLP
22            BY:  RICHARD L. HORWITZ, ESQ.

23                 and

24

                        Brian P. Gaffigan
25                      Registered Merit Reporter
```

2

1    APPEARANCES: (Continued)

2

3                   FENWICK & WEST, LLP
                    BY:  RYAN J. MARTON, ESQ.,
4                        LYNN PASAHOW, ESQ., and
                         DARREN E. DONNELLY, ESQ.
5                        (Mountain View, California)

6                        Counsel for Amazon.com

7

8

9

10

11

12

13

14

15                            - oOo -

16                   P R O C E E D I N G S

17           (REPORTER'S NOTE:  The following telephone

18    conference was held in chambers, beginning at 10:00 a.m.)

19           THE COURT:  Good morning.  This is Judge Thynge.

20           MR. DAY:  Good morning, Your Honor.

21           THE COURT:  Who do I have on the line, please,

22    on behalf of Cordance?

23           MR. DAY:  On behalf of Cordance, you have John

24    Day at Ashby & Geddes locally and from Wolf Greenfield &

25    Sacks, Michael Albert, Robert Abrahamsen and Jeff O'Neill.

1    We picked some that we thought would be important should

2    some company at some point launch a product even similar to

3    what their patent covers, but because there is no product in

4    existence, we don't know what claims to construed and it

5    seems like it's a waste of everybody's time to even try to

6    construe them until a product hits the market.  It may

7    never.

8              MR. MARTON:  Your Honor, that sort of defeats

9    the purpose of having declaratory judgment for infringement.

10   Having actual infringement is not a necessary predicate for

11   claim construction.  In fact, what is supposed to guide

12   claim construction is the patent itself, which we certainly

13   have.

14             THE COURT:  But you are not supposed to get an

15   advisory opinion from the Court either as to what could end

16   up infringing in the future.  Right?

17             MR. MARTON:  I'm sorry, Your Honor.  I didn't

18   hear that.

19             THE COURT:  I said you are not supposed to get

20   an advisory opinion from the Court as to what could infringe

21   in the future.  Right?

22             MR. MARTON:  Understood.  What we would be

23   guiding as potentially infringing is what Cordance has been

24   planning to launch into the market.

25             MR. ABRAHAMSEN:  Your Honor, there are no plans

1    whatsoever to launch any product to the market.  If Amazon

2    has evidence to that effect, I sure would like to see it.

3    They brought this counterclaim two years ago.  No product

4    has been launched now.  No company, to my knowledge, has any

5    plans to launch any product.  Claim construction is based on

6    speculation.

7            MR. MARTON:  Your Honor, if I may respond.  We

8    certainly appreciate Bob's representation.  However,

9    discovery is not complete.  We have yet to depose Drummond

10   Reed, who is the CTO of the company.  We have reviewed

11   documents that indicate that there at least were plans.  We

12   don't know if they've been cancelled.  We don't know where

13   they're at.

14           THE COURT:  Which is the same position you were

15   in when you filed the motion to dismiss, which is part of

16   the reason why I allowed it to proceed.  There was enough

17   that was alleged to suggest that it was going to be

18   launched, had been launched already, or at least it appeared

19   that it was in that process and stage that it could be.

20   It's now to put up or shut up time.

21           MR. ABRAHAMSEN:  We maintain no such product has

22   been launched and no plans exist to launch that product.

23           THE COURT:  Well, I think his deposition can be

24   taken so that you can get that firmed up.  And I'll

25   certainly entertain any type of abbreviated motion to

# EXHIBIT 8

sams
net

# The World Wide Web

## Everything You Need to Master the Web!

Updated and revised to cover Netscape, Web servers, image maps, CGI, and more!

Find out how to connect to the Internet's World Wide Web and get the most use out of popular browsers

Explore the Web's amazing world of electronic art museums, online magazines and catalogs, virtual malls, and video and music libraries

Learn how to weave your own web setting up a Web server and designing and creating new Web pages with HTML

## Second Edition

# UNLEASHED

# The
# World Wide Web
# UNLEASHED

## Second Edition


sams
net

201 West 103rd Street
Indianapolis, IN 46290

*John December*
*Neil Randall*

*To my family, friends, and everyone on the Net.*
*—John December*

*To my father, Jacob Lloyd Randall (1918–1994)*
*—Neil Randall*

# Copyright © 1995 by Sams.net Publishing

SECOND EDITION

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein. For information, address Sams.net Publishing, 201 W. 103rd St., Indianapolis, IN 46290.

