# SEALED DOCUMENT

Case 1:06-cv-00491-MPT    Document 194    Filed 08/27/2008    Page 1 of 1