IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-491-MPT |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| AMAZON.COM, INC. and | ) **PUBLIC VERSION** |
| AMAZON WEB SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**APPENDIX IN SUPPORT OF**
**DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*Amazon.com, Inc. and*
*Amazon Web Services, LLC*

Dated: August 27, 2008
Public Version Dated: September 3, 2008
880299 / 30763

## TABLE OF CONTENTS

| Exh No | Description/Title | Date |
|---|---|---|
| 1 | Introducing Hypercommunications | 1996 |
| 2 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR ('205 Patent) | 9/18/1998 |
| 3 | About Intermind's Communications Patents | 10/28/1999 |
| 4 | A Guide to Intermind's Intellectual Property | October, 1997 |
| 5 | Office Action ('205 Patent) | 5/13/1997 |
| 6 | Amendment ('205 Patent) | 7/3/1997 |
| 7 | Email from Drummond Reed | 5/2/1997 |
| 8 | Rough Deposition Transcript of Steven Mushero | 8/20/2008 |
| 9 | Notice of Allowability ('205 Patent) | 9/17/1997 |
| 10 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR ('325 Patent) | 5/6/1998 |
| 11 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR ('717 Patent) | 9/29/1998 |
| 12 | Office Action ('710 Patent) | 5/28/2002 |
| 13 | Response to Official Action ('710 Patent) | 12/5/2002 |
| 14 | Office Action - Rejection ('710 Patent) | 2/11/2003 |
| 15 | Amendment to Request Correction of Inventorship Under 37 CFR ('710 Patent) | 5/6/2003 |
| 16 | Amendment and Declaration of Drummond Reed ('710 Patent) | 5/6/2003 |
| 17 | Cordance's Fifth Supplemental Response to Amazon's First Set of Interrogatories | 7/2/2008 |

| Exh No | Description/Title | Date |
|---|---|---|
| 18 | Notice of Allowability ('288 Patent) | 9/6/2001 |
| 19 | Response to Official Action ('325 Patent) | 4/8/1998 |
| 20 | Amendment ('369 Patent) | 10/29/1999 |
| 21 | Amendment After Final Action ('369 Patent) | 12/4/2000 |
| 22 | Intermind Changes Its Mind and Its Fortune (Wired) | 12/31/1997 |
| 23 | Petition Requesting Consideration of Information Disclosure Statement ('205 Patent) | 12/3/1997 |
| 24 | Object-Oriented Modeling and Design | 1991 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 3, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

757320 / 30763