# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 06-491-MPT<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Amazon.com, by and through its attorneys of record, will take the deposition of Peter Earnshaw Heymann. Pursuant to the parties' agreement, the deposition will commence on November 18, 2008 at 9:30 am at the offices of Fenwick & West LLP, 1191 Second Avenue, Tenth Floor, Seattle, WA 98101. The deposition will be taken by stenographic and videographic means. Provisions for real-time monitoring via LiveNote™ or similar facility may also be used. The deposition shall continue from day to day, weekends and holidays excepted, until completed or adjourned by the attorney taking the deposition.

| | |
|---|---|
| OF COUNSEL:<br><br>Lynn H. Pasahow<br>J. David Hadden<br>Darren E. Donnelly<br>Saina S. Shamilov<br>Ryan Marton<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Tel: (650) 988-8500<br><br>Dated: October 21, 2008<br>887988 / 30763 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>      Richard L. Horwitz (#2246)<br>      David E. Moore (#3983)<br>      Hercules Plaza, 6th Floor<br>      1313 N. Market Street<br>      Wilmington, DE 19801<br>      Tel: (302) 984-6000<br>      rhorwitz@potteranderson.com<br>      dmoore@potteranderson.com<br><br>*Attorneys for Defendants Amazon.com, Inc.<br>and Amazon Web Services, LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 21, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 21, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Jeffrey O'Neill |
| Ashby & Geddes | Wolf, Greenfield & Sacks, P.C. |
| 500 Delaware Avenue, 8th Floor | 600 Atlantic Avenue |
| Wilmington, DE 19899 | Boston, MA 02210-2206 |
| sbalick@ashby-geddes.com | malbert@wolfgreenfield.com |
| jday@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| tlydon@ashby-geddes.com | jeffrey.oneill@wolfgreenfield.com |

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

757320 / 30763