**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-491-MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and | ) | |
| AMAZON WEB SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant and counterclaim plaintiff Amazon.com, Inc.

hereby certifies that a true and correct copy of the following document was caused to be served

on October 27, 2008 upon the following attorneys of record as indicated below:

> DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S
> THIRD SET OF REQUESTS FOR INSPECTION AND
> PRODUCTION OF DOCUMENTS AND THINGS
>
> DEFENDANT AND COUNTERCLAIMANT AMAZON.COM, INC.'S
> FOURTH SET OF INTERROGATORIES

**<u>VIA HAND DELIVERY & ELECTRONIC MAIL</u>**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

**VIA ELECTRONIC MAIL**

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By:  _/s/ David E. Moore_ |
| Lynn H. Pasahow | Richard L. Horwitz (#2246) |
| J. David Hadden | David E. Moore (#3983) |
| Darren E. Donnelly | Hercules Plaza, 6th Floor |
| Saina S. Shamilov | 1313 N. Market Street |
| Ryan Marton | Wilmington, DE  19801 |
| FENWICK & WEST LLP | Tel:  (302) 984-6000 |
| 801 California Street | rhorwitz@potteranderson.com |
| Mountain View, CA 94041 | dmoore@potteranderson.com |
| Tel: (650) 988-8500 |  |

Dated:  October 27, 2008

888795 / 30763

*Attorneys for Defendants*
*Amazon.com, Inc. and*
*Amazon Web Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 27, 2008, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com

By:  /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

757320 / 30763