# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-491-MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and | ) |
| AMAZON WEB SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF TAKING MOTION FOR LEAVE TO AMEND OFF CALENDAR

Defendants respectfully take their Motion for Leave to File Defendants' First Amended Answer, Defenses, and Counterclaims to Cordance's Third Amended Complaint (D.I. 273) off calendar. Defendants have recently discovered facts warranting further proposed amendments to its Answer, Defenses, and Counterclaims. As plaintiff's opposition to Motion for Leave to File Defendants' First Amended Answer, Defenses, and Counterclaims to Cordance's Third Amended Complaint (D.I. 273) is due to be filed today and defendants intend to make further proposed amendments to its Answer, Defenses, and Counterclaims and modify its motion for leave accordingly, defendants respectfully request removal of its current Motion for Leave to File Defendants' First Amended Answer, Defenses, and Counterclaims to Cordance's Third Amended Complaint (D.I. 273) from the Court's calendar. Defendants will be submitting to the Court an amended motion for leave to amend and hope to reach agreement with plaintiff on a proposed briefing schedule on any amended motion in short time.

Case 1:06-cv-00491-MPT   Document 285   Filed 12/23/08   Page 2 of 3

- 2 -

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Lynn H. Pasahow<br>J. David Hadden<br>Darren E. Donnelly<br>Saina S. Shamilov<br>Ryan Marton<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Tel: (650) 988-8500 | By:  /s/ David E. Moore<br>       Richard L. Horwitz (#2246)<br>       David E. Moore (#3983)<br>       Hercules Plaza, 6th Floor<br>       1313 N. Market Street<br>       Wilmington, DE  19801<br>       Tel:  (302) 984-6000<br>       rhorwitz@potteranderson.com<br>       dmoore@potteranderson.com |
| Dated: December 23, 2008<br>896566 / 30763 | *Attorneys for Defendants*<br>*Amazon.com, Inc. and*<br>*Amazon Web Services, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 23, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Jeffrey O'Neill |
| Ashby & Geddes | Wolf, Greenfield & Sacks, P.C. |
| 500 Delaware Avenue, 8th Floor | 600 Atlantic Avenue |
| Wilmington, DE 19899 | Boston, MA 02210-2206 |
| sbalick@ashby-geddes.com | malbert@wolfgreenfield.com |
| jday@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| tlydon@ashby-geddes.com | jeffrey.oneill@wolfgreenfield.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

757320 / 30763