IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-491-MPT |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and ) | |
| AMAZON WEB SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and counterclaim-defendant Cordance Corporation and defendants and counterclaimants Amazon.com, Inc. and Amazon.com Web Services, LLC hereby stipulate to entry of an order dismissing with prejudice the following claims and counterclaims, each party to bear its own fees and costs.

The Parties hereby stipulate to dismissal with prejudice of any and all claims and counterclaims regarding U.S. Patent No. 6,044,205.

The Parties hereby stipulate to dismissal with prejudice of any and all claims and counterclaims regarding U.S. Patent No. 6,269,369.

The Parties further stipulate that no claim or counterclaim other than those specifically identified in this stipulation shall be dismissed at this time.

| | |
|---|---|
| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
| By: */s/ John G. Day* <br> Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19899 <br> Tel: (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com <br><br> *Attorneys for Plaintiff* | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2009.

_____
United States Magistrate Judge

898301