# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-491-MPT |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and ) | |
| AMAZON WEB SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE LACK OF WRITTEN DESCRIPTION AND PROSECUTION LACHES FOR U.S. PATENT 6,757,710 B2

Pursuant to Fed. R. Civ. P. 56, Defendants Amazon.com, Inc. and Amazon Web Services, LLC (collectively "Amazon") respectfully move this Court for partial summary judgment that U.S. Patent No. 6,757,710 B2 is unenforceable due to prosecution laches and summary judgment that the asserted claims of U.S. Patent No. 6,757,710 B2 are invalid for failure to comply with the requirements of 35 U.S.C. § 112.

For the reasons set forth in Defendants' Memorandum In Support Of Their Motion For Summary Judgment Re Lack Of Written Description And Prosecution Laches For U.S. Patent 6,757,710 B2, the Declaration of Mr. Alvisi, and the Appendix In Support Of Defendants' Motions For Summary Judgment, filed contemporaneously herewith, there is no genuine dispute of material fact.

WHEREFORE, Amazon requests that the Court grant this Motion and issue the attached Order.

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Dated: January 23, 2009
899833 / 30763

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  /s/ D. Fon Muttamara-Walker
Richard L. Horwitz (#2246)
David E. Moore (#3983)
D. Fon Muttamara-Walker (#4646)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

*Attorneys for Defendants
Amazon.com, Inc. and
Amazon Web Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, D. Fon Muttamara-Walker, hereby certify that on January 23, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 23, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Jeffrey O'Neill |
| Ashby & Geddes | Wolf, Greenfield & Sacks, P.C. |
| 500 Delaware Avenue, 8th Floor | 600 Atlantic Avenue |
| Wilmington, DE 19899 | Boston, MA 02210-2206 |
| sbalick@ashby-geddes.com | malbert@wolfgreenfield.com |
| jday@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| tlydon@ashby-geddes.com | jeffrey.oneill@wolfgreenfield.com |

By: */s/ D. Fon Muttamara-Walker*
    Richard L. Horwitz
    David E. Moore
    D. Fon Muttamara-Walker
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    fmuttamara-walker@potteranderson.com

757320 / 30763