# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-491-MPT |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. and | ) |
| AMAZON WEB SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT 6,757,710 B2

Pursuant to Fed. R. Civ. P. 56, Defendants Amazon.com, Inc. and Amazon Web Services, LLC (collectively "Amazon") respectfully move this Court for summary judgment invalidity of U.S. Patent No. 6,757,710 B2.

For the reasons set forth in Defendants' Memorandum In Support Of Their Motion For Summary Judgment of Invalidity of U.S. Patent 6,757,710 B2, the Declarations of Mr. Alvisi, Mr. Kulfan and Mr. New, and the Appendix in Support of Defendants' Motion For Summary Judgment, filed contemporaneously herewith, there is no genuine dispute of material fact.

WHEREFORE, Amazon requests that the Court grant this Motion and issue the attached Order.

|                                | Respectfully submitted, |
|---|---|
|                                | POTTER ANDERSON & CORROON LLP |

OF COUNSEL:

Lynn H. Pasahow  
J. David Hadden  
Darren E. Donnelly  
Saina S. Shamilov  
Ryan Marton  
FENWICK & WEST LLP  
801 California Street  
Mountain View, CA 94041  
Tel: (650) 988-8500  

Dated: January 23, 2009  
899836 / 30763

By: */s/ D. Fon Muttamara-Walker*  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    D. Fon Muttamara-Walker (#4646)  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, DE 19801  
    Tel: (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com  
    fmuttamara-walker@potteranderson.com  

*Attorneys for Defendants*  
*Amazon.com, Inc. and*  
*Amazon Web Services, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, hereby certify that on January 23, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 23, 2009, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Steven J. Balick | Michael A. Albert |
| John G. Day | Robert M. Abrahamsen |
| Tiffany Geyer Lydon | Jeffrey O'Neill |
| Ashby & Geddes | Wolf, Greenfield & Sacks, P.C. |
| 500 Delaware Avenue, 8th Floor | 600 Atlantic Avenue |
| Wilmington, DE 19899 | Boston, MA 02210-2206 |
| sbalick@ashby-geddes.com | malbert@wolfgreenfield.com |
| jday@ashby-geddes.com | rabrahamsen@wolfgreenfield.com |
| tlydon@ashby-geddes.com | jeffrey.oneill@wolfgreenfield.com |

By: /s/ D. Fon Muttamara-Walker
   Richard L. Horwitz
   David E. Moore
   D. Fon Muttamara-Walker
   POTTER ANDERSON & CORROON LLP
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com
   fmuttamara-walker@potteranderson.com

757320 / 30763