IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,

     Plaintiff,

     v.

AMAZON COM, INC and
AMAZON WEB SERVICES, LLC,

     Defendants.

Civil Action No 06-491 - MPT

## DECLARATION OF CRAIG KULFAN IN SUPPORT OF DEFENDANTS' OPENING MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT 6,757,710 B2

*Of counsel:*
Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

January 23, 2009

POTTER ANDERSON & CORROON LLP
Richard L Horwitz (I D #2246)
David E. Moore (I D. #3983)
Hercules Plaza, 6th Floor
1313 N Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant and Counterclaim
Plaintiff Amazon.com*

I, Craig Kulfan, declare as follows:

1    I make this Declaration in support of Defendants' Motion for Summary Judgment of Invalidity of the '710 Patent    I have personal knowledge of the facts stated herein and if called upon, could and would competently testify thereto

2    I am currently an employee of Amazon com, Inc  (hereinafter "Amazon com") and hold the position of Software Development Manager

3    As part of my responsibilities, I manage the Code to Commit team that operates the systems that Amazon com uses to store and maintain the source code for the software it has written and uses to run the www.amazon.com website available via the World Wide Web

4    Amazon com develops and keeps the source code for the www.amazon.com website as part of its regularly-conducted business activity

5    As part of the development and maintenance of the source code for the www.amazon.com website, Amazon com employs industry-standard applications known as source code version control systems   My team operates and maintains these source code version control systems and the data repositories they use

6    I am familiar with the source code version control systems that Amazon com uses to maintain the current and past versions of the source code files used to run the www.amazon.com website and the data repositories those systems maintain

7    The source code version control systems Amazon com employs allow developers to "check out" the source code files on which they are working and then "check in" those files after

making changes  The source code version control systems record each file check-in  The
information recorded by the version control system for file check-ins include at least a timestamp
with the date and time at which the file was checked in along with the username of the
Amazon com developer who performed the check-in

8   It is Amazon com's practice to maintain the source code and check-in information for the
source code used to run the <u>www.amazon.com</u> website  Amazon com's source code version
control systems and their data repositories, which my team maintains, indicate that it has been a
regular practice to maintain the source code and check-in information for the source code used to
run the <u>www.amazon.com</u> website since at least June of 1995

9   I am familiar with the contents of what I understand has been produced in this litigation
with production reference AMAZON SC LAPTOP 00013\AllFilesJune1995\AllFilesJune1995
and is being submitted to the Court in an Appendix, specifically directories named "acwb,"
"customer," "distributor," "libamazon++," "manaus" and "src "  These directories are true and
correct copies of a collection of source code files retrieved from Amazon com's source code
version control system for the <u>www amazon.com</u> website

10  The version control system from which the files in mentioned in Paragraph 9 above were
retrieved creates records of a file check-in at the time of the check-in   The records maintained by
the source code version control system from which the files mentioned in Paragraph 9 above
were retrieved indicate that the source code files were checked-in in or before July 1995

\\\

\\\

\\\

11. The records maintained by the source code version control system from which the files mentioned in Paragraph 9 above were retrieved indicate the file versions were checked-in as part of Amazon com's regular development activity. I am unaware of any alterations having been made to the file check-in timestamps of these files. I am familiar with the version control system from which the files mentioned in Paragraph 9 above were retrieved and to the best of my knowledge the records of the timestamps of these files have been faithfully maintained by the ordinary operation of the system.

12. As noted in Paragraph 9 above, Amazon.com maintained the source code files mentioned in that Paragraph as part of its regular business practice of maintaining source code used to run the www.amazon.com website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 23, 2009                    By:    _____

                                                    Craig Kulfan
                                                    Software Development Manager
                                                    Amazon com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, D. Fon Muttamara-Walker, hereby certify that on January 23, 2009, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.

I further certify that on January 23, 2009, the attached document was Electronically

Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com

By:  */s/ D. Fon Muttamara-Walker*
     Richard L. Horwitz
     David E. Moore
     D. Fon Muttamara-Walker
     POTTER ANDERSON & CORROON LLP
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     fmuttamara-walker@potteranderson.com

757320 / 30763