**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-491-MPT |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC. and | ) | |
| AMAZON WEB SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF DR. DARREN NEW IN SUPPORT OF DEFENDANTS' OPENING MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT 6,757,710 B2

I, Darren New, Ph.D., hereby declare as follows:

1.      I have personal knowledge of the facts stated herein and if called upon, could and would competently testify to them.

2.      I hold several degrees in computer science including a Master of Science in Computer and Information Science and Doctor of Philosophy in Computer and Information Science.  I received both degrees at the University of Delaware.

3.      I was a Director of Custom Software Design and Senior Software Architect at First Virtual Holdings Incorporated from July, 1994 until November, 1999.  My current Curriculum Vitae is attached hereto as Exhibit A.

4.      First Virtual designed electronic purchasing systems deployed on the world wide web.

5.      I was personally involved in designing and creating source code that was used to access the first version of First Virtual's electronic purchasing system.  I started working on the design and creation of the source code in July of 1994 and diligently worked on it until the

system became public on First Virtual's websites www.fv.com and www.ih.com.

6.     The first version of First Virtual's electronic commerce system was deployed and publicly available on First Virtual's websites www.fv.com and www.ih.com on October 16, 1994. I was a Senior Software Architect at First Virtual at the time the system became publicly available on October 16, 1994.

7.     Also on October 16, 1994, a set of web pages describing the functionality of First Virtual's electronic commerce system became publicly available, without any access restrictions, at First Virutal's website www.fv.com. I personally authored the content of most of those webpages. A compilation of true and correct copies of those webpages is attached hereto as Exhibit B. The copies of the webpages in Exhibit B accurately describe operation and functionality of First Virtual's electronic commerce system publicly available on October 16, 1994. Starting on October 16, 1994 and in the following weeks in 1994, First Virtual's websites www.fv.com and www.ih.com were visited many times by web users and multiple purchase transactions were completed using the system and its Infohaus. In addition, shortly after the launch of the system on First Virtual's website, several sellers selling items through their own websites used First Virtual's system to complete purchases made through sellers' websites. First Virtual's webpage was accessible by typing the webpage's URL www.fv.com in a web browser. The First Virtual's Infohaus was available by typing the webpage's URL www.ih.com or by clicking on a link displayed at www.fv.com. Both URLs were widely publicized via normal advertizing and public relations channels, including press releases.

8.     I remember the exact date when the first version of First Virtual's electronic commerce system became publicly available because the launch of the system took place the day after the New York Times published an article about First Virtual. That article was published on

October 15, 1994. A true and correct copy of the article is attached hereto as Exhibit C.

     9.     I also remember the exact date because the night before First Virtual was to make its system available for public use, I traveled to Westlake, Ohio (where the machines running the system were hosted) to fix a set of hardware equipment that was malfunctioning and, if not fixed, would have prevented the launch of a portion of the system on the world wide web. I fixed the hardware problems that night and the system and documentation in Exhibit B became publicly available on Sunday, October 16, 1994.

     10.     The first version of First Virtual's electronic commerce system deployed on October 16, 1994 included Infohaus, which was First Virtual's mechanism for automated hosting of third-party catalogs, including First Virtual's own electronic catalog of information available for purchase. By the end of Monday, October 17, 1994, several purchase transactions were made by buyers of items available for purchase in Infohaus. The purchase transactions were made using First Virtual's ordering technology which followed the process that is described in Exhibit B.

     11.     First Virtual required its users to open First Virtual accounts and provide their information, such as names, addresses and credit card information, before users could use the First Virtual system. Each individual account was stored in a separate file on First Virtual computers. The system then allowed registered buyers to browse electronic information products available for sale either through Infohaus or seller's personal websites and view the items. Upon a buyer viewing a product under First Virtual's "try before you buy" policy, the system generated an email and transmitted it to the buyer seeking whether the buyer wanted to purchase the viewed product. The email included a transaction code. The transaction code was used to identify transaction records created when the buyer viewed a particular information

product. Transaction records were stored at First Virtual computers and included the following information: buyer's First Virtual account, seller's First Virtual account, description of the viewed item, price and currency. The system required a response from the buyer indicating that the buyer desired to purchase the viewed product to include the transaction code. The system then used the transaction code to identify the transaction record, retrieved buyer's First Virtual account number from the transaction record, used buyer's account number to identify buyer's information stored in the account and used buyer's information to complete the purchase by charging buyer's credit card.

I declare under penalty of perjury of the United States of America that the foregoing statements are true and correct, and that I executed this declaration on January 23, 2009 in San Diego, California.

By: _____
Darren New, Ph.D.

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I, D. Fon Muttamara-Walker, hereby certify that on January 23, 2009, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.

I further certify that on January 23, 2009, the attached document was Electronically

Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com

By:  */s/ D. Fon Muttamara-Walker*
　　　Richard L. Horwitz
　　　David E. Moore
　　　D. Fon Muttamara-Walker
　　　POTTER ANDERSON & CORROON LLP
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com
　　　fmuttamara-walker@potteranderson.com

757320 / 30763