# EXHIBIT A

# DARREN NEW

5390 Caminito Exquisito   ♦   San Diego, CA 92130   ♦   +1 (858) 245-9907   ♦   CircleZebra@CircleZebra.com

# Industry

## Chief Software Architect ♦ SkyClix, Inc. ♦ 2/07 to Present

Personally designed, architected, coded and deployed across several cities a distributed, ad-supported software system to listen to and fingerprint broadcast audio sources such as radio stations and television shows, accept incoming mobile phone calls, match the live phone audio against the live broadcast audio (patent pending), and return to the caller media metadata via Web, WAP and SMS text messages.

- Media metadata includes basic song/artist/advertiser/TV show identification, broadcaster contact information ("text to DJ"), ringtone sales, MP3/CD downloads from Amazon and iTunes, coupons and driving directions for advertisers, and contest results for on-air radio promotions.
- Facebook™ integration and "send to friend" supports viral marketing. On-air PR is suppored by encouraging broadcasters taking advantage of the system for contests and promotions.
- Large database of pre-recorded songs and ads, hosted on Amazon's compute cloud, is continuously expanded by "scraping" live broadcasts, capturing cutting-edge releases of new music.
- Heuristic multi-level matching of audio samples and metadata improves recognition rates.
- Metadata is collected, combined, and prioritized from a variety of sources, based on timeliness, accuracy, and profitability.
- Back-end systems include extensive distributed monitoring with self-healing and multi-priority notifications as well as centralized fault monitoring and reporting, distributed configuration control, business reports, auditing reports, and third-party portals.
- Details are available at www.skyclix.com and www.poundsky.com.

## President ♦ CircleZebra Corporation ♦ 2/05 to 12/07

Created consulting company, providing software architectural and implementation expertise. Primary tasks included design of B2B electronic commerce systems from API to deployment, as well as improvement of existing systems to handle unlimited scaling of throughput. Extensive experience in Linux/Apache/MySql/PHP. Also providing expert witness services to legal clients. Client recommendations available upon request.

- Modularized and refactored 6000 lines of PHP code accessing payment gateways to allow retrying with different payment gateways and access to payment gateways without UI component, eliminating 1900 LOC in the process. Client opined nobody else could have accomplished the assignment.
- Added mechanism to allow distribution of single ecommerce database to multiple databases for load balancing and scalability. Mechanism allowed for automated movement of processing and active records between sites with zero downtime.
- Created ecommerce site supporting online gambling from scratch, starting with business concept, developing API, libraries, code, database schema, test generators, accounting interfaces, reporting, customer support code, and deployment mechanisms. System processed $100K in the first month.
- Primary technical support for Prize Capital, www.prizecapital.net.

## Senior Software Architect ♦ EasyWireless Inc. ♦ 6/02 to 2/05

Led technical development at EWI. EWI provides processing for selling prepaid products (phone cards, etc.) with electronic delivery of product over WWW, voice IVR, XML, WML, and embedded credit card terminals.

- Reorganized development department, introduced source code control and production deployment processes. Designed process for release of software to production systems, for organization within source code control system, and for testing of changes to both middleware and database scripts and schemas. Developed process for coordinating concurrent database schema changes amongst multiple developers.