International Standard Book Number: 0-672-30737-5

Library of Congress Catalog Card Number: 95-067654

98  97  96  95    4  3  2  1

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single-digit, the number of the book's printing. For example, a printing code of 95-1 shows that the first printing of the book occurred in 1995.

Composed in AGaramond and MCPdigital by Macmillan Computer Publishing

Printed in the United States of America

## Trademarks

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Sams.net Publishing cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

| President, Sams Publishing | Richard K. Swadley |
| Publisher, Sams.net Publishing | George Bond |
| Marketing Manager | John Pierce |
| Acquisitions Manager | Greg Wiegand |
| Development Manager | Dean Miller |
| Managing Editor | Cindy Morrow |

**Acquisitions Editor**
Mark Taber

**Development Editor**
L. Angelique Brittingham

**Production Editor**
Mary Inderstrodt

**Editors**
Kimberly K. Hannel
Joe Williams

**Editorial/Graphics Coordinator**
Bill Whitmer

**Formatter**
Frank Sinclair

**Technical Reviewers**
James A. Armstrong
Sam Kimery
James Pitkow

**Cover Designer**
Tim Amrhein

**Book Designer**
Alyssa Yesh

**Page Layout**
Carol Bowers, Charlotte Clapp,
Mary Ann Cosby, Terrie Deemer,
Louisa Klucznik, Ayanna Lacey,
Shawn MacDonald,
Stephanie Mineart, Casey Price,
Jacqueline S. Thompson,
Jill Tompkins, Tina Trettin,
Susan Van Ness, Mark Walchle,
Dennis Wesner,
Michelle Worthington

**Proofreading**
Georgianna Briggs, Mona Brown,
Michael Brumitt, Mike Dietsch,
Donna Haigerty, Mike Henry,
Kevin Laseau, Paula Lowell,
Brian-Kent Proffitt, SA Springer,
Suzanne Tully, Elaine Voci-Reed

**Indexers**
Jeanine Clark, Greg Eldred

Even though the World Wide Web as a system can operate on any computer network, the Web as we know it is nothing without the Internet. In order to understand the Web's importance, in fact, it is necessary to understand the tools, the fundamentals, and even the history of the Net. But a book about the Web is no place for a fully comprehensive look at the Internet; instead, we'll examine the aspects that are especially pertinent for anyone who wants to know about the Web.

# A Very Brief History of the Internet

It's been said often, but it bears repeating once more: The Internet was originally conceived by the U.S. military as a means of ensuring a workable communications system in the event of a strike by enemy missiles or forces. It was the sixties, after all, at the height of the Cold War, when the fear of Soviet attack guided all kinds of military projects. If one central communications location was bombed out of existence, the military wanted to make sure that surviving locations could still talk to one another, and that no communication would be lost.

Because the original network was developed by the Advanced Research Projects Agency of the U.S. military, it was given the name ARPAnet. Eventually, however, as increasing numbers of research institutes and research universities connected themselves to the network, ARPAnet came to handle only this kind of research data while a second network, MILnet, looked after military communications. In the 1980s, the National Science Foundation established NSFnet, linking a half-dozen supercomputers at an extremely high speed that has since been made higher still. NSFnet eventually took over the Internet (as it was now being called) from ARPAnet, and in 1991 the U.S. High Performance Computing Act established the basis for the National Research and Education Network (NREN). NREN's goals are to establish and maintain high-speed, high-capacity research and education networks, while helping to develop commercial presence on the Internet as well.

This last point is immensely important for the World Wide Web, which is rapidly being adopted as a medium of choice for businesses in North America and, increasingly, around the globe. During the Internet's early years, commercial activity was severely constrained by the NSF's "Acceptable Use Policy" (AUP), which directly disallowed any for-profit activities. The AUP has changed somewhat, but more importantly the Internet has taken on different forms and different policies. Although it's not actually stated anywhere, commercial activity is now very much accepted on the Net. Whether or not General Motors will begin to sell its vehicles over the World Wide Web remains to be seen, but already the Web is being used for product ordering and product support—and by very sizeable corporations, too.