- Redesigned and rewrote ASP "cut-and-paste" style pages to use CSS as well as subroutines for report generation, form input, etc., simplifying maintenance, introducing powerful functionality such as "export to spreadsheet" and "paginate report" with trivial programmer effort, and incidentally reduced code size from 10+ megabytes to 2 megabytes of ASP.
- Designed and implemented "gatekeeper" middle-tier API and code to enforce role-based permissions on database access, logging, and session management, eliminate code injection vulnerabilities, prevent session hijacking, and enforce IP-based security.
- Introduced, designed, and coded unified middleware layer of business logic to allow Web, XML, analog and ethernet credit card terminals, cell-phone WAP/WML, and voice IVR to purchase product with consistent API to database. Said middleware API has needed no significant changes since introduction, in spite of several rewrites of underlying database and product functionality, due to foresight in initial design.
- Analyzed failings of first version of credit card terminal software (as implemented by consultants), worked out specifications of second generation with customer-facing departments at EWI, then designed and documented protocol and implemented same as embedded software on Tranz-460 VeriFone terminals.
- Gathered and refined requirements for third generation of embedded credit-card terminal software, determined specifications, designed and documented protocol, then designed and implemented both server and client sides, supporting multiple "Application Service Provider" style of functionality and multilingual capability with the same code-base on five brands of terminal. Server is event-driven and distributed, with automatic load balancing and failure fall-over, including "cold start" disaster recovery capability, generally recognized within EWI as the server that does not need the fall-over. Quality of code closed deal with million-terminal processor (Bank of America).
- Two patents pending on the analog client protocol and operation, introducing functionality into VeriFone, Hypercom, Lipman, and Ingenico terminals. Patent covers data-driven programming of credit card terminals, with on-demand cached download of screen prompts, receipts, and protocol behaviors.
- Worked with, provided specifications for, and managed consultants for porting, testing, and deployment of new customer terminal brands and technologies.
- Initiated transition to C#, .NET, ASP.NET, ADO.NET, and designed architecture for new generation of high-performance servers to remove limits on scalability.

# Independent Developer ♦ 9/01 to Present

Designed and implemented several projects for independent resale.

- Online digital image publication server designed to allow photographs taken on a cell-phone and emailed to the server to be published automatically, and allowing 3rd-party comments thereon.
- Multiplayer over-the-internet game using animation and sound playing against either computer or human opponents.
- Used C#, .NET, ASP.NET, and Windows Forms to create macro processing software, ray tracing mechanisms, and scrapbook layout software.
- Designed and implemented a WAP/WML interface to California Lottery for custom brand of cell phones.

# Senior Member of Technical Staff
##     Invisible Worlds, Inc. ♦ 1/00 to 9/01

Designed and implemented changes to "SEP," the Simple Exchange Protocol, providing XML-based metadata searching for large semi-structured textual datastores.

- Created mechanism that allowed for self-configuring clients learning schemas via introspection.
- Created a variety of "Join"-like searches, including cross-domain cross-server joins.
- Created mechanism for delegation of portions of search spaces to designated administrative domains.
- Instrumental in design and implementation of ANTACID: distributed replication, search, and update over Internet-scale networks.
- The Blocks Extensible Exchange Protocol (BEEP) is a session layer for TCP, used by SEP and now many other protocols and standardized in the IETF by Invisible Worlds.
- Designed and implemented various BEEP libraries, profiles and applications.
- Instrumental in encouraging the Intrusion Detection Working Group and the Provisioning Registry Working Group of the IETF to use BEEP for their data transport.
- Designed Tunnel profile for BEEP, now RFC-3620.

- Instrumental in assisting design of Application Exchange (APEX) protocols previously under standardization by IETF.
- Designed and standardized Reliable Syslog protocol via IETF workgroups, now RFC-3195.
- Architected, designed, and implemented portable core of C version of BEEP library.

## Consultant ♦ IZ, Inc. ♦ 11/99 to 3/00

Completed various Internet programming assignments, including online TV Listing database, customer service management software, and advanced vertical market web publishing system design. IZ, Inc. was a novel concept in television/internet connectivity targeted at the X-Generation viewers of MTV-like programming, producing a late-night television show with associated e-commerce web sites.

## Director of Custom Software Design / Senior Software Architect
##     First Virtual Holdings Incorporated ♦ 7/94 to 11/99

Instrumental in creating the first public Internet electronic commerce system, the First Virtual Internet Payment System. Fully responsible for design, implementation, and maintenance of InfoHaus, the first online shopping mall.