The Internet has changed so much, in fact, that during the first half of 1994 the number of domain names for commercial organizations (the com domain) overtook those for educational institutions (the edu domain). In the month ending June 25, more than 1,300 new commercial (com) names were registered with the Internet, and the following month saw an additional 1,700. That's a 30-percent jump in just one month! By January of 1995, the number of commercial domains

had risen past 30,000, with a monthly growth rate of over 10 percent (and average monthly growth closer to 13 percent). And these businesses aren't just moving onto the Net to do research or e-mail, either; they're there because the Internet offers enormous commercial potential. If you want to examine the statistics yourself, as well as a great deal of additional commercial Internet information, check out the Internet Infohaus pages at http://www.tv.com/access/by-seller/Internet_Info and see what the Net has done recently.

To be sure, the Internet is still primarily a research and academic network, at least from the standpoints of creative use and extent of use. There's an enormous amount of activity happening in the educational field as well (with the K-12 area burgeoning), and a great deal involving community and nonprofit issues. That's almost certain to change, however, over the second half of the 1990s. The only question now is whether or not governmental legislation will stop the Internet's amazing growth, and the jury is still very much out on that one. Even here, however, we see the immensity of the Net. It's almost pointless to use the phrase "governmental legislation," because that leads to the other questions, "Which government?" and "Which legislation?" Still, the roles of governments around the world have yet to be determined, so the questions must continue to be asked.

# A Very Basic Knowledge of the Internet

To understand the World Wide Web fully, it's essential to know a few significant Internet issues. Actually, the more you know about the Net, the better you know the Web as well, despite the fact that one of the Web's primary functions is to hide from users the difficulties regarding the interfaces of the Internet's tools. The Web is an important layer of functionality and accessibility riding atop the Net; but without the Net and its horde of concepts, the Web would simply be impossible. You can't have one without the other.

Some of the major terms and concepts associated with the Net are explained in this section. Arguably, you should know them well before even beginning your Web explorations; but as software such as Mosaic, Netscape, Cello, and MacWeb becomes increasingly popular, this is a bit like asking Windows users to keep their DOS commands in mind. It's just not going to happen. What will unquestionably happen, however, is that things will go wrong while you're cruising the Web, and without a good background knowledge of the Net you may not know what happened or how to proceed.

## Domain Names

Every computer on the Internet has an Internet Protocol (IP) address associated with it. IP addresses have four parts, and a typical address looks like this: 198.43.7.85 (that is, four items all separated by periods). Happily, as a World Wide Web user you really don't need to know much about IP addresses, except possibly for getting connected to the Internet in the first place.

# EXHIBIT 9



# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF





## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
p.    cm.
ISBN 0-87779-201-1

1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PB1625.W36 1993
423–dc20                                                    93-10630
                                                              CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

5051 QP/H00

~ with the Church of England . . . J.H.Newman b : to become similar or alike : RESEMBLE — usu. used owing to or with ⟨~s with the character of English and m often —s before a following n⟩   c : to be naturally assimilated : undergo cultural assimilation : to become adapted : CONFORM