- One patent granted on electronic commerce system.
- InfoHaus was fully automated, 7x24, requiring virtually no manual intervention.
- Allowed merchants to open shops, describe their information wares, and upload for-fee information, in an entirely automated way and without administrative intervention.
- It made for-fee information available via WWW, FTP and email to buyers, automatically billing the buyer, keeping track of sales, clearing sales, calculating and charging storage fees and sales commissions to the sellers, all without manual intervention from sellers or administrators.
- It also was the only automated for-fee mailing list manager, allowing sellers to sell time-based or volume-based subscriptions to their mailing lists, billing buyers for renewal, allowing recovery of lost "back issues" and normal unsubscribe and change-of-address functionality, again without manual intervention from sellers or administrators.
- Adapted WU-FTP to use First Virtual's payment system, and designed and built most of First Virtual's free client-side software for web purchasing, as published in several textbooks about same with software CD included.
- Designed and built a system for National Public Radio to automatically retrieve transcripts of NPR's radio shows, parse and categorize them, generate articles and tables of contents, allowing email subscriptions to the "table of contents" service and purchases of individual articles via replying to the table of contents or via the WWW. Used the InfoHaus to back-end this. Provided advanced administrative control, including automatic paging of operators when timeliness guarantees were not met at various points.
- Designed and built several versions of "pay-per-hit" software for web-based micropayments as increased capabilities of deployed web browsers made tracking users more feasible.
- Designed several other services and products, including software rental, creative DRM software for pay-per-use of arbitrary document types, and alternate (non-email) identification schemes for payments.
- Instrumental in the development of VirtualADz technology for generating tiny Java applets for animation and e-commerce. Three patents granted. Also developed VirtualSIG and FootNotes applications for personalized web-site-in-an-email-signature.
- Designed an encryption scheme for mass emailing requiring no client-side set up or software installation. Patent pending.

## Senior Researcher ♦ Bellcore ♦ 11/91 to 7/94

Led technical development of Delivery of Electronic Multimedia Over Networks (DEMON), a system for delivering high-quality interactive temporal multimedia presentations in real time over narrowband digital networks.

- Responsible for the design, architecture, algorithms, protocols, and implementation decisions for DEMON.

- The system consists of a preprocessor which can be applied to almost any multimedia authoring system (and has been applied to Macromedia Director, allowing delivery of arbitrary Macromedia Director CD content over a 56Kbps link), a protocol for a multimedia virtual terminal, and a generic client architecture that requires minimal memory and minimal modifications to play back software.
- The system was deployed throughout Pacific Bell for CAI and is also useful for multi-player entertainment, electronic catalog shopping and yellow pages, surrogate travel and travel planning, and personal traffic, weather, and news reports. Four patents issued.

## Teacher ♦ University of Delaware ♦ 1990

Taught "Programming in C" course and "Introduction to Computer Science" course. Responsible for all aspects of teaching, including syllabus preparation, designing and presenting lectures, designing and grading homework and tests, and administrative details. Courses taught programming in C and Pascal, including introductory concepts and algorithm design.

## Director of Research and Development ♦ Disc Systems ♦ 6/84 to 7/87

Managed four other programmers. Responsible for establishing a C-based product line of life insurance proposal and underwriting software.

- First released product contained over 40,000 lines of C source and over 10,000 lines of internal documentation and specifications.
- Source was portable without change between UNIX-based and MSDOS-based machines, with provisions for other operating systems as well.
- Software included generic configuration, menu, and installation programs, remote installation and bug-fix systems, compilation and testing utilities, internal QA and billing time tracking programs.
- Also created several new product lines and maintained several older life insurance proposal packages, added new modules to commission accounting database program, and integrated same with third-party accounting packages.

## Consultant ♦ Institute for Scientific Information ♦ 5/80 to 5/84

While attending West Chester University, worked part-time on the Sci-Mate telecommunication and bibliographic database manager.

- Designed and coded the infrastructure to make the program portable to a wide variety of machines.
- Created an online-search generator for citation similarity searches.
- Created a demonstration record-and-playback program for use at conventions where online access is problematic.
- Created a watch-and-learn program for generating scripts for automatic log on and log off.
- Porting from CP/M microcomputer OS to a multi-CPU computer.

# Education

## Doctor of Philosophy in Computer and Information Science ♦ University of Delaware, DE ♦ 5/91

Dissertation pioneered new research called Protocol Visualization, combining scientific visualization with protocol engineering.

- Prototype dissertation software (in Smalltalk) was used by 50 organizations in 15 countries.
- University Competitive Fellowship scholarship, full tuition and stipend. (Top 1% of 2400 graduate students.)