**as·si·late** \-ˌlāt, -ˌlāt, usu -d-+V\ n -s : something that is ed

**as·si·la·tion** \ᵊ-ˌ•ˈlāshən\ n -s [prob. fr. ML assimilation-, -io physiological assimilation, fr. L assimilatio-, as-similarity, fr. assimilatus, assimilatus (past part. of e, assimilare to make similar) + -tion- -io -ion] act or process of assimilating (this creative—) of what down constitutes the great conservative force in J.L.Lowes⟩   b : the quality or state of being assimilated : the materials had to be translated many times before their final ~—G.A.L.Sarton⟩   2 a : the conversion oration of nutritive material into the fluid or solid of the body and being the last stage or stages rocess of nutrition following after digestion and ab-or occurring with the latter   b : the incorporation of fasteninstoma material into the organized pattern of an e, blastema (as in certain experimental transfers of (I) : the incorporation of food materials into the m : photosynthesis together with root absorption ROSYNTHESIS—used esp. in England   3 : the process the chemical composition of molten magmas is by the fusion of the country rock with which they ontact   4 : partial or total adaptation of the position articulation of a particular sound (as a consonant) an adjacent or neighboring sound—compare UMLAUT and cupboard the \p\ sound of the word cup has un-omplete—\ ⟨in conduct the \m\ of the prefix com-

**as·si·la·tion·ist** \-ˌsst\ n -s : one that believes in or advo-plicy of assimilation of differing racial or cultural metimes specif. of the Jews

**a·tive** \-ˈ•••ˌläd-iv, -ˌläd-, -ˌ\ adj [ML assimilativus, 1g similar, fr. L assimilatus, assimilatus + -ivus -ive] to, characterized by, or causing assimilation : AS-3 ⟨an ~ pattern⟩ ⟨an ~ process⟩

**a·tor** \-ˌläd(ə)r, -ˌ\ n -s : one that assimilates

**a·to·ry** \-ˌläˌtō̇rē, -tȯr-, -ȯr-\ adj : ASSIMILATIVE

**As·si·mi·ni·di·ae** \ˌasimə²nēȧ, n, cap [NL] : a genus (the type of distributed family Assiminidae) of small conical pulmonate snails (order Pectinibranchia) of water including a species (A. lutea) sometimes serving immediate host of the lung fluke

**as·sin·i·boine** \ə²sinə₁bȯin\ n, pl assini-sinisboins also assiniboines or assiniboines usu cap sini-ipwäwe, lit., one who cooks by use of stones, fr. + ipwäwe he cooks by roasting] 1 a : a Siouan the area between the upper Missouri and middle wan rivers   3 : a member of such people   2 : a Dakota spoken by the Assiniboin people

**asse·**l and \F, past part. of asseoir to seat — more at itting down — used of animals in heraldry ASSI

**As·si·si** \ə²sēz, ə²sēzē also ə²sisē or ə²sizē\ n -s [fr. Assisi, Perugia province, Italy, where it was originally 1 embroidery with unworked designs outlined by a ground of cross-stitch

**as·sist** \ə²sist\ vb -ED/-ING/-s [MF or L; MF assister to help, fr. L assistere, adsistere to help, stand by, fr. ad- + ause to stand, stand: akin to L stare to stand —more at ND] vi 1 : to give support or aid : HELP ⟨refused to impaign⟩ ⟨waited to see if he could ~ in any way⟩ esent as a spectator (unwilling to ~ at an interview my and Amy's mistress—Arnold Bennett⟩   3 a : order the dealer when he is the partner to take up trump   b in bridge : RAISE — vt 1 a : to give aid to esp. in some undertaking or effort : AID endeavored to ~ his search for a mate —George ~ed the boy with his lessons⟩   b : to perform some : HELP ⟨a good and faithful helpmate ~ed me much g the shop —Benjamin Franklin⟩ ⟨~ed the old man s⟩   2 obs : to take one's place with : JOIN, ATTEND

**ometimes** 'a,s- in sense 2\ n -s ] : an act of assist-(without any — from her brother . . . made a breezy bowl—Bernard Kalb⟩   2 a : the act of a by handling the ball (as in baseball) or passing the hockey) enables a teammate to make a put-out or l   b : the official credit given a player for making 3 : an act or circumstance that helps to bring ive result (the winning candidate got an ~ from it's inept tactics)

**as·sis·tance** \ə²sistᵊn(t)s\ n -s [ME assistence (fr. ML fr. L assistenti-, assistens + -ia-y) & assistance, fr. ister + -ance] 1 a : the act or action of assisting (might from time to time require the ~ of a mild Dorothy Sayers)   b : the help supplied or given (economic ~ to several countries; specif ] aid ncial) to the needy (a program of public ~)
PRESENCE, ATTENDANCE   b : AUDIENCE