## Master of Science in Computer and Information Science
## University of Delaware, DE ♦ 5/89
- Frank A. Pherson Outstanding CIS Graduate Student Achievement Award.
- University Competitive Fellowship.

## Bachelor of Science in Computer Science
## West Chester University, PA ♦ 5/84
- Cum Laude and Honors Program.
- Won 1981 Regional ACM Programming Contest.

# Publications, Patents, and Standards
- The TUNNEL Profile, RFC-3620, Standards Track, October 2003.
- Reliable Delivery for syslog, RFC-3195, Standards Track, November 2001.
- US Patent 7,280,644, Transaction processing platform for facilitating electronic distribution of plural prepaid services.
- US Patent 6,272,650, System and method for disambiguating scene graph loads.
- US Patent 6,263,496, Self modifying scene graph.
- US Patent 6,243,856, System and method for encoding a scene graph.
- US Patent 5,757,917, Computerized payment system for purchasing goods and services on the internet.
- US Patent 5,706,486, Method for preprocessing multimedia presentations to generate a delivery schedule.
- US Patent 5,696,948, Apparatus for determining round trip latency delay in system for preprocessing and delivering multimedia presentations.
- US Patent 5,594,911, System and method for preprocessing and delivering multimedia presentations.
- US Patent 5,577,258, Apparatus and method for preprocessing multimedia presentations to generate a delivery schedule.
- Line Oriented Macro Expander, an open source project in C#. http://sourceforge.net/projects/lome
- Darren New, Delivery of Electronic Multimedia Over Networks. In Tim Little, editor, Multimedia At Work department of IEEE Multimedia.
- Darren New and Jonathan Rosenberg, Real-time Systems & the Network Delivery of Multimedia Information, presented at Fourteenth IEEE Real-time Systems Symposium, Raleigh, North Carolina, November 1993.
- Cruz, Judd, New, and Rosenberg. Real-time Electronic Publishing: Network Deliver of Multimedia Documents, presented at the Bellcore Conference on Electronic Document Delivery, 1992.
- Darren New et al. Requirements for Network Delivery of Stored Interactive Multimedia. In P. Venkat Rangan, editor, Network and Operating System Support for Digital Audio and Video, Third International Workshop, Springer-Verlag, November 1992.
- Darren New. Protocol Visualization. PhD. Dissertation, University of Delaware. 1991.
- Darren New and Paul Amer. Protocol Visualization in Estelle. Computer Networks and ISDN Systems. 25(7):741-760, February 1993.
- Samples of dissertation work appear in Shaw and Keller, Visual Recipes: A Scientist's Guide to Visualization. Lawrence Livermore National Laboratory, 1991.
- Darren New and Paul Amer. Protocol Visualization of Estelle Specifications. In Quemada, Manas, Vazquez, editors. Formal Description Techniques, III. North Holland, Amsterdam, 1991.
- Darren New and Paul Amer. Adding Graphics and Animation to Estelle. Information and Software Technology, 32(2):149-161, March 1990.
- Darren New and Paul Amer. Adding Graphics and Animation to Estelle. In Brinksma, Vissers, and Scollo, editors, Participants proceedings of the 9th IFIP WG 6.1, International Workshop on Protocol Specification, Testing, and Verification, Enschede, The Netherlands, June 1989.

# Technical Summary

**Technologies:**
- C, C#, Visual Basic, Java, Tcl, PHP, JavaScript, Smalltalk, APL, LISP, Pascal, COBOL, FORTRAN, LOTOS, Hermes, Estelle, FORTH, Eiffel, Erlang, Ada, Assembler.
- ASP, ASP.NET, IIS, MS SQL Server, Apache, MySql, SQL, XML, HTML, TCP/IP, COM, ISDN, MIME, SOAP, WSDL, WML, ASN.1, WAP, HTTP, SMTP, CGI, CVS, Subversion, WebSphere, Facebook.
- Windows, Linux, Verix, Solaris, SunOS, AmigaDOS, CP/M, CP-V.

**Skills:**
- Requirements gathering, Protocol Design, Architecture, Design, Implementation, Testing, Deployment, Maintenance, Optimization.
- Education, Project management, Technical management.
- Technical documentation, User documentation, Presentation.