**as·sis·tant** \-tᵊnt\ adj [ME assistant (fr. MF, pres. part. of assisten, fr. L assistent-, assistens, pres. part. of giving aid or support) : HELPFUL, AUXILIARY the and the innocent manufacture were mutually ~ in han one —G.M.Trevelyan⟩   2 : acting as a subor-

guard or constable, deputy, or priest) or prisoned . . . hearing . . . the nature of an inquest or recognition before sworn jurymen or assessors : judicial inquest   b : an action to be decided by such a hearing, the writ for instituting it, or the verdict or finding rendered by the jury   5 a : the periodical sessions of the judges of the superior courts in every county of England for the purpose of administering justice in the trial and determination of civil and criminal cases — usu. used in pl. b : the time or place of holding such a court, the court itself, or a session of it — usu. used in pl.   c Scot (1) : a jury trial (2) : JURY, PANEL   6 : a cylinder-shaped block of stone forming part of a column or of a layer of stone in a building **2assize** \ʌ-ᴇᴅ/-ɪɴɢ/-s [ME assisen, fr. assise, n.] obs   : to regulate or fix (as a price) according to an ordinance or stand-

**as·siz·er** \-²za(r)\ n -s [ME assisour, fr. AF, fr. OF assise + -our -or] 1 : a member of an assize : JURYMAN   2 : an officer appointed to execute the provisions of various assizes (sense 2a)

**assmt** abbr assessment

**assn** abbr association

**as·so·cia·bil·i·ty** \ə₁sōsh(ē)ə²biləd-ē, -ⁱsēə-, -ⁱōtē, -ˌ\ n -s : the quality or state of being associable

**as·so·cia·ble** \-ⁱ•(ⁱ)ə-ˌbȯl\ adj [ISV ¹associate + -able] 1 : capable of being associated, joined, or connected in thought (a word . . . easily ~ with collective nouns —Yakov Malkiel)

**¹as·so·ci·ate** \ə²sōs(h)ēˌāt, usu -ād-+V\ vb -ED/-ING/-s EME associat (34 pers. sing. past indic.), fr. L associatus, past part. of associare] vt 1 a : to join often in a loose relationship with a partner, fellow worker, colleague, friend, companion, or ally (was associated with him in a large law firm) (were closely associated with each other during the war)   b : to elect as an associate (was associated to the Royal Academy —Robert Southey)   2 obs : to keep company with : ATTEND (friends should ~ friends in grief and woe —Shak.)   3 : to join (things) together or connect (one thing) with another : COMBINE (particles of gold associated with heavy minerals)   4 : to join or connect in any of various intangible or unspecified ways (as in general mental, legendary, or historical relationship, in un-specified causal relationship, or in unspecified professional or scholarly relationship) (surrealism has been associated with psychological and intellectual atmosphere common to periods of war —Bernard Smith) (she wished to ~ him with her un-usual mood —J.C.Powys)   5 : to submit to public identifica-tion (as with a principle or sentiment) (the House will ~ itself with these expressions —Sir Winston Churchill) (I should wholeheartedly ~ myself with the general libertarian views —Felix Frankfurter)   6 chem : to join in loose combinations — see ASSOCIATION 7 ~ vi   1 : to come together as partners, fellow workers, colleagues, friends, companions, or allies (my father's conviction that they were too lowly to ~ with me —G.B.Shaw)   2 : to combine or join with another or others as component parts : UNITE (protons and neutrons with their encircling electrons ~ together to form atoms —G.W.Gray)   3 : to engage in free association (the patient associated freely about his childhood) — see FREE ASSOCIATION   syn see JOIN

**²as·so·ci·ate** \-s(h)ēᵊst, -shət, -shēˌāt, -sēˌāt, usu -ᵊd-+V\ adj [ME associat, fr. L associatus, adsociatus, past part. of asso-ciare, adsociare to join, unite, fr. ad- + sociare to join, share, fr. socius companion — more at SOCIAL]   1 : closely connected, joined, or united with another (as in interest, function, activity, or office) : sharing in responsibility or authority (descent through darkness . . . to my ~ powers —John Milton) (an ~ judge)   2 : closely related esp. in the mind ALLIED, ACCOMPANYING (they want some ~ sounds to make them harmonious —Samuel Johnson)   3 : admitted to some but not to all rights and privileges : having a secondary or subordinate status (admitted to ~ membership in the society)

**³as·so·ci·ate** \-ˌ\ n -s   1 : one associated with another : a : one who shares with another an enterprise, business, or action : a fellow worker : PARTNER (the chemist and his ~ finally completed their experiment)   b : one who shares with another an office or position of authority : COLLEAGUE (they were ~s on the bench for 20 years)   c : one who is frequently in com-pany with another : COMPANION, COMRADE (his most intimate ~ during his college years)   2 : something that is closely connected with or that usu. accompanies another : ACCOM-PANIMENT, CONCOMITANT; esp : a word or concept linked to another by association (no sooner at any time comes into the understanding but its ~ appears with it —John Locke) 3 a : an officer of the superior common-law courts in Eng-land   b : a member of a learned society or academy ranking below a fellow (an ~ of the Royal Academy)   c : a research worker or teacher affiliated with a college, university, or some other professional organization or institution and ranking below a professor or full member (research ~ in anthro-pology) (~ in German) (~ in medicine)   4 often cap   a : a degree conferred by a junior college upon its graduates (~ in arts)   b : a degree or title granted by some colleges and uni-versities to students who finish a course that is complete in itself but shorter than that leading to a bachelor's degree

**associated state** n, often cap A&S : a semi-independent state within the French Union bound to France by special treaties (most of the associated states were once protectorates)

**associate professor** n : a faculty member in a college or university who ranks immediately below a professor and above an assistant professor

**as·so·ci·a·tion** \ə₁sōsē²āshən, -ⁱshē- — -ⁱōsh- is somewhat less [req in this than in the other associ- words, by reason of ⁱs-dissimilation\ n -s [MF or ML; MF association, fr. ML as-sociation-, associatio, fr. L associatus (past part. of associare to join, unite) + -ion-, -io -ion —more at ASSOCIATE]   1 : the act or action of associating (there is no such thing as criminal guilt by ~ in Anglo-American law —Sidney Hook) (the house dog's intimate ~ with people —J.W.Cross)   b : the quality or state of being associated : COMPANIONSHIP, PARTNERSHIP, CONNECTION, COMBINATION (My four years of close ~ with Alec —Sidney Lovett) (the cerebrospinal fluid, due to its intimate ~ with the central nervous system —H.G.Arm-strong) (flint implements in ~ with the remains of the

Case 1:06-cv-00491-MPT    Document 193-2    Filed 08/27/2008    Page 47 of 48

: the solid core parallel line in the geophysicmal and sound other tapeworms that develops usu. in the body cavity of a copepod — compare **PLEROCERCOID**

**pro-cerebral** \"(")prō+ \ *adj* [NL. *procerebrum* forebrain (fr. **1**pro- + L. *cerebrum*) + E -al] : of or relating to the forebrain

**pro-cer-ite** \"prāsə,rīt\ *n* -s [ISV **1**pro- + Gk *keras* horn + ISV -*ite* — more at **HORN**] : the flagellum of the antenna of a crustacean

**pro-cer-it-ic** \"ˌsə,rid-ik\ *adj* : of or relating to a procerite

**pro-cer-i-ty** \prō"serəd-ē\ *n* -s [L. *proceritas*, fr. *procerus* high, tall (fr. *pro*- forward + *-cerus*, fr. the stem of *crescere* to grow) + -*itas* -ity — more at **CRESCENT**] *archaic* : **HEIGHT**, **TALLNESS**

**pro-ce-rus** \prō"sīrəs\ *n, pl* **pro-ce-ri** \-,rī\ *or* **procerus-es** [NL, fr. L. high, tall] : a facial muscle arising from the nasal bone and lateral nasal cartilage and inserting in the skin at the root of the nose

**1pro-cess** \"präˌ, ses *also* "prō\ *or* \säs, n, pl* **processes** \"+-oz *also -(ˌ)sēz; sometimes* +ˌēz\ [ME *proces, processe, process,* fr. MF *proces,* fr. L *processus,* fr. *processus,* past part. of *procedere* to proceed — more at **PROCEED**] **1 a :** a progressive forward movement from one point to another on the way to completion ... **b :** action of passing through continuing development from a beginning to a contemplated end ...

**1pro-ces-sion** \prō"seshən, prō's-\ *n* -s [ME, fr. ML *processionalis,* fr. neut. of *processionalis, adj.,* fr. LL *processio-, processio* + -*alis* -al] **1 a :** a book containing material (as hymns, litanies) to be sung or recited during a religious procession and often containing regulations for conducting various types of religious procession ...

**2procession** \ \ *vb* processed \"+t\ *or* processing \"+-in\ processes \"+-oz\ [fr. sense 1, fr. MF *processer,* fr. *proces;* in other senses, fr. **1**proces] *vt* **1 a :** to proceed against by law ...

**3process** \"\ *or* \ *process* [*process*] **1 :** prepared, handled, treated, or produced by a special process ...

**proch-lo-rite** \(")prō+\ *n* \**1**pro- + *chlor-* : its being the earliest variety of chlorite distinguished] : **RIPIDOLITE**

**pro-cho-os** \"prōkə,wäs, -räk-\ *n, pl* **proodo-oi** \-,wói\ [Gk *prochoos, prochous,* fr. *prochein* to pour forth, fr. *pro-* + *chein* to pour — more at **FOUND**] : a tall slender ancient Greek jug used esp. to hold water for washing the hands