# EXHIBIT B

How to Buy Information with a First Virtual Account

Buying information is easy, safe, and convenient. Follow the step-by-step instructions below to apply for an account, then try buying some information to see how easy it is!

Before You Start

Here are a few bits of information you'll want to know before you begin.

---

There are only a few restrictions on who can sign up for a First Virtual account and use it to buy information. (If you also want to be able to use your account to sell information, _____ _____ are available online.)

First, you need a personal electronic mail account with an address and password that are private to you alone. All our business is done via electronic mail, and we use your email address to ask you if you agree to pay for your purchases. Actually, you can share your address and password, but only with people who you would trust with your wallet, like your spouse.

In order to work with First Virtual, your electronic mail account needs to be __ ___ _____ , or at least to be able to send and receive Internet messages.

Second, for now, you need a credit card. In 1995, we will begin to offer to debit your checking account directly, but right now that technology is not in place. We currently handle Visa, and MasterCard.

What makes First Virtual _____ is the fact that your credit card number is never sent over the Internet, and indeed is never even stored on a machine that is connected to the Internet. It is protected with the same care and by the same mechanisms your bank uses to protect it.

Also, other than the one-time account setup fee of $2.00, we will never post a charge on your credit card without first getting an explicit confirmation from you via email that you agree to the charge.

Third, for now, you must be able to use United States dollars to buy information. By 1995, anyone in the world will be able to buy and sell information using First Virtual, in their own currencies, but for now, you must use a credit card which is able to make charges in United States dollars.

---

When you apply for your First Virtual account, you'll be asked for three important pieces of information.

AMZC645553

First, you'll be asked for your "Full Name." This is the name that
people will see who buy information from you, or sell information to
you. It will be public information.

Second, you'll be asked for your electronic mail address. As explained
above, First Virtual does business through your electronic mailbox, and
this mailbox should belong to you and only you.

Third, you'll be asked for your "ID-Choice" -- the string that we base
your First Virtual account identifier on. Your account identifier is
the string that will identify you to sellers and to First Virtual when
you buy information.

First Virtual, unlike many other Internet services, allows you to
choose most of your own account identifier. Anything easy to remember
will do, but be careful. You will be giving this account identifier out
over the Internet as part of every First Virtual transaction, so you
shouldn't use any secret or sensitive information (such as your email
password, your date of birth, etc.) that you wouldn't want to be giving
out to random strangers. And since you want to keep it relatively
confidential, you shouldn't use anything that's ridiculously easy for
people who don't know you to guess (like your name or your email
address).

For your own protection, we'll change your ID-Choice a little bit in
generating your actual account identifier, to make it a little more
difficult to guess and to insure that no two people have the same
Account ID. When the application process is complete, a confirmation
will be returned via email with your actual account identifier. Your
account identifier will match the ID-Choice you specified, except that
it will have a short random word added to the front to assure its
uniqueness and to make sure it's difficult to guess.

Your account identifier is safe to send over the Internet because it is
linked to your credit card number only deep within First Virtual's
system, on a machine that is never connected to the Internet and is
managed by our financial transaction partner. It also reveals nothing
about you.
Based on your account identifier, no seller (or other person) can
discover your postal address, phone number, or even your email address
(although a seller may be aware of your email address if you connected
to his or her information server). Sellers are told your Full Name, but
only for convenience and security, so that we can refer to you without
sending your account identifier over the Internet more often than
necessary.

And if your account identifier were ever stolen, you would still be
protected, because before we ever make any charge to your credit card,
we ask via email for your explicit permission to do so. If you don't
recognize the item that we are asking to charge you for, all you have
to do is tell us, and we'll invalidate your account identifier and let
you apply for a new one. So the worst that anyone can do who knows your
account identifier is to make you go through the annoyance of having to
change it. Since this can be annoying, choose something that a casual

AMZC645554

guess will not reveal.

How to Apply for Your First Virtual Account

Step One: Send Us Your Personal Information

First, you need to give us your name, email address, and ID-Choice, so we can begin processing your application. There are a number of ways to do this:

You can send an email message to apply@card.com, and our email server will send you a simple application form automatically When you get the application form, simply save the message in a file, and follow the instructions provided in the message to fill in the blanks. Then send the edited message back to us at newacct@card.com. As soon as we get it, we'll start processing your application.

Or, if you prefer, you can use Telnet to connect to telnet.card.com to fill out the application interactively. (If you happen to be running X-Windows, you will be able to use a graphical interface to fill in the form, but neither X-Windows nor UNIX is required; any ordinary Telnet connection is fine.)

Step Two: Tell Us Your Financial Information

For your own protection, we don't ask for your credit card number or other sensitive information over the Internet. Instead, once First Virtual has started processing your application, you will receive an email message from us telling you to call our computer on the phone and give us your credit card number using your Touch-Tone keypad. You can make this call anytime, day or night.

The email message will give you two things: a toll-free 800 telephone number to call (with a direct-dial number in case you are calling from outside the U.S. and Canada), and an "application number". This application number is just a randomly generated number that you use to tell us who is calling.

Have your application number and your credit card ready when you call. A computer will ask you for each number in turn. Once they are successfully entered, you will receive another confirmation via email, as described below.

If you want an account that can only be used to sell information, send us a check without calling in your credit-card number. This can be useful if you are running your own server, as it prevents people from making you have to invalidate your account.

Step Three: Begin Using Your Account!

In a few hours, once the confidential information is moved to the proper machines, you will receive one more email message from First Virtual. This will acknowledge that your account is ready to use. It will also reveal the random word we put at the front of your ID-Choice

AMZC645555

to form your account identifier. With this information in hand, you are
all ready to go out on the Internet and buy information using First
Virtual!

How to Buy Information

Making an information purchase is easy. As usual on the Internet,
finding the information you want can be harder than getting it once
you've found it.

Finding Information

First Virtual is not in the business of finding information for you. We
leave that to others. However, we do have an FTP site, a WWW home page,
and the Infohaus, all of which offer information for sale.

Watch this space for directions to the sources of information to buy
that are made available by First Virtual; they will be added soon.

Examining Information

Information for sale will always be presented with a description
(provided by the seller) and a price (set by the seller). The seller's
price is the price you pay; First Virtual never charges you any fee for
a purchase transaction.

In keeping with the Internet's history of open information exchange,
most sellers will allow you to download and review their information
before requiring you to decide whether to keep and pay for it. (A few
sellers may require you to agree to pay for information before they
will let you download it, but that's against our rules.)

When you find a seller offering something that looks interesting, at a
price that looks reasonable, tell the seller's information server that
you'd like a copy. Usually, the seller's server (or the Infohaus) will
ask you to enter your account identifier before allowing you to
download information; this is done so that the transaction can be
reported to First Virtual, and we can ask you whether you agree to pay
for the information, as described below.

Here are the steps in some common kinds of First Virtual transactions:

FTP

Usually, when you log in to a First Virtual-compatible FTP server, you
should use "fvftp" as your user name rather than "anonymous". Then give
your First Virtual account identifier (rather than your email address)
as your password.

You can generally browse directory listings -- which will tell you how
much the files cost -- for free. (If there is ever a charge for
browsing, the server will notify you.) The prices of any files you
decide to download will be billed to your First Virtual account,

AMZC645556

subject to your approval via email (see below).

World Wide Web Browsers

Sometimes when you attempt to follow a link (e.g., by clicking on a word), instead of the information you expect, you will see a screen telling you the price of the information and requesting your First Virtual account identifier. If you provide your account identifier, you will have access to the information, and your First Virtual account will be billed for its cost, subject to your approval via email (see below).

Mailing List Subscriptions

Some Internet mailing lists may charge a subscription fee that is payable through your First Virtual account. If you ask to subscribe to such a list, you will receive a message telling you the subscription fee and asking for your First Virtual account identifier. If you provide your account identifier, you will be added to the list and your account will be billed for the subscription fee, subject to your approval via email (see below).

Confirming Your Purchases

Shortly after a seller tells First Virtual that you bought information, we will forward a copy of the bill to your electronic mailbox for your inspection. The bill will include the seller's name and your name, the amount you are requested to pay, and a brief description of what you purchased. In addition, there may be a longer and more detailed description provided by the seller.

If you are using our _____, a convenient form explaining the details will appear, allowing you to reply automatically.

If you are using your regular email software, you should use the "reply" feature of your email software, taking care to preserve the transaction code number in the header, and including in your reply message just a single-word answer. This single word must be one of these three answers:

YES

By answering "yes", you indicate to us that you received the information, that you have examined it, that you have determined that the seller has provided value thereby, and that you authorize us to charge your credit card for the selling price.

When we receive this message, we will bill your account and transfer the money to the seller's account. Because many sales will be for small amounts of money (anywhere from a few pennies to a few dollars), we may not bill your credit card immediately. Instead, several confirmed information purchases may be accumulated and posted to your credit card account as a single charge. In either case, you will eventually get a

AMZC645557

statement from us allowing you to reconcile your purchases.

NO

By answering "no", you indicate to us that you recognize the item described on the bill, but that you do not wish to pay for it. Perhaps the information you received was inaccurate, or did not apply to you, or wasn't what you expected. You didn't like the picture. The software was incompatible with your machine. You tripped over the power cord halfway through downloading it. You realize you already have a copy.

For any reason or no reason, if you decide the information is not worth the price to you, just say no.

(You should recognize that if you answer "no" too often, we may suspend your ability to use your First Virtual account identifier for future purchases. However, we take many factors into consideration, including the number of other buyers dissatisfied with this seller, and you should not have any problem unless you are intentionally abusing the system.)

FRAUD

By answering "fraud", you indicate that you have received a bill for information that you do not recognize. First Virtual understands that it is virtually impossible to keep something secret that passes through the Internet, especially if someone is looking for it, and it is conceivable that someone could use your account identifier without your permission.

If you receive a bill from First Virtual relating to a sale or seller you do not recognize, simply respond with the word "fraud" and your account identifier will be invalidated for your own protection, preventing further abuse. We will be in touch with you about setting up a new account shortly after that.

Reconciling Your Account

Whenever we post a charge to your credit card, we will again send you electronic mail detailing the list of information purchases that make up that charge. This message will include a short code number that will also appear on your credit card statement. You can use this message, along with your credit card statement, to understand exactly what each First Virtual charge to your credit card was for.

It's that easy!

----------------------------------------------

How to Sell Information with a First Virtual Account

Selling information is easy! If you have any knowledge you would like to share, and you think people would pay for it, you can make it

AMZC645558

available for sale to a global audience of millions just by getting a
First Virtual account.

## Before You Start

Before you can sell information using First Virtual, you must get a
First Virtual account. (The same account is used for buying and for
selling information, so if you already have an account for buying
information, you're all set.) _____ is eligible for an account,
and you can sign up anytime, day or night, just by following a few
_____

In order to be paid for the information you sell, you also need to give
us information about your checking account, which is where we will
deposit the proceeds from any sales you make. (By next year, other ways
of paying you will be supported, but for now, you must have a checking
account in a United States bank in order to be paid for the information
you sell.) To give us your checking account information, once you have
your First Virtual account identifier, you'll need to send us a check
for US $10 (ten dollars) drawn on the checking account you wish us to
use to pay you. Be sure to write your First Virtual account identifier
on the check in the "memo" space.

We use the information on your check to record your account
information; the $10.00 pays part of the cost of processing your new
account. (When you set up your account, one of the email messages
you'll receive will tell you the postal address where you should send
your check.)

Once we've processed your $10.00 check, your First Virtual account is
all ready -- you can make information available for sale over the
Internet, and receive payment for what you sell!

## What it Costs

Other than the nominal fees we charge you when you first establish your
account, First Virtual does not charge you any fee to be a seller
unless you actually make a sale. And we never charge any fees to buyers
-- the price you set for your information is the price that your buyers
pay.

If you do make a sale, we charge you a modest transaction fee of US
$0.29 plus 2% of the value of the transaction. This fee is deducted
from the sale price (the price you established, which was paid by the
buyer) at the time that we deposit the remainder in your checking
account. Finally, at the time that we settle with you, we deduct an
additional charge of $1.00 for the cost of processing your payment and
depositing the funds in your bank account. There are no other
transaction fees charged to either the buyer or the seller. This means
that:

*   When you sell something for $1.00, we charge you $0.31 and credit
you with $0.69.
*   When you sell something for $10.00, we charge you $0.49 and credit

AMZC645559

you with $9.51.
When you sell something for $100.00, we charge you $2.29 and credit you with $97.71.

If the above three transactions were the only sales you made before your next settlement date, we would total your net credits ($107.91), deduct the $1.00 processing fee, and credit $106.91 in your checking account.

Using the Infohaus

If you use the Infohaus ( _____ ), we charge you a nominal storage fee of US $1.50 per month per megabyte of storage space you use (minimum $1.50 per month), in addition to the transaction fees noted above. (A megabyte is the equivalent of about 600 typed double-spaced pages of text.) The storage fee is deducted from the proceeds of sales, or charged to your credit card if it is not covered by sales. We also charge an additional 8% of the sale price of each transaction we handle for you.

An Excellent Value

If you're operating your own server and your transactions are reasonably large, First Virtual's fee approaches 2%, out of which we pay all fees associated with the financial networks. There are no hidden charges. If you're using the Infohaus, the fees are more like 10%, but you don't even need your own computer, and you can go skiing while we sell your information for you.

Considering that right now you probably can't sell information over the Internet at all, we think that charging you these nominal fees to cover our costs is extremely fair. Fees like these are in line with the commissions you'd have to pay if you accepted credit cards for payment, and it's much, much easier to sell information using First Virtual than it is to get a credit card merchant account.

The Selling Process

Generally speaking, the steps in a sale are the same whether you're using your own server, using the Infohaus, or contacting potential buyers directly:

Using Your Own Server

It's easy to make your own server compatible with First Virtual, so that buyers will be required to enter their First Virtual account identifiers before they can download your information. If you're running a ____ _____ _____ , here are the steps in a sale:

1. You make an information product available for sale, by placing it on your First Virtual-compatible FTP, World Wide Web, or email server. You set your own price, and, if possible, post a description along with the item so that

AMZC645560

potential buyers know what they're getting.

2. If you like, you advertise the product, publicize it in appropriate areas on the Internet, or rely on word-of-mouth to get the information to prospective buyers.

3. A prospective buyer finds out about the information, connects to your server, learns the price, and attempts to download a copy.

4. Your server asks for the buyer's First Virtual account identifier, which (if you wish) you verify before allowing the buyer to download a copy of the item.

5. Your server sends First Virtual an email message describing the buyer and seller (and providing their First Virtual account identifiers), the item bought, and the price.

6. First Virtual sends an email message to the buyer, asking whether he or she agrees to pay for the item.

7. We let you know, via email, whether the buyer says "yes" or "no". (If necessary, we make repeated attempts to contact the buyer.)

8. If the buyer agrees to pay, your checking account is credited for the sales price (minus our modest transaction fee) as soon as payment is received from the buyer.

---

The _____ is our public-access information server, which anyone can use to sell information without having to go to the trouble of setting up and maintaining their own server and Internet connection -- you simply upload your information to the Infohaus and let us take care of the rest.

If you use the Infohaus, here are the steps in a sale:

1. You make an information product available for sale, by uploading it to the Infohaus using simple software we provide you for free. You set your own price, and post a description along with the item so that potential buyers know what they're getting.

2. If you like, you advertise the product, publicize it in appropriate areas on the Internet, or rely on word-of-mouth to get the information to prospective buyers. Then you go to the beach, or go away to college, or go about your business, and let First Virtual take care of the details.

3. A prospective buyer sees the information on the Infohaus, and attempts to download a copy.

4. The Infohaus automatically verifies the prospective buyer's First Virtual account identifier, then allows the buyer to download a copy of the item.

5. The Infohaus automatically sends First Virtual an email message describing the buyer and seller (and providing their First Virtual account identifiers), the item bought, and the price.

6. First Virtual sends an email message to the buyer, asking whether he or she agrees to pay for the item.

7. We let you know, via email, whether the buyer says "yes" or

AMZC645561

Booz · Allen & Hamilton          4/11/94 2:13 pm          Page 12/71

"no". (If necessary, we make repeated attempts to contact the buyer.)

8. If the buyer agrees to pay, your checking account is credited for the sales price (minus our modest transaction fee and the nominal Infohaus storage fee, if applicable) as soon as payment is received from the buyer.

9. The Infohaus bills your First Virtual account periodically, based on disk space consumed and sales completed.

Contacting Buyers Directly

There is no requirement that you use an automated server to sell information via First Virtual, although virtually all sellers will. If you have an information product which you would like to sell to another First Virtual accountholder, you may communicate with our server manually (with email messages you compose yourself).

You might conceivably want to do this if you had an information product with a very limited audience of people you knew personally, and you didn't want to go even to the minimal trouble of uploading it to the Infohaus. We think using the Infohaus would be easier, but you're free to communicate with our server manually, as long as your messages conform to the _____ . This might also be the easiest way to distribute information to selected individuals, rather than to anyone who can contact our Infohaus.

Letting Buyers Try Before They Buy

Although we cannot enforce the require that you to let buyers download your information before making a commitment to pay, we feel strongly that it is in your interest, as well as theirs, to do so, and we strongly encourage you not to require payment in advance.

Partly, this is because what makes the Internet community so fascinating is its commitment to the open exchange of information, and requiring payment in advance goes against that very strong principle.

But there are practical considerations as well. You're free to set any terms of sale that you and your buyers can agree upon, but we think that the terms we suggest -- letting buyers examine your information before having to decide whether to pay for it -- will result in substantially more sales and higher revenues for you. If you require payment in advance, a very large proportion of your prospective buyers will simply disappear, and your revenues will drop accordingly. Most people will be unwilling to commit in advance to paying for something they haven't seen yet.

You should be reassured by the fact that under the economics of Internet commerce, you lose little or nothing if a few buyers examine your information and then decide not to pay for it, because it costs you nothing to "manufacture" another copy for the next buyer, and you don't have to pay for returned merchandise, repairs, or restocking, as you would if you were running a store in the real world.

AMZC645562

Verifying a Buyer's Account Identifier

If you want, you can check a prospective buyer's First Virtual account
identifier to make sure it is valid before you allow him or her to get
information from your server. There are several ways you can do this,
and we also make software available that makes it easy for your server
to do it automatically.

Using Finger

If you have access to the common information utility known as Finger,
you can use it to verify that a First Virtual account identifier is
valid, by fingering the account on card.com. You should leave out any
spaces, commas, and other non-alphanumeric characters in the account
identifier when you type it.

For example, if a buyer claims to have the account identifier "Gold
Finger #8", you can verify that it is valid by typing "finger
goldfinger8@card.com" (or the equivalent command on your machine).

Using Telnet

If you have access to Telnet, you can use it to connect to
telnet.card.com and view our menu. Select the appropriate menu choice
to request an account inquiry, and enter the account identifier to
learn the status of the account.

Using Email

You can also send an email message to inquiry@card.com, putting the
account identifier you wish to verify into the Subject line of your
message. Our server will reply to you via email with status information
for the account.

Using the FV-API

If you have the "fv" program installed (available from _____ under
pub/code/fv-api) you can use fv checkac! card.com account to see the
status of an account.

_____

Each time you make a sale, you need to submit a bill to First Virtual
via email, so that we can forward it to the buyer and ask whether he or
she agrees to pay for the item. If you are using the Infohaus, or your
own First Virtual-compatible server, this will probably happen
automatically each time information is downloaded by a prospective
buyer, but you should know a little about how it works.

We use the term "bill" here because it's familiar, but technically the
email message we're talking about is not really a bill; we call it a
"transfer-request". A transfer-request isn't a bill because, under the
terms of his or her First Virtual account, a buyer is not obligated to
pay for any piece of information until he or she receives this

AMZC645563

transfer-request and responds "yes".

A transfer-request may be submitted via email to "transfer@card.com", or you may submit it interactively by connecting via Telnet to "telnet.card.com" and selecting the appropriate choice from the menu.

Your transfer-request must contain several pieces of information in order for our server to be able to interpret it and take the necessary action:

* It must contain a BUYER: field and a SELLER: field, indicating the First Virtual account identifiers for the buyer and the seller.
* It must contain an AMOUNT: field, which specifies the sales price.
* It must contain a CURRENCY: field, which specifies the currency that the sales price is expressed in. At present, the only supported CURRENCY: is United States dollars (abbreviated "USD"), but in 1995 First Virtual will begin supporting other currencies as well, automatically doing currency conversions for you.
* Finally, it must contain a DESCRIPTION: field, a short (40-character) description of the information purchased so that the buyer can identify it.

Here is a sample transfer-request describing the sale of a set of short stories for $5.00:

```
-------------------------------------------------
To: transfer@card.com
From: (seller's email address)
Subject:
Date: September 15, 1994

BUYER: goldfinger #8
SELLER: Blue Tormented Intellectual
AMOUNT: 5.00
CURRENCY: USD
DESCRIPTION: The Ravioli Chronicles - short stories
-------------------------------------------------
```

There are also a number of optional fields you can supply:

* One is TRANSFER-TYPE:, which should be "info-sale", "cost-recovery", "donation", or "usage-fee". This field is currently ignored by First Virtual, but if you use it, it's passed along to the buyer.

* Another is TRANSFER-ID:, which is a short string between angle brackets that you can use to identify the transaction for your own records; you may use letters and numbers, periods, and one @-sign in it, like this:

<bill.09.12.1994@my.computer>.
* A third optional field is DELIVERY-STATUS:, which should be
either "pending" or "delivered." This, again, is ignored by
First Virtual but is passed along to the buyer; it defaults
to "delivered."

Finally, anything else you put in the body of a transfer-request will
be delivered to the user as a "message from the seller." In here you
can put a longer description of what you sold, or a plea to donate to a
worthy cause, or a description of other products available from your
server, or whatever else you'd like.

Getting Paid

Once First Virtual receives your transfer-request, we will generate a
email message to the buyer, asking the buyer if the information was
satisfactory. This message is called a transfer-query. It includes a
code number that First Virtual generates, allowing us to match up
queries with responses to them.

Eventually, one of four things will happen:

* If the buyer agrees to pay, you will receive email from First
Virtual right away telling you so. Once the buyer has agreed
to enough purchases that it makes sense to submit an actual
credit-card charge, the buyer's credit card will be charged
for all the purchases at once. Some time after that, once we
know the buyer has paid his bill, we will deposit the
proceeds of the sale in your checking account, less our
nominal transaction fee.
* If the buyer declines to pay, you will receive email from
First Virtual right away telling you so.
* If the buyer never answers the transfer-query, in spite of
repeated queries being sent, the buyer's account is
automatically suspended. If enough time passes (i.e.,
months), you will eventually be told that the buyer declined
the purchase.
* If the buyer replies that he or she believes the account
identifier has been used without permission and charge is
fraudulent, you will be notified by email; the account
identifier will be invalidated and you will not receive
payment. As a seller, you take all the risk that this may
happen occasionally, although the risk is very low, since it
costs you nothing to "manufacture" a new copy of your
information for the next buyer.

Reconciling Your Account

Just as a buyer does not actually get billed until enough charges have
accumulated, a seller does not get actually paid until enough credits
have accumulated to make it worthwhile, or until a certain amount of
time has passed. Once this happens, money will be deposited directly
into your checking account, and an email message detailing the payments
that went into that deposit will be sent to you.

AMZC645565

Booz · Allen & Hamilton                  4/11/94 2:16 pm                  Page 16/71

For our protection, First Virtual "ages" (delays payment of) funds going to a seller. This is to prevent problems that might arise if buyers agreed to pay via email, and then refused to pay when their credit card bill arrived. Although this delay will not exceed a reasonable period necessary to protect us from legitimate risks, it is entirely at our discretion.

Chargebacks

Occasionally, it's possible that a buyer will decide to complain to a credit card company about a charge. If this happens, you will be sent an email message detailing what happened, and the portion of the buyer's credit-card charge that went to you will be deducted from your account again. (Incidentally, the buyer will also lose the ability to buy information in the future using First Virtual, because he or she was already given one chance to decline paying for the item, and nevertheless agreed to pay.)

AMZC645566

First Virtual Frequently Asked Questions about BUYING

This list of Frequently Asked Questions (FAQ) provides details about buying information over the Internet using First Virtual's Internet Payment System. To receive a copy of this list from us by email, please send an email message to the address "buying@fv.com"; our information server will automatically send you a copy of the most current version.

This version was last updated on 1 September 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights reserved in the United States and other countries throughout the world. First Virtual is a trademark of First Virtual Holdings Incorporated. For information about First Virtual, send email to "help@fv.com". You may freely redistribute this document in any form, as long as you distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual, please see the end of this document.

-------------------------------------------------

Outline

This BUYING FAQ answers the following questions:

1. What do you mean, "buy information over the Internet"?
2. Who can buy information using First Virtual?
3. Do I need any special software?
4. How much does it cost to buy information using First Virtual?
5. What if I think the seller's price is too high?
6. Do I have to pay for an information product before I receive it?
7. Will every seller permit me to "try before I buy"?
8. What prevents me from declining to pay, and then keeping the information anyway?
9. What if I agree to pay, and then change my mind and decide I don't want to keep the information after all?
10. Is it safe to buy information using First Virtual?
11. How come you don't use encryption?
12. What if I'm outside the United States?
13. How can I find out what kind of information is available to buy using First Virtual?

14. Where can I find out more about First Virtual?
-------------------------------------------------

Questions and Answers

-------------------------------------------------

What do you mean, "buy information over the Internet"?

AMZC645567

First Virtual provides a simple new way for you to buy information available for sale over the Internet. When we say that, we're thinking of "information" in a very broad sense, to mean anything that can be stored on someone else's computer and transferred to yours so you can read it, view it, listen to it, use it, or print it. It includes all of these things, and more:

* articles and books, stories, poems, academic research, compiled data, and anything else that can be expressed in words or numbers
* pictures, photos, drawings, maps, plans, blueprints, and anything else that can be put into a two-dimensional graphic image
* video and audio clips, music, TV programming, sound recordings, animation, news footage, and anything else that can be recorded on magnetic media
* computer software, GIF and other graphics files, and anything else that can be enclosed in a binary file

The whole point of First Virtual is that it makes it possible for virtually any Internet user to open up an "information shop" on the Internet, and stock it with whatever he or she thinks someone might want to buy. So what you can buy over the Internet using First Virtual is limited only by the imagination of the Internet community. Sellers set their own prices, according to what they think their information is worth; and you're free to evaluate information products before you decide whether to keep and pay for them.

We designed this system because we saw commerce coming to the Internet whether we liked it or not, and wanted to make sure it was done right -- in a way that respects both buyers and sellers. We also felt that information was as important, and as valuable, as other goods and services, and wanted to help make sure that commerce on the Internet made it as easy to sell information as it was to sell other things. Information, after all, is what the Internet's been about all along.

The people who work so hard to develop information and ideas, and then share them with others, deserve the opportunity to receive a fair and reasonable return for their effort and their time. Large corporations are already making money selling information over the Internet, but it's much harder for individuals and small businesses. We wanted to create a way that even ordinary people could sell information and receive a reasonable return on their development costs, so that many more people would have an incentive to be creative, and put the fruits of their creativity out on the Internet for everybody to see and use.

We feel equally strongly that people who are thinking about buying an information product should have the right to examine it before they make a final decision. That's why First Virtual's system lets you review information products and make sure they're what you really wanted before you have to agree to pay for them.

------------------------------------------------------

AMZC645568

Who can buy information using First Virtual?

Anyone with a First Virtual account can buy information. The same First
Virtual account can also be used to sell information. To learn more
about selling information, see the SELLING FAQ, available by sending
mail to "selling@fv.com".

Applying for a First Virtual account is easy, quick, and can be done
anytime. For information on how to get an account, see the 1-2-3 FAQ
(for step-by-step instructions), available by sending email to
"123@fv.com", and the SIGNUP FAQ (for detailed information about
signing up), available by sending email to "signup@fv.com".

------------------------------------------------

Do I need any special software?

No. If you can send email to the Internet and receive ordinary email in
a personal electronic mail box, you can get a First Virtual account and
have everything you need to buy information.

If you have access to tools like anonymous FTP or Mosaic, you can use
them to help you find and retrieve information you're interested in
buying. But you don't need any of these tools to buy information using
First Virtual; all you need is email.

Special software is being developed that will include support for First
Virtual, but it won't be required, and you'll always be able to use
ordinary email in order to buy or sell information using First Virtual.
(For more information, about special software, please request the
TECHNICAL FAQ by sending email to "tech@fv.com".)

------------------------------------------------

How much does it cost to buy information using First Virtual?

For every information product you decide to buy, you pay exactly the
price charged by the seller -- no more, no less. First Virtual never
charges you a fee of any kind for buying information. Email from First
Virtual will tell you the exact price the seller is asking before you
commit to paying.

Each seller is free to set his or her own price for each product. First
Virtual believes that the seller is the best judge of what a product is
worth, so we have nothing to do with setting prices.

The only additional fees that are ever charged to information buyers is
a nominal fee to cover our costs associated with setting up a First
Virtual account in the first place, which are clearly described in the
SIGNUP FAQ, the 1-2-3 FAQ, and during the signup process itself.

------------------------------------------------

What if I think the seller's price is too high?

AMZC645569

If you think a seller is asking too much for an information product, you have the same recourse you always have in any transaction: don't buy it. If enough people do this, the seller will get the message and lower the price.

We think you'll find that most First Virtual sellers set very reasonable prices for their products. First Virtual is a very cost-effective way for a seller to go into business -- there's no need to pay rent or keep track of inventory -- and most sellers will pass those savings directly on to you.

-------------------------------------------------

Do I have to pay for an information product before I receive it?

At First Virtual, we strongly believe that a buyer of information should have an opportunity to examine the information -- and make sure it's what he or she really wants -- before committing to pay for it.

That's how the "shareware" method of purchasing computer software has always worked. A user downloads a new computer program, or gets it on a diskette; installs it on his or her computer, and makes sure it works properly; and tries it out for a few days. Only then, after having a chance to use the product, does he or she have to make a decision, either to keep it -- and pay the price set by the seller -- or to stop using it.

We encourage our information sellers to use a similar policy when selling information over the Internet. In practice, most sales work like this:

1. You locate an information product you're interested in buying, and find out how much the seller is asking for it. (For more about how to find products for sale, see below.)
2. You tell the seller you're interested in buying the product.
3. The seller asks you for your First Virtual account identifier, which the seller might verify to make sure your account is valid.
4. The seller delivers you the information you're interested in buying, or allows you to download it, and you review it to see if it's what you really wanted.
5. The seller asks First Virtual to bill you for the information that was delivered to you. Then First Virtual sends you email, asking whether or not you authorize the purchase and agree to pay for it through your First Virtual account.
6. Following the instructions in First Virtual's email message, you reply to the message and answer "YES" or "NO".
* You answer "YES" if you're satisfied with the information and agree to pay for it. The item will be added to your First Virtual account total in the next billing cycle.
* You answer "NO" if the information wasn't what you

AMZC645570

---------------------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if you are looking for information about First Virtual. It provides details about all the FAQ documents available via email, and about additional information available from our anonymous FTP and Gopher servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in the directory /pub/docs for the file called "FAQ-general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser, connect to our Web page using the URL "http://www.fv.com". Look for the link to the "Frequently Asked Questions" page. Here's a summary of other First Virtual FAQ documents; to receive a copy by email, send a message to the specified email address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision -- background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system -- cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to "international@fv.com".

To help us provide our services to the public at the lowest possible cost, please search the FAQs before sending email to our human operators. Thanks for understanding. And welcome to First Virtual!

AMZC645571

Booz · Allen & Hamilto           4/11/94 2:24 pm           Page 27/71

AMZC645572

First Virtual CASHFLOW Frequently Asked Questions

How Money Moves Through the First Virtual System This list of Frequently Asked Questions (FAQ) explains how money moves through the First Virtual Internet Payment System. To receive a copy of this list from us by email, please send an email message to the address "cashflow@fv.com"; our information server will automatically send you a copy of the most current version.

This version was last updated on 1 September 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights reserved in the United States and other countries throughout the world. First Virtual is a trademark of First Virtual Holdings Incorporated. For information about First Virtual, send email to "help@fv.com". You may freely redistribute this document in any form, as long as you distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual, please see the end of this document.

--------------------------------------------------

Outline

This CASHFLOW FAQ answers the following questions:

1. Where do fund transfers take place?
2. How is sensitive financial information protected from the Internet?
3. How are purchases authorized?
4. How does money flow in the system?
5. Where can I find out more about First Virtual?

--------------------------------------------------

QUESTIONS AND ANSWERS

--------------------------------------------------

Where do fund transfers take place?

Fund transfers take place on a secure machine owned and operated by EDS, one of the world's largest processors of credit card and automated clearinghouse transactions. For the protection of First Virtual's accountholders, this machine is not connected to the Internet. It is physically located in Westlake, Ohio, a suburb of Cleveland.

--------------------------------------------------

How is sensitive financial information protected from the Internet?

First Virtual will never allow sensitive information about real-world financial instruments (specifically, credit card or bank account

AMZC645573

numbers) to ever appear on the Internet. Of course, we cannot prevent others from placing such information on the net, but First Virtual will never do this, or ask others to do so. Please see the SECURITY FAQ for more information about these and other security measures we take for your protection.

First Virtual's system architecture is centered around what we call "The Line," a clean division between the secure world of the banking networks and the wonderful Internet chaos we all know and love.

"Above-the-line" operations are those which are connected to the Internet. These include all our email, FTP, World Wide Web, Finger, Telnet, and other services. All machines which serve any of these protocols are considered "above the line."

"Below the line" are the secure, non-Internet machines that are connected to EDS and from there to the financial networks.

The actual connection between the two, as you might expect, is very minimal and closely monitored. Only a single above-the-line machine talks to a single below-the-line machine. The Internet machine that is connected in this manner is the only host on its subnet. As a further protection, communication between the below-the-line and above-the-line system is batch-oriented and does not use any standard Internet services.

-----------------------------------------------

How are purchases authorized?

On the Internet, purchases are authorized via a simple email-based protocol. When someone (anyone) requests a fund transfer via First Virtual, we will automatically send email to the paying party. That email is carefully structured so as to permit automated handling by mail software that understands our protocols (like the software we have on our end), but also to be completely useable with ordinary mail software (like the software you probably have on your end). With ordinary email software, the buyer simply has to use his or her mail reader's "reply" command, sending as the reply the single word "yes", "no", or "fraud". The receipt of a "yes" answer with an appropriate transaction code in the Subject line and appropriate source headers in the email constitutes the buyer's authorization to First Virtual to effect a fund transfer.

For this mechanism to work, the mail reader's reply command should copy the contents of the Subject field into the reply, because it contains a unique identifier for each specific authoritzation request.

-----------------------------------------------

How does money flow in the system?

Unlike schemes to create "digital cash" or similar mechanisms, in First Virtual's system there is never anything like "real money" on the

AMZC645574

Internet. Instead, the Internet is used to send around payment
authorizations, to be translated elsewhere into real financial
transactions. These payment authorizations do not represent money and
cannot be exchanged for cash by anyone, including the addressee.

Real funds begin to flow only after the authorization is received and
the transaction is passed off to the "below-the-line" system. The
"below-the-line" system contains a database that correlates each First
Virtual account identifier with an account payment method (typically a
credit card) and a credit balance disbursement method (typically a
checking account).

When a fund transfer request is received by the "below-the-line"
system, having been already authorized by the buyer via email, it is
added to the list of charges awaiting settlement by the paying party --
of charges authorized, but not yet paid for. If the total amount of
charges on the paying party's settlement list then exceeds $10, the
system will promptly post a charge for the appropriate amount to the
buyer's payin mechanism (i.e., the buyer's credit card). In the case of
credit cards, it will first use the credit card network to pre-
authorize the transaction. Otherwise, charges accumulate until the $10
threshhold is exceeded or the oldest transaction has been pending for
more than 30 days. In any event, when a charge is posted to the payin
mechanism, the "above-the-line" system is notified, and an email
notification is sent to the paying party.

When payment is received from the buyer's payin mechanism, the
appropriate fees are deducted (as described in the SELLING FAQ), and
the remaining amount is then set aside to be paid to the seller. After
a brief hold (described in the SELLING FAQ), the funds are then
delivered to the seller through the seller's payout mechanism (i.e., by
depositing them in the seller's checking account). When this happens,
the "above-the-line" system is notified and an email notification is
sent to the party receiving payment.

---------------------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if
you are looking for information about First Virtual. It provides
details about all the FAQ documents available via email, and about
additional information available from our anonymous FTP and Gopher
servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message
to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by
email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in
the directory /pub/docs for the file called "FAQ-
general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser,
connect to our Web page using the URL http://www.fv.com and

AMZC645575

Look for the link to the "Frequently Asked Questions" page.
Here's a summary of other First Virtual FAQ documents, to receive a
copy by email, send a message to the specified address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision --
background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system --
cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to
"international@fv.com".

To help us provide our services to the public at the lowest possible
cost, please search the FAQs before sending email to our human
operators. Thanks for understanding. And welcome to First Virtual!

AMZC645576

Booz · Allen & Hamilto                    4/11/94 2:28 pm                    Page 32/71

First Virtual INTERNATIONAL Frequently Asked Questions

This list of Frequently Asked Questions (FAQ) provides basic
information about First Virtual and our Internet Payment System for
First Virtual users worldwide. To receive a copy of this list from us
by email, please send an email message to the address
"international@fv.com"; our information server will automatically send
you a copy of the most current version.

This version was last updated on 28 October 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights
reserved in the United States and other countries throughout the world.
First Virtual is a trademark of First Virtual Holdings Incorporated.
For information about First Virtual, send email to "help@fv.com". You
may freely redistribute this document in any form, as long as you
distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual,
please see the end of this document.

--------------------------------------------

Outline

This INTERNATIONAL FAQ answers the following questions:

1. How can I get information in a language other than English?
2. What is First Virtual?
3. What is different about First Virtual if I'm outside the
United States?

--------------------------------------------

QUESTIONS AND ANSWERS

--------------------------------------------

How can I get information in a language other than English?

For basic information about First Virtual in a language other than
English , please send mail to the appropriate address below. Additional
languages will be available soon.

* castellano -- espanol@fv.com

* espanol -- espanol@fv.com
* Spanish -- espanol@fv.com

What is First Virtual?

The First Virtual Internet Payment System provides a simple way for
people and companies to make information available for sale over the
internet, and an easy and safe way for buyers to pay for it. It

AMZC645577

Booz · Allen & Hamilton                    4/11/94 2:28 pm              Page 33/71

respects the buyer's right to examine information before deciding
whether to buy it, as well as the seller's freedom to set prices and
sales terms. And it's available right now.

No special equipment, software, or technical knowledge is required. In
order to buy or sell information with First Virtual, all you need is
the ability to send and receive ordinary internet email from a personal
account.

To be able to buy information, you also need a Visa or Mastercard
account, so you can pay the sellers for any information you decide to
buy. To be able to sell information, you also need a checking account
in a United States bank, so that the money that buyers pay for your
information can be credited to you.

You select your own First Virtual account identifier, which is a string
of words or letters or numbers. We use it to identify you in all First
Virtual transactions. It doesn't reveal anything about you (such as
your credit card number), can't be used by a unauthorized person, and
can be sent safely over the Internet.

When you find an item you may be interested in buying, on our Infohaus
public-access server or on a private server, you ask for a copy of it
and provide your First Virtual account identifier. The server verifies
your account and allows you to download the item, or sends you a copy
in email.

After you've had a chance to review the item and decide whether it's
what you really wanted, First Virtual asks you in an email message
whether you agree to pay for it. If you say yes, we charge your credit
card for the price advertised by the seller -- we don't charge the
buyer any additional fee -- and pay the seller, withholding a modest
transaction fee. If you say no, we inform the seller that you decided
not to buy the item. Anyone can easily buy information this way.

If you wish to get an account, the first part of the signup process is
automatic, and can be initiated with a simple email message to the
address "apply@card.com". The second part requires a phone call, which
is toll-free in the United States or Canada. Both parts together take
less than 15 minutes; you can sign up anytime, day or night.

We strongly suggest that you read the SIGNUP FAQ or the 1-2-3 FAQ
first, so you clearly understand the signup process before you start.

Complete details about how our system works and how you can use it are
included in the other First Virtual FAQs, as outlined in the GENERAL
INFORMATION FAQ, which you can get by sending email to "help@fv.com".

---------------------------------------------------

What is different about First Virtual if I'm outside the United States?

Everything works exactly the same way no matter where you are. First
Virtual's developers and principals happen to be in the United States,

AMZC645578

Booz · Allen & Hamilto·                    4/11/94 2:29 pm                    Page 36/71

but the First Virtual Internet Payment System was designed to be used the same way from anywhere in the world. If you can use Internet email and have a Visa or Mastercard, it doesn't matter to us what country you're in.

For now, all prices will be set, and all credit card charges will be calculated, in United States dollars. That will change in the future; the First Virtual system includes support for multiple currencies and rates of exchange.

Please note that by using your First Virtual account, you agree to the terms and conditions in the FINEPRINT TAC (available from "fineprint@fv.com"), which is published only in English.

------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if you are looking for information about First Virtual. It provides details about all the FAQ documents available via email, and about additional information available from our anonymous FTP and Gopher servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in the directory /pub/docs for the file called "FAQ-general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser, connect to our Web page using the URL http://www.fv.com and Look for the link to the "Frequently Asked Questions" page. Here's a summary of other First Virtual FAQ documents; to receive a copy by email, send a message to the specified address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision -- background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system -- cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to "international@fv.com".

To help us provide our services to the public at the lowest possible cost, please search the FAQs before sending email to our human

AMZC645579

Booz · Allen & Hamilton          4/11/94 2:30 pm          Page 35/71

operators. Thanks for understanding. And welcome to First Virtual!

AMZC645580

Booz · Allen & Hamilton                4/11/94 2:30 pm                    Page 36/71

First Virtual SECURITY Frequently Asked Questions

This list of Frequently Asked Questions (FAQ) addresses concerns about the security of First Virtual's Internet Payment System. To receive a copy of this list from us by email, please send an email message to the address "security@fv.com"; our information server will automatically send you a copy of the most current version.

This version was last updated on 1 September 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights reserved in the United States and other countries throughout the world. First Virtual is a trademark of First Virtual Holdings Incorporated. For information about First Virtual, send email to "help@fv.com". You may freely redistribute this document in any form, as long as you distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual, please see the end of this document.

------------------------------------------------

Outline

This SECURITY FAQ answers the following questions:

1. What are "encryption" and "digital signatures," and why do other Internet commerce schemes use them?
2. Why don't you use encryption with First Virtual?
3. Without encryption, how can you keep my credit card number secure?
4. But wouldn't using encryption with First Virtual add an extra level of security?
5. Can I use encryption or digital signatures with First Virtual if I want to?
6. Who takes the risk in First Virtual transactions?
7. What prevents buyers from getting information without paying for it?
8. How secure are First Virtual's servers?
9. How hard is it to impersonate an accountholder and buy information fraudulently using First Virtual?
10. Where can I find out more about First Virtual?

------------------------------------------------

QUESTIONS AND ANSWERS

------------------------------------------------

What are "encryption" and "digital signatures," and why do other Internet commerce schemes use them?

"Encryption" refers to scrambling the contents of an email message.

AMZC645581

using some sort of cryptographic scheme, so that only the intended recipient -- who has the "key" -- can unscramble and read it. Some Internet commerce models use encryption to enable people to send sensitive information like credit card numbers over the Internet and limit the risk that they might be intercepted.

A "digital signature" is a code, embedded in a message, which special software can decode to confirm that the person whose name appears on the message is actually the sender.

An Internet email message may pass through any number of networks as it travels from the sender to the recipient, and at any point in its journey, there exists the possibility that someone might intercept and read it. If the message contains a credit card number (for example), there exists the possibility that someone might take that number and use it for fraud.

------------------------------------------------

Why don't you use encryption with First Virtual?

Encryption is almost always cumbersome and difficult. And it always adds an additional step, and something else to worry about. After all, even banks and armored cars are subject to robbery attempts, and sometimes those attempts succeed. Rather than use encryption, we decided to design a system in which it wouldn't be necessary.

------------------------------------------------

Without encryption, how can you keep my credit card number secure?

Rather than build encryption into our system, we decided to design a system in which no sensitive information like credit card numbers would ever have to travel over the Internet in the first place. The result is First Virtual's Internet Payment System.

With First Virtual, no one -- neither us, nor you, nor any information seller or other party to a transaction -- ever needs to send sensitive information about you, like your credit card number, over the Internet. Transactions are all handled with your unique First Virtual account identifier, which may safely travel in ordinary Internet email because, even in the highly unlikely event that it were intercepted, an unauthorized user couldn't use it for fraud. He or she couldn't even use it to buy information over the Internet fraudulently, because -- as discussed in detail in the BUYING and SELLING FAQs -- all transactions are confirmed via email before you're charged. If someone tried to use your First Virtual account identifier to buy something without authorization, you'd simply tell us so when we sent you email asking to confirm the charge, and the stolen account identifier would be inactivated immediately.

Even when you're first signing up for a First Virtual account, we will never ask you to enter sensitive information, like your credit card number, in email or over an Internet connection. Your credit card

AMZC645582

number will only be given to us over a private telephone line. We'll keep it secure, on a computer which isn't on the Internet at all.

---------------------------------------------------

But wouldn't using encryption with First Virtual add an extra level of security?

No. Not only do we think it wouldn't add an extra level of security; we think it would make the system so complicated and difficult to use that it would entirely defeat the purpose for which we designed First Virtual's Internet Payment System in the first place: to make Internet commerce safe and easy for everyone to use, even ordinary Internet users without a computer science degree or years of experience.

Most people assume that digital encryption or digital signatures are essential for doing real commerce on the Internet, or at the very least that they are the best mechanism for commerce on the Internet. First Virtual disagrees, for several reasons:

* Encryption and signature technologies, by their nature, prevent most people from participating in Internet commerce.
* Encryption and signature technologies are complicated and confusing.
* Encryption and signature technologies yield a false sense of security.
* Encryption and signature technologies require the use of software and certification infrastructures that aren't commonly available.

* Encryption and signature technologies don't add any legal weight to most transactions.
* Encryption and signature technologies are restricted by patents, copyrights, and export restrictions.

We'll discuss each of these in some detail:

Encryption and signature technologies, by their nature, prevent most people from participating in Internet commerce.
To be an information seller in a marketplace based on encryption and signatures requires that you be a "member of the club." At the very least, you have to have a digital signature; give it to a centralized certifying institution, so that other people can look you up when they want to verify your identity; and prove to the certifying institution that you really are who you say you are. And, of course, you need to be able to use all the digital encryption and signature software that keeps the system running.

At the very least, becoming an information seller under those conditions would be as hard as getting a credit card merchant account AND operating your own Internet server. And on top of everything else, you'd have to be willing to go through all the trouble of encrypting, decrypting, and digitally signing and verifying messages every time you send or receive one.

AMZC645583

Booz · Allen & Hamilton                    4/11/94 2:33 pm                    Page 39/71

In contrast, the First Virtual system allows anyone to sell
information, including people with no business credit history and
(using our Infohaus, as described in the SELLING FAQ) no Internet
servers of their own.

Encryption and signature technologies are complicated and confusing.
The most widely used encryption program, PGP, comes with a printed
manual divided into two parts, the first of which is considered
"essential" and "should be read by all PGP users". Yet this "essential"
part is 40 pages long, and is generally incomprehensible to the
ordinary user. So people develop "shortcuts" -- quick tutorials or
cheat sheets -- that leave readers with an incomplete understanding of
the system. The problem is, if people use the system without completely
understanding how it works, that undercuts the system's security for
everyone -- even for those who are persistent enough to master its use.

Some simpler-to-use technologies have been proposed that are based on
specialized hardware, e.g. "smart cards." But the Internet has always

AMZC645584

United States, but several experts believe that unencrypted email may have as much legal standing as many other kinds of correspondence, and there is no consensus that digital authentication technology adds any legal standing to an agreement.

In contrast, First Virtual's transaction confirmation system -- in which buyers must agree, as a condition of using First Virtual, that their email confirmation of a transaction constitutes a commitment to pay -- is clear, unequivocal, and legally enforceable without any need for encryption.

Encryption and signature technologies are restricted by patents, copyrights, and export restrictions.

The most common form of encryption, using public keys, is protected by a well-defended patent in the United States. Most strong encryption technologies are export-restricted by the United States government, causing serious problems for international information commerce. We're committed to making First Virtual easy to use all around the world, but we couldn't use common encryption technologies for certain international transactions without risking prosecution for us, the information seller, and the information buyer.

----------

Can I use encryption or digital signatures with First Virtual if I want to?

Of course. If you're an information seller, you're free to set up a system which encrypts information before sending it to buyers, or which requires buyers to digitally sign messages to you. We certainly wouldn't recommend doing this, for all the reasons outlined in detail above. It would drastically reduce your sales, because only a very small subset of the Internet community is comfortable using these difficult and complicated security methods. But that's a choice that you're completely free to make.

----------

Who takes the risk in First Virtual transactions?

Ordinarily, the seller takes all risks associated with a First Virtual transaction, including risks associated with non-payment and currency fluctuations. The seller is also responsible, as in any transaction, for complying with any laws associated with the sale, such as tax laws, obscenity laws, and export restrictions.

The risks to the seller are actually very few, with very little impact on business, revenues, or profitability. Here are the main ones we foresee:

* Someone might use a First Virtual account identifier to try to buy information from you without the accountholder's consent.

AMZC645585

Ordinarily, this will be caught as soon as the buyer receives our email message asking to confirm the transaction; he or she will inform us that the account was used without authorization, and the account will be suspended.

\* A very small percentage of people who download information from you, review it, and then decline to pay for it may keep and use the information anyway.

This will occasionally happen, but as explained in detail above, any accountholders who abuse your goodwill or our system will have their First Virtual accounts immediately suspended. Fortunately, the impact on you is virtually nil, since it costs you nothing to "manufacture" a new copy of your product.

\* Someone may buy and pay for a legitimate copy of one of your information products, then make copies for all their friends without paying you.

This is true, but it's also true, to a greater or lesser extent, of information sold in virtually any other form. Printed matter, recordings, drawings and photographs, computer software -- all of these can be duplicated for very low cost even if purchased through traditional channels. First Virtual is as subject to these dangers as any other method of distribution.

\* Some people who agree to buy information from you may refuse to pay their credit card bills, or may dispute the charges.

Anyone who does this will immediately have his or her First Virtual account suspended. First Virtual accountholders are informed very clearly, and agree, that replying "YES" to a message from First Virtual asking whether they agree to pay constitutes the equivalent of a signed contract to pay, which the buyer's credit card company can be expected to enforce. Eventually, if the buyer continues to refuse payment, his credit card will probably be cancelled.

The risks are described in more detail in the SELLING FAQ and the THEORY FAQ.

------------------------------------------

What prevents buyers from getting information without paying for it?

The short answer is: nothing. In fact, if you're a seller, you're virtually guaranteed that some people will in fact download your information without having any intention of paying for it.

However, both First Virtual and our sellers will be keeping very careful track of how frequently each accountholder requests that

AMZC645586

information be sent to him in email (or downloads it) for examination and then declines to pay for it.

First Virtual will suspend the account of any accountholder who appears to be taking advantage of our sellers or our system, and sellers may refuse to do business with any accountholder who they believe is taking advantage of their goodwill.

In particular, First Virtual will cancel the account of anyone who declines to pay more often than we deem acceptable. We have no interest in harrassing people who are legitimately using our system for the purpose for which it was designed in the first place -- to permit people to evaluate information, in good faith, before deciding whether to buy it. People in that category are the reason First Virtual was created. However, there are reasonable limits, and we will enforce them. (We won't disclose in advance what our limits are, but we'll let you know if you're getting close.) If you're honest, and using the system for the purpose for which it was intended, we don't think you'll ever have any problem.

If an account is cancelled for reasons such as these, it is impossible to create a new First Virtual account using the same credit card as the underlying payment mechanism. Thus, a dishonest First Virtual accountholder can abuse the system a few times for each credit card he has, and that's it. (Anyone who can generate an unending string of valid credit cards probably has more lucrative prospects for thievery than information theft on the Internet anyway.)

The important point is that if you're going to sell information over the Internet, it is impossible to protect it from a truly determined thief, just as a good professional burglar can break into nearly any home. Even with the strongest encryption, a thief can order one copy legally and then resell it to his heart's content. The First Virtual Internet Payment System, like most real-world engines of commerce, acknowledges that there will be a small amount of theft and takes all realistic measures to limit it without making the system excessively painful for honest people to use. There would be less credit card fraud if you had to have a retina scan every time you used your card, but that doesn't mean this would make credit cards a better mechanism for commerce.

We anticipate that some sellers may find the level of risk in our system unacceptable. They are, of course, under no obligation to sell their information using First Virtual. However, we believe they being unrealistic if they think that any other mechanism for Internet information sales will be fundamentally more secure.

------------------------------------------------------

How secure are First Virtual's servers?

It is our intention to operate the most secure machines on the Internet. To this end, we will retain first-rate security expertise, and stay current or ahead of the state of the art.

AMZC645587

Beyond this, the "line" between our Internet machines and the financial
networks (see the CASHFLOW FAQ) constitutes the most extreme form of
firewall.

For obvious reasons, we are not inclined to detail all of our security
precautions here, but you can be assured that we have given security
the highest priority in the design and implementation of our system.

----------------------------------------------------------

How hard is it to impersonate an accountholder and buy information
fraudulently using First Virtual?

The key authentication mechanism in the First Virtual protocol is the
buyer's email-based confirmation of each purchase.

To defeat this mechanism requires someone to steal a First Virtual
account identifier; to identify the corresponding email address (which
is not public knowledge, cannot be determined from the account
identifier, and will not be released by First Virtual); to know or
guess the account password; to intercept all incoming messages to that
email address; and, of course, to know what First Virtual is and
understand what our messages are about and how to respond to them.

While this chain of events is conceivable, it is in practice highly
unlikely, and we are taking substantial precautions against the
mechanisms that we have thought of for accomplishing these goals.

We think that defeating our system will be several orders of magnitude
harder than, for example, stealing the carbons from credit cards, and
we also think that we will be able to quickly detect any successful
efforts to compromise our system.

----------------------------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if
you are looking for information about First Virtual. It provides
details about all the FAQ documents available via email, and about
additional information available from our anonymous FTP and Gopher
servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message
to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by
email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in
the directory /pub/docs for the file called "FAQ-
general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser,
connect to our Web page using the URL http://www.fv.com and
Look for the link to the "Frequently Asked Questions" page.

AMZC645588

Booz · Allen & Hamilton                    4/11/94 3:03 pm                    Page 43/70

Here's a summary of other First Virtual FAQ documents; to receive a
copy by email, send a message to the specified address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision --
background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system --
cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to
"international@fv.com".

To help us provide our services to the public at the lowest possible
cost, please search the FAQs before sending email to our human
operators. Thanks for understanding. And welcome to First Virtual!

AMZC645589

First Virtual Frequently Asked Questions about SELLING

This list of Frequently Asked Questions (FAQ) provides details about selling information over the Internet using First Virtual's Internet Payment System. To receive a copy of this list from us by email, please send an email message to the address "selling@fv.com"; our information server will automatically send you a copy of the most current version.

This version was last updated on 1 September 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights reserved in the United States and other countries throughout the world. First Virtual is a trademark of First Virtual Holdings Incorporated. For information about First Virtual, send email to "help@fv.com". You may freely redistribute this document in any form, as long as you distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual, please see the end of this document.

-----------------------------------------------

Outline

This SELLING FAQ answers the following questions:

1. What do you mean, "sell information over the Internet"?
2. Who can sell information using First Virtual?
3. Can I use my own Internet servers to sell information using First Virtual?
4. Can I sell information using First Virtual even if I don't have my own Internet server?
5. Who sets the price for the information I sell?
6. What are the steps in a First Virtual sale?
7. Do I have to let buyers "try before they buy"?
8. How do I know that buyers won't decline to pay, and then keep and use my information anyway?
9. How will I be paid for the information I sell?
10. How long after a sale can I expect to receive payment?
11. What risks do I take as a seller?
12. How come you don't use encryption?
13. What fees are charged by First Virtual?
14. What if I'm outside the United States?
15. What other responsibilities do I have as a seller?

16. Where can I find out more about First Virtual?

-----------------------------------------------

QUESTIONS AND ANSWERS

-----------------------------------------------

What do you mean, "sell information over the Internet"?

First Virtual provides a simple new way for you to sell information over the Internet. When we say that, we're thinking of "information" in a very broad sense; to mean anything that can be stored on your computer (or ours) and transferred to someone else's so they can read it, view it, listen to it, use it, or print it. It includes all of these things, and more:

* articles and books, stories, poems, academic research, compiled data, and anything else that can be expressed in words or numbers
* pictures, photos, drawings, maps, plans, blueprints, and anything else that can be put into a two-dimensional graphic image
* video and audio clips, music, TV programming, sound recordings, animation, news footage, and anything else that can be recorded on magnetic media
* computer software, GIF and other graphics files, and anything else that can be enclosed in a binary file

The whole point of First Virtual is that it makes it possible for you to open up an "information shop" on the Internet, and stock it with whatever you think someone might want to buy. What you can sell over the Internet using First Virtual is limited only by your imagination. You set your own prices, according to what you think your information is worth, and First Virtual takes care of billing and collections for you.

It's a low-cost way for you to go into business -- you don't have to pay rent or manage an inventory, and don't even need any special hardware or software. And First Virtual does all the work of billing and collection for you.

People like you, who work so hard to develop information and ideas and then share them with others, deserve the opportunity to receive a fair and reasonable return for your effort and your time. Large corporations are already making money selling information over the Internet, but it's much harder for individuals and small businesses.

We've created a way that even ordinary people can sell information and receive a reasonable return on their development costs, so that many more people now have an incentive to be creative, and put the fruits of their creativity out on the Internet for everybody to see and use -- and so that interesting and valuable information products can reach a broader public even if their creators don't have a million dollars or contacts at a giant media corporation.

If you have something to sell, First Virtual is for you. It provides you something you didn't have before: an opportunity to recover your development costs, so you can make your products better, and use your creativity to go out and develop even more interesting things for the Internet community.

AMZC645591

------------------------------------------------

Who can sell information using the First Virtual system?

Anyone with a First Virtual account can sell information. The same
First Virtual account can also be used to buy information; to learn
more about buying information, see the BUYING FAQ, available by sending
mail to "buying@fv.com".

Applying for a First Virtual account is easy, quick, and can be done
any time. For information on how to get an account, see the 1-2-3 FAQ
(for step-by-step instructions), available by sending email to
"123@fv.com", and the SIGNUP FAQ (for detailed information about
signing up), available by sending email to "signup@fv.com".

To use your First Virtual account to buy information, you need to give
us a valid Mastercard or Visa credit card number at the time you sign
up. If you also want to sell information, you need to provide us with
the number of a bank account to which we can deposit any funds that
accrue to you through sales you make. All the necessary information is
provided in detail in the SIGNUP FAQ.

If you only want to sell information, just send your check without
calling in your credit-card number. That way, nobody will be able to
annoy you by making you have to change your account ID.

------------------------------------------------

Can I use my own Internet servers to sell information using First
Virtual?
Yes, very easily.

If you already operate your own Internet servers, it's very easy to
make them compatible with First Virtual. Our protocols are openly
specified and are extremely simple to integrate into almost any
existing Internet application, including World Wide Web and FTP. For
more information about integrating First Virtual into your existing
servers, examine our free code available via FTP to _____.

For those who are not yet operating Internet servers but would like to
set them up, dealing with First Virtual's system is the easiest part.
The harder part is getting your servers operating in the first place.

------------------------------------------------

Can I sell information using First Virtual even if I don't have my own
Internet server?

Yes, very easily.

Individuals and other small-scale sellers who do not wish to go to the
trouble and expense of maintaining their own Internet servers can opt
instead to sell information using First Virtual's Infohaus, the world's
first public-access commercial information warehouse.

AMZC645592

selling information over the Internet. In practice, most sales work like this:

1. You post an information product for sale on your own Internet server or on First Virtual's Infohaus server, along with a description and a price.
2. Potential buyers visit the server, review the description you posted, and see the price.
3. A buyer decides that he or she is interested in buying the product, and requests it by email or attempts to download it.
4. The server asks the buyer for his or her First Virtual account identifier, and (if you wish) confirms that the account is in good standing before delivering the product or allowing the buyer to download it.
5. While the buyer reviews the product to confirm that it was what he or she really wanted, your server (or the Infohaus) notifies First Virtual of the transaction.
6. First Virtual sends email to the buyer, asking whether or not he or she authorizes the purchase and agrees to pay for it through his or her First Virtual account.
7. Following the instructions in First Virtual's email message, the buyer replies to the message in one of three ways:
"YES"
indicates the buyer is satisfied with the information and agrees to pay for it. The buyer's credit card is charged for the item in the next First Virtual billing cycle.
"NO"
indicates the information wasn't what the buyer really wanted, and he or she isn't willing to pay for it.
"FRAUD"
indicates that the buyer believes his or her First Virtual account has been used without authorization. The account will be suspended and the buyer will be invited to apply for a new one.
8. As soon as payment is secured from the buyer, First Virtual pays the seller.

---------------------------------------

Do I have to let buyers "try before they buy"?

No. We believe that buyers and sellers should be free to come together under any terms that are acceptable to both sides. But we strongly encourage you to let buyers "try before they buy." Such an arrangement isn't appropriate for all products, but it makes sense for most of them, and we believe that where it does make sense, the "try before you buy" arrangement is better not only for buyers, but also for sellers and for the Internet at large.

Here are some of the reasons why we think you'll agree such a policy is better:

AMZC645593

\* Many more of the people who might choose to buy your product will be exposed to it if you allow them to review or evaluate it for free, and we expect that this will increase the number of sales you make.

\* If some of the people who review your product eventually decide not to pay for it, you lose little or nothing. After all, it costs you nothing to "manufacture" a new copy of your information product, and you don't have to worry about restocking or repairing "returned merchandise" when people decide not to pay.
\* First Virtual accountholders who agree to pay for information will be held to their commitment, even if they later change their mind and decide the information is not what they really wanted. This will make some potential buyers reluctant to pay in advance for products they know very little about.
\* Of all the philosophies for Internet information commerce, the "try before you buy" philosophy is most compatible with the unrestricted flow of information that now governs the Internet and makes it such an interesting and varied information source.

We realize, however, that these issues must be left to the open information marketplace. After all, if you decide that buyers must pay in advance, and you find buyers who are willing to do so, why should we object? That's what an open marketplace is all about -- letting buyers and sellers reach agreements that are satisfactory to both sides.

--------------------------------------------

How do I know that buyers won't decline to pay, and then keep and use my information anyway?

You don't. In fact, you can be certain that a few of them will do exactly that. But there are a couple of things that First Virtual is counting on -- which you can help us with -- to prevent buyers from doing that too often.

First, please note that we believe most people are basically honest and don't try to take advantage of others. And we think that most Internet users know that the feeling of community that makes the Internet so special depends on people continuing to respect one another, to play fair, and to keep their word. (We note these things here because we believe them to be true. On the other hand, as you'll see below, we aren't depending on people's basic honesty and goodness to make our system work.)

First Virtual will be keeping very careful track of how frequently each accountholder requests information and then declines to pay for it. Buyers who are clearly taking advantage of the opportunity to "try before they buy" to get something for nothing will have their First Virtual accounts suspended.

AMZC645594

You are encouraged to monitor activity on your server, and to refuse to sell if you believe a particular First Virtual accountholder is taking advantage of your goodwill, or of ours. And you are, of course, free to decline to do business with anyone, although we expect you will act rationally and won't turn away perfectly good money without a good reason.

Buyers who commit to pay for information (by replying "YES" to our email asking if they agree to pay) will be held to that commitment. Anyone who authorizes us to charge his or her credit card, and then refuses to pay or disputes the charge, will have his or her First Virtual account suspended. This is nothing more than ordinary business practice. However, it is the seller taking the risk of that chargeback occurring also, not First Virtual. We only assure that it only happens once per buyer.

Buyers who do not respond to repeated email messages from First Virtual asking them to confirm transactions, or who respond only after several attempts to contact them, may have their accounts suspended. This policy protects buyers and sellers alike: it protects buyers from the possibility that unauthorized users may be using their email accounts, or that email to them may be going astray; and it protects sellers from the possibility that buyers may attempt to "disappear" rather than face the requirement that they pay for what they've bought.

-------------------------------------------------

How will I be paid for the information I sell?

You will be paid by direct deposit to the checking account that you registered with us at the time you signed up for your First Virtual account. You will be informed of such deposits by electronic mail at the time they happen (Naturally, for your own protection, the mail won't mention your checking account number explicitly, since we don't want such sensitive information on the Internet.)

-------------------------------------------------

How long after a sale can I expect to receive payment?

That depends, quite reasonably, on how long it takes First Virtual to collect payment from the buyer once the buyer has agreed, via email, to pay.

First Virtual waits to bill a buyer's credit card until either a certain dollar threshold (for example, $10) has been reached, or a certain amount of time (for example, a month) has elapsed. If the buyer makes frequent purchases, or makes purchases in large dollar amounts, the time until the buyer is billed will be comparatively short. After this happens, the time until the money is actually be deposited in your checking account may depend on such factors as your history as a First Virtual merchant and the buyer's history as a First Virtual accountholder.

AMZC645595

The First Virtual account you are using to sell merchandise is not a credit card merchant account, and we will not advance money to you; we will pay you for the merchandise you have sold only after the buyer has paid us. We anticipate that virtually all buyers will pay their charges promptly and in full; after all, each charge was explicitly authorized by the buyer with the word "YES" in an email message. Still, there may be times when we will experience an inordinate delay in collecting funds from a buyer, and in those infrequent circumstances there will be a corresponding delay in paying you for a transaction.

First Virtual and our associated partner banks will determine how long it is prudent for us to wait after the buyer's credit card is charged before we deposit the funds into your checking account. In any case, though, the holding period will not exceed a reasonable amount of time to protect First Virtual from paying out funds that are not yet in our possession, and once the funds are in our possession, you will be paid immediately. Under ordinary circumstances, you should be credited for the proceeds of a sale within a month of our charging the buyer's credit card, and often much sooner.

-----------------------------------------------

What risks do I take as a seller?

Very few, with very little impact on your business, your revenues, or your profitability. Here are the main ones we foresee:

* Someone might use a First Virtual account identifier to try to buy information from you without the accountholder's consent.

Ordinarily, this will be caught as soon as the buyer receives our email message asking to confirm the transaction; he or she will inform us that the account was used without authorization, and the account will be suspended.

However, you will probably have already sent the information, and you will be later informed by us that you could not be paid.

* A very small percentage of people who download information from you, review it, and then decline to pay for it may keep and use the information anyway.

This will occasionally happen, but as explained in detail above, any accountholders who abuse your goodwill or our system will have their First Virtual accounts immediately suspended. Fortunately, the impact on you is virtually nil, since it costs you nothing to "manufacture" a new copy of your product.

* Someone may buy and pay for a legitimate copy of one of your information products, then make copies for all their friends without paying you.

AMZC645596

This is true, but it's also true, to a greater or lesser extent, of information sold in virtually any other form. Printed matter, recordings, drawings and photographs, computer software -- all of these can be duplicated for very low cost even if purchased through traditional channels. First Virtual is as subject to these dangers as any other method of distribution.

If you can figure out a way to prevent it, feel free to employ it. First Virtual merely provides a way to transfer payments.

* Some people who agree to buy information from you may refuse to pay their credit card bills, or may dispute the charges.

Anyone who does this will immediately have his or her First Virtual account suspended. First Virtual accountholders are informed very clearly, and agree, that replying "YES" to a message from First Virtual asking whether they agree to pay constitutes the equivalent of a signed contract to pay.

However, First Virtual will charge back the cost to you, deducting disputed amounts from amounts we owe you, the seller. We would like to stress that if there is any reason the buyer does not pay, it is the seller who does not get paid.

----------------------------------------

How come you don't use encryption?

We thought about using it, but instead decided to design a system in which it wasn't necessary.

An Internet email message may pass through any number of networks as it travels from the sender to the recipient, and at any point in its journey, there exists the possibility that someone might intercept and read it. If the message contains a checking account number (for example), there exists the possibility that someone might take that number and use it for fraud.

"Encryption" refers to scrambling the contents of an email message, using some sort of cryptographic scheme, so that only the intended recipient -- who has the "key" -- can unscramble and read it. Some Internet commerce models use encryption to enable people to send sensitive information like checking account numbers over the Internet in email without worrying that they might be intercepted.

Encryption is almost always cumbersome and difficult. And it always adds an additional step, and something else to worry about. After all, even banks and armored cars are subject to robbery attempts, and sometimes those attempts succeed.

AMZC645597

Rather than build encryption into our system, we decided to design a system in which no sensitive information like checking account numbers would ever have to travel over the Internet in the first place. The result is First Virtual.

With First Virtual, no one -- neither us, nor you, nor any information seller or other party to a transaction -- ever needs to send sensitive information about you, like your checking account number, over the Internet. Transactions are all handled with your unique First Virtual account identifier, which may safely travel in ordinary Internet email because, even in the highly unlikely event that it were intercepted, an unauthorized user couldn't use it for fraud. He or she couldn't even use it to buy information over the Internet fraudulently, because -- as discussed in detail above -- all transactions are confirmed via email before you're charged. If someone tried to use your First Virtual account identifier to buy something without authorization, you'd simply tell us so when we sent you email asking to confirm the charge, and the stolen account identifier would be deactivated immediately.

Even when you're first signing up for a First Virtual account, we will never ask you to enter sensitive information, like your credit card or checking account number, in email or over an Internet connection. Your credit card number will only be given to us over a private telephone line, and your checking account number will only be sent to us in paper mail. We'll keep both numbers secure, on a computer which isn't on the Internet at all.

---------------------------------------------

What fees are charged by First Virtual?

*   When you make a sale, we charge you a modest transaction fee of US $0.29 plus 2% of the value of the transaction. This fee is deducted from the sale price (the price you established, which was paid by the buyer) at the time that we deposit the remainder in your checking account. Finally, at the time that we settle with you, we deduct an additional charge of $1.00 for the cost of processing your payment and depositing the funds in your bank account. There are no other transaction fees charged to either the buyer or the seller. This means that:

*   When you sell something for $1.00, we charge you $0.31 and credit you with $0.69.
*   When you sell something for $10.00, we charge you $0.49 and credit you with $9.51.
*   When you sell something for $100.00, we charge you $2.29 and credit you with $97.71.

If the above three transactions were the only sales you made before your next settlement date, we would total your net credits ($107.91), deduct the $1.00 processing fee, and credit $106.91 in your checking account. If you use the Infohaus ( _____ ), we charge you a nominal storage fee

AMZC645598

of US $1.50 per month per megabyte of storage space you use (minimum $1.50 per month), in addition to the transaction fees noted above. (A megabyte is the equivalent of about 600 typed double-spaced pages of text.) The storage fee is deducted from the proceeds of sales, or charged to your credit card if it is not covered by sales. We also charge an additional 8% of the sale price of each transaction we handle for you.

Thus, if you're operating your own server and your transactions are reasonably large, First Virtual's fee approaches 2%, out of which we pay all fees associated with the financial networks. There are no hidden charges. If you're using the Infohaus, the fees are more like 10%, but you don't even need your own computer, and you can go skiing while we sell your information for you.

_____

What if I'm outside the United States?

Everything works exactly the same way no matter where you are. First Virtual's developers and principals happen to be in the United States, but the First Virtual Internet Payment System was designed to be used the same way from anywhere in the world. If you have the necessary Internet access, have a Visa or Mastercard, and have a U.S. checking account, it doesn't matter to us what country you're in. (If you're outside the United States and would like advice about getting a checking account in the United States, please get our INTERNATIONAL FAQ by sending email to "international@fv.com".)

For now, all prices will be set, and all credit card charges will be calculated, in United States dollars. That will change in the future; the First Virtual system includes support for multiple currencies and rates of exchange.

Information about First Virtual is available in languages other than English; see the GENERAL INFORMATION FAQ for details.

_____

What other responsibilities do I have as a seller?

It is your responsibility, not ours, to be aware of and comply with any laws that may apply to you as a seller.

For example, it is your responsibility to determine whether it is necessary to report to your national taxing authority (the Internal Revenue Service, in the United States) or to your state or provincial taxing authority any income you may receive through First Virtual, or to pay taxes on that income. We are not trained or authorized to advise you on such matters; we bring them to your attention as a courtesy.

Also, some countries have export restrictions that control the movement of certain kinds of information (such as encryption software) across

AMZC645599

international borders. It is in your interest to be aware of any such restrictions and to adhere to them.

Finally, it is your responsibility -- and is most emphatically in your best interest as a merchant -- to treat your customers with respect and courtesy. They are, after all, the reason you are able to be in business in the first place. Encourage them to tell you what they like and don't like about your products, listen to their comments, and use those comments to make your products better.

---------------------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if you are looking for information about First Virtual. It provides details about all the FAQ documents available via email, and about additional information available from our anonymous FTP and Gopher servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in the directory /pub/docs for the file called "FAQ-general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser, connect to our Web page using the URL "http://www.fv.com". Look for the link to the "Frequently Asked Questions" page. Here's a summary of other First Virtual FAQ documents; to receive a copy by email, send a message to the specified address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision -- background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system -- cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to "international@fv.com".

To help us provide our services to the public at the lowest possible cost, please search the FAQs before sending email to our human operators. Thanks for understanding. And welcome to First Virtual!

AMZC645600

Booz · Allen & Hamilton                4/11/94 3:13 pm                    Page 50/70

AMZC645601

First Virtual SIGNUP Frequently Asked Questions

This list of Frequently Asked Questions (FAQ) provides background details about signing up for a First Virtual Internet Payment System Account. To receive a copy of this list from us by email, please send an email message to the address "signup@fv.com"; our information server will automatically send you a copy of the most current version.

This version was last updated on 1 September 1994.

Copyright (c) 1994 First Virtual Holdings Incorporated. All rights reserved in the United States and other countries throughout the world. First Virtual is a trademark of First Virtual Holdings Incorporated. For information about First Virtual, send email to "help@fv.com". You may freely redistribute this document in any form, as long as you distribute it in its entirety, including this copyright notice.

To find out how you can get more information about First Virtual, please see the end of this document.

---------------------------------------------------------

Outline

This SIGNUP FAQ answers the following questions:
1. What kind of Internet access or software do I need to use First Virtual?
2. Why does my email account have to be private?
3. Is other Internet software compatible with First Virtual?
4. What are the financial requirements for a First Virtual account?
5. What does it cost to get a First Virtual account?
6. How does First Virtual protect my credit card and checking account numbers?
7. How do I apply for a First Virtual account?
8. How can I start the application process by email?
9. How can I start the application process interactively?
10. Why was my application rejected?
11. Why don't I don't get any answer when I send mail to "apply@card.com"?
12. What if I have a question or problem when signing up that isn't answered here?
13. Where can I find out more about First Virtual?

---------------------------------------------------------

QUESTIONS AND ANSWERS

---------------------------------------------------------

What kind of Internet access or software do I need to use First Virtual?

You must have your own private email account capable of sending

AMZC645602

electronic mail to an internet address. No other Internet access or software is required to use First Virtual.

It doesn't matter to us whether your email account was issued by a university or other institution, a corporation, an Internet service provider, or a private online service. It also doesn't matter to us what kind of Internet connection you have. If your email account can be used to send and receive Internet email, and isn't shared with anyone, it's compatible with First Virtual.

For certain UNIX email readers, we can also provide you with free software that will make dealing with First Virtual even easier, but that's strictly optional.

-------------------------------------------------

Why does my email account have to be private?

It has to be private because we use email to ask you about purchases you make, and you use email to agree to pay for things. We need to be able to assume that messages from your account are actually coming from you.

-------------------------------------------------

Is other Internet software compatible with First Virtual?

Yes. To locate and buy information with your First Virtual account, you'll usually be able to use FTP and the World Wide Web. The FTP and Web software you already have should work fine with First Virtual.

Software like this is optional. If you don't have FTP or Web access, you can also use email to buy information.

-------------------------------------------------

What are the financial requirements for a First Virtual account?

First Virtual runs no credit checks, and does not require you to fill out a complicated application. In order to get a First Virtual account, all we require is that you have a valid Visa or Mastercard credit card account, which you will use to pay for any information you may decide to buy.

If you want to be able to sell information using First Virtual, you need to have a checking account in a United States bank, so that we can pay you the proceeds of any sales you make, by depositing them in your account. (If you're outside the United States, please see the end of this document to find out how to get the INTERNATIONAL FAQ, which gives you some tips about getting a United States checking account.)

In the not-too-distant future, we are planning to implement additional methods of paying for information and receiving payment for sales, as well as support for currencies other than that of the United States.

AMZC645603

But for now, these are the only ones we support.

------------------------------------------------------------

What does it cost to get a First Virtual account?

When you first set up your account, we charge to your credit card a one-time fee of $2.00 dollars (US), which covers our costs of establishing and validating your account.

If you decide you want to be able to use your account to sell information, you must mail us a check for another $10.00 dollars (US), drawn on the same checking account you wish us to use to pay you any money resulting from sales you make. We require a paper check because we use the numbers on the check to confirm your account number and bank information.

------------------------------------------------------------

How does First Virtual protect my credit card and checking account numbers?

We protect them by never giving them out or sending them over the Internet at all. There's no need for encryption, because sensitive information about you never travels over the Internet; email refers to you only by your First Virtual account identifier, which can't be used by anyone but you and will immediately be voided, for your protection, if anyone should try to do so. Much more information about these security measures is provided in the BUYING FAQ.

We will also respect your privacy by protecting all other information we have about you.

------------------------------------------------------------

How do I apply for a First Virtual account?

Setting up your account is a simple process, which can be done anytime, 24 hours a day.

First, you give us basic information, like your name and address, via the Internet. (We'll tell you how below.) Ordinarily, you'll get a response back from this step via email in just a few minutes. Our email message will give you a 12-digit application number and a phone number to call, which is toll-free in the United States.

Second, you'll call that phone number using a touch-tone phone. A recorded voice will ask you to enter your 12-digit application number (which you will need again if you also want to sell information) and your credit card information. We have you go through this extra step for your own protection, in order that you won't have to send your credit card number over the Internet, in an email message that could be intercepted; instead, you give it to us directly, over the phone.

AMZC645604

Your credit card will be charged $2.00 at this point, to cover our cost of setting up your account.

A few hours later, you'll receive another email message confirming that your account has been activated. You're now ready to use it to buy information.

If you decide you also want to be able to sell information, you'll also have to mail us a check for $10.00; we'll give you the address in an email message. We use the numbers on this check to obtain the account number and routing information for your checking account, so that we can properly deposit the proceeds of your sales into your checking account. Note that if you do not intend to sell anything, this step is completely optional.

Typically, you'll be able to use your account to buy information within a day, and you'll be able to use it to sell information within two weeks. (You can actually use it to sell information right away, but we won't be able to pay you for any sales you make until your check has been received and processed.)

-------------------------------------------------

How can I start the application process by email?

Send an email message to "apply@card.com". You'll get a fill-in-the-blank form, and complete instructions, by return email. If you do not get any response with 24 hours, this may indicate that your mail is being eaten by a defective mail gateway. (The only such gateway of which we are currently aware is the Lotus Notes-SMTP gateway.) In this case, please send mail to "apply-challenged@card.com" to get a version of the application with special instructions for working around your gateway.

-------------------------------------------------

How can I start the application process interactively?

Telnet to "telnet.card.com". You'll be asked a series of questions, with complete instructions provided for you.

-------------------------------------------------

Why was my application rejected?

If you received an email message telling you your application was rejected, it's probably because our computer couldn't make sense of your answer to one of our questions. Remember, our computer isn't as smart as you are; it can understand your answers only if they're presented exactly the way it expects. Perhaps you accidentally mistyped your email address, or accidentally put one of your answers in the wrong place on the form. The email message that tells you your application was rejected should give you a brief explanation that helps

AMZC645605

you understand what went wrong; just submit your information again.

If your application was rejected when you called to provide your credit card information, it's probably because you accidentally mistyped your 12-digit application number or credit card number. If you're sure your credit card is good, just try again. Unless, of course, we revoked your account earlier. In this case, your credit card won't be accepted either.

------------------------------------------

Why don't I don't get any answer when I send mail to "apply@card.com"?

Possibly your mail reader is misconfigured so that you're not giving us a valid return address. However, if you're sure this is not the case (for example, if you can get this FAQ from our mailserver), then the problem may be that your Internet connection goes via a defective mail gateway.

In particular, if you are connected to the Internet via a Lotus Notes gateway, you may find that mail from First Virtual cannot get through to you because of a bug in that gateway. In order to avoid this problem, you must use a special mechanism we have set up to work around the problem. First of all, in order to apply for an account, you must send mail to "apply-challenged@card.com" instead of to the usual address, "apply@card.com"

Second, when you fill in the "Email-Address" part of your account application you must use a special form of email address. For example, if your regular Internet address is "user@host.domain", then in your First Virtual account application you should tell us that your email address is "user%host.domain@lotus-notes.challenged.card.com".

Finally, please send a note to Lotus <postmaster@lotus.com> asking them to fix their SMTP gateway so that it supports MIME correctly. In particular, you can tell them that their gateway rejects multipart/alternative messages containing MIME subtypes it doesn't recognize.

------------------------------------------

What if I have a question or problem when signing up that isn't answered here?

The first thing you should do is search through the other FAQ documents to see if you can find the answer there. The PROBLEMS FAQ is likely to be especially helpful, and is the best place to start.

------------------------------------------

Where can I find out more about First Virtual?

The First Virtual GENERAL INFORMATION FAQ is the best place to start if

AMZC645606

you are looking for information about First Virtual. It provides details about all the FAQ documents available via email, and about additional information available from our anonymous FTP and Gopher servers and our World Wide Web database.

To receive a copy of the GENERAL INFORMATION FAQ, send an email message to "help@fv.com"; the GENERAL INFORMATION FAQ will be sent to you by email automatically. You can also find a copy in other places:

* Connect to ftp.fv.com, our anonymous FTP server, and look in the directory /pub/docs for the file called "FAQ-general.txt".
* Using Mosaic, Lynx, or another World Wide Web browser, connect to our Web page using the URL "http://www.fv.com". Look for the link to the "Frequently Asked Questions" page. Here's a summary of other First Virtual FAQ documents; to receive a copy by email, send a message to the specified address:

* 1-2-3 FAQ -- Steps for getting started -- 123@fv.com
* SIGNUP FAQ -- Signing up for an account -- signup@fv.com
* BACKGROUND FAQ -- Our company and our vision -- background@fv.com
* BUYING FAQ -- Buying information -- buying@fv.com
* SELLING FAQ -- Selling information -- selling@fv.com
* INFOHAUS FAQ -- Using the Infohaus -- infohaus@fv.com
* SECURITY FAQ -- Security issues -- security@fv.com
* CASHFLOW FAQ -- Flow of money in our system -- cashflow@fv.com
* PROBLEMS FAQ -- Dealing with problems -- problems@fv.com

For information in languages other than English, send email to "international@fv.com".

To help us provide our services to the public at the lowest possible cost, please search the FAQs before sending email to our human operators. Thanks for understanding. And welcome to First Virtual!

AMZC645607

Booz · Allen & Hamilton                    4/11/94 3:18 pm                Page 63/70

First Virtual (TM) Theory FAQ

FIRST VIRTUAL — THEORY List of Frequently Asked Questions (FAQ)
Date of last update: August 17, 1994

This is the FAQ for the ideas and concepts behind First Virtual Holdings
Incorporated and its Internet Payment System. There are several other
FAQs available, dealing with several other categories of information about
First Virtual. To receive the top level FAQ, with information about all
the other FAQs, please send mail to "help@fv.com" or else browse our World
Wide Web database using the URL "http://www.fv.com/user/FAQ.html". To
help us provide our services at the lowest possible cost to the consumer,
please search the FAQs before sending email to our human operators.

OUTLINE

This FAQ answers the following questions:

1.  What is "Information Commerce" and why focus on it?
2.  What is different about First Virtual's Internet Payment Commerce?
3.  Why isn't encryption or digital signature technology used?
4.  Who takes the risk in First Virtual transactions?
5.  Can you use the system for non-information transactions?
6.  What is a First Virtual Account?
7.  How are fund transfers initiated?
8.  How are fund transfers completed?
9.  What keeps people from abusing the system?
10. Where can I find more information?

-------------------------------

1. What is "Information Commerce" and why focus on it?

For many years now, thoughtful people have realized that the economics of
information are very poorly understood. As opposed to conventional
commerce in goods and services, pure information commerce is special
because no scarce objects change hands, and no valuable time is expended
on any individual transaction. The cost of reproducing and distributing
information in an all-digital network like the Internet is essentially
zero. The primary risks of traditional commerce -- notably the lack of
payment for the delivery of a physical object or the expenditure of non-

renewable time -- simply do not apply to information commerce. On the
other hand, information commerce faces a new set of risks, most notably
the ease of unauthorized copying, or piracy.

Payment mechanisms that have evolved for traditional commerce are, in our
view, largely inappropriate for information commerce. In particular,
traditional payment mechanisms seek to establish a very strong link
between the delivery of a good or service and the guarantee of payment.

AMZC645608

Thus, a merchant will not generally allow you to leave the store with a compact disk in your hand until he has received cash from you or until your credit card has been validated by a trusted entity such as the Visa or Mastercard networks.   This linkage makes sense for physical goods, because the merchant's greatest risk is the loss of the physical object without appropriate payment. Good business practice generally implies that the merchant will, under appropriate circumstances, refund the buyer's
money upon the return of the physical object.

For information, the risk factors are rather different. The delivery of the information to the consumer costs the merchant essentially nothing. But even a mechanism that offered extremely strong linkage between information delivery and payment guarantees would do nothing to address the merchant's primary risk in information commerce, unauthorized copying. In fact, a key insight that can be gained by reviewing efforts to "copy-protect" computer disks is that such mechanisms may actually tend to promote unauthorized copying by making life too difficult for the legitimate consumer.

Meanwhile, on the Internet, a skeptical information culture has emerged, where buyers are increasingly unwilling to commit themselves to pay for information they haven't yet been able to see or evaluate. In the area of software, this has led to the creation of "shareware," in which payment is encouraged only after the product has been obtained and evaluated. Although shareware is often instantiated on computer disks -- which are often sold at a price that recoups only the physical cost of production -- its purest expression can be found in Internet-posted shareware, with free distribution and voluntary payment. Network-based shareware was the first new economic model to develop for information commerce. First Virtual's commerce model is the second.

--------------------------------

2.  What is different about First Virtual's Internet Information Commerce?

First Virtual has taken the shareware concept to the next level.  In our

model, the consumer always has the right to evaluate information before paying for it.  However, the payment process is automated in such a way as to eliminate the problem, common in current shareware, of people who find the payment process too much of a bother.  Payment is automatic after the buyer's explicit confirmation, to First Virtual, of a willingness to pay. Buyers who decline to pay are never required to do so, but those who abuse the system with too-frequent refusals to pay will have their accounts revoked.

The key difference between traditional commerce mechanisms and First Virtual's Internet Payment System is in the assignment of risk.  In credit card systems, for example, the merchant is guaranteed payment, but at a substantial premium, namely the percentage of each transaction that is taken by the credit card networks.  Where physical goods are involved, this cost is justified by the out-of-pocket expense at risk on each transaction.  In information commerce, it is far easier for the vendor to

AMZC645609

assume the risk of non-payment, since nothing is lost out-of-pocket.

This shifting of risk, which sounds simple, turns out to have enormous implications for the rest of the commerce model. It offers a much better fit with the traditional Internet and shareware cultures, in which the value of information can only be assessed after evaluating it. Most important, however, it eliminates any need for credit-worthiness guarantees regarding the seller. This is perhaps the most revolutionary aspect of the First Virtual model: anyone can be a seller as well as a buyer.

Credit card systems, by contrast, are critically dependent on the credit-worthiness of the sellers. It is far harder to obtain a Visa merchant account than a Visa credit card. For those who wish to start a new business, obtaining a Visa merchant account can sometimes prove an insurmountable obstacle. In First Virtual's system, however, it is as easy to be a seller as to be a buyer. Individuals with no business history can form Internet-based information businesses without persuading any banks or other institutions of their credit-worthiness. This is possible only because, as information merchants, they bear their own risk of non-payment. Merchants who sell valuable information will be paid by their satisfied customers.

----------------------------

3. Why isn't encryption or digital signature technology used?

The answer is simple: it isn't necessary.

All transactions are mediated with the use of a First Virtual account identifier, which is not a usable financial instrument in the same sense as a credit card or bank account number. If someone steals your First Virtual account identifier, they will put you through the nuisance of replacing it, but you will not be liable for anything. More important, their ability to use the stolen account is so limited as to make stealing it of minimal interest.

When you make a purchase from an information vendor, you supply your First Virtual account identifier, a phrase of your own choosing. The server uses that identifier to ask First Virtual to make a funds transfer. First Virtual immediately sends you email (to your email address of record, which is not a part of your account identifier) to ask you to authorize the transaction. If you are happy with the information you purchased, you authorize the transaction. If not, you decline. If you didn't initiate the transaction in the first place, you say "fraud" and your account is invalidated, to be replaced by a new one. In practice, this email-based confirmation is far easier to use than encryption or signature technology, and compares favorably in terms of risks. (Encryption systems are notoriously compromised by their very difficulty of use, which encourages users to provide "shortcuts" such as on-line passwords or secret keys.)

----------------------------

AMZC645610

4. Who takes the risk i... irst Virtual transactions?

The First Virtual system is designed to minimize and limit those risks, but ultimately the seller of information takes all risks. In particular, the risks to the seller include the following:

-- Legitimately dissatisfied customers may decline to pay.
-- Abusive customers may decline to pay without good reason, but the frequency of such events will be limited by the fact that such customers will have their accounts revoked when their payment frequency declines below certain thresholds set by First Virtual.
-- All risks associated with currency fluctuation are borne by the seller. (Depending on the direction of such fluctuations, however, this will work to the seller's advantage as often as not.)
-- Malicious parties may steal and use First Virtual account identifiers belonging to others. In such cases, the seller will also not be paid, but the frequency of such events will be limited by the fact that the email-based confirmation process will quickly reveal the fraud and invalidate the account.
-- In the current implementation, First Virtual's backup procedures

include full backup and offsite storage every 24 hours except Sunday. Thus, in a worst-case scenario (a fire at our processing center), up to 24 hours (48 on the weekend) worth of transactions might be lost. If this happens, all sellers will be informed and can resubmit their transactions, but if they do not keep appropriate records they risk losing the proceeds from sales in any "disaster" situation.

In short, although the seller takes the risks, the level of risk is not very high, especially relative to the seller's cost in an information transaction. The dominant risk of any information transaction remains the risk of unauthorized reproduction by an authorized purchaser, which, in First Virtual's system, is neither more nor less likely than in any other system for delivering digital information. In First Virtual's view, such risks are simply the reality of the digital network environment, and no amount of complexity in the payment system would ever eliminate those risks anyway.

---

5. Can you use the system for non-information transactions?

First Virtual's Internet Payment System was designed for information commerce, where we believe the risk model is most appropriate. However, it
can be used in any situation where the party receiving money is willing to accept the risk of the transaction not being completed due to the seller being unwilling to pay or due to the seller being incorrectly identified. Thus the system may be used wherever the seller has "out of band" reasons to trust the buyer, either due to a real-world relationship or to an authenticated exchange of identification information. First Virtual does not guarantee payment, but any two may use First Virtual's payment system to effect payment by mutual consent.

AMZC645611

In this sense, the system is usable in any situation where payment is
voluntary or the seller is trusted, e.g. when someone is billed after-the-
fact for services rendered, or where money is "wired" to a son or daughter
in college.

------------------------------

6. What is a First Virtual Account?

A First Virtual account is a record of information about an individual or
organization, to be used for purposes of buying and selling information.


The sensitive parts of a First Virtual account record are stored only on a
secure non-internet machine. Conceptually, First Virtual accounts consist
of 5 parts:

-- An account identifier. This is an alphanumeric string of the
individual's choosing, with a random word prepended by First
Virtual.  (For cosmetic reasons, such strings may include spaces or
punctuation, but these characters are not significant.)
-- Demographic information, including the individual's name, address,
telephone number, etc.
-- An email address, which will be queried in order to authorize purchases
and to which notifications of fund transfers will be sent.
-- Payin information.  Initially, this must be a Visa or Master Card
number. This number will never appear on the internet (it is entered
via touch tone telephone), but is used for all authorized payments
from the account.
-- Payout information.  Initially, this must be a checking account number
from a US bank. This number will never appear on the internet (it is
entered via physical mail), but is used for all authorized payments
into the account.  If no payout mechanism is associated with an
account, it is still possible to use the account for purchases, but
payments received cannot be translated into real funds.

Other mechanisms for payin and payout are planned but not yet available.

------------------------------

7. How are fund transfers initiated?

Any party on the internet may use First Virtual's open protocols to
initiate a fund transfer by email or by SGCP, our interactive protocol.  A
fund transfer request is an extremely simple protocol entity that requests
the transfer of a specified amount of money from one account to another.
First Virtual provides a program that initiates a transfer manually, but
the specification is simple enough that any programmer can very quickly
write software to initiate a fund transfer. It is not even difficult to
compose transactions by hand. First Virtual also has patched public domain
FTP and World Wide Web servers to allow them to ask for First Virtual
account
ID's before downloading information, and to then initiate transfers based

AMZC645612

on
those ID's. No changes to client-side software are required for this to
work.

---------------------------------

8. How are fund transfers completed?

After receiving a fund transfer request, First Virtual sends email to the
buyer, describing the requested transaction and seeking confirmation. The
buyer needs only to use his mail reader's "reply" command, and to type a
single word in the body of the reply: Yes, No, or Fraud. A "yes"
response authorizes the transaction, a "no" response declines to pay, and
a "fraud" response declares the account to be compromised and renders it
invalid. (This mechanism works with any mail reader that includes the
original subject in the reply.)

When a fund transfer is authorized with a "yes" command, the information
regarding the fund transfer is delivered via a private link to a non-
Internet computer attached to various banking networks. On that computer,
fund transfers are accumulated until they reach a certain threshhold,
after which a transaction is posted to the credit card associated with the
buyer's First Virtual account. When payment is received, the appropriate
fees are deducted, and the money is credited to the seller's payout
mechanism, initially a US checking account. Depending on the history and
status of the seller's account, a portion of the seller's funds may be
"aged" -- held in escrow pending complaints -- for a period of time
determined by First Virtual. Ultimately, however, the funds are directly
deposited into the seller's checking account.

---------------------------------

9. What keeps people from abusing the system?

No financial mechanism is completely foolproof or fraud-proof. Gold-
plated bars of lead, counterfeit coins and paper currency, and stolen
credit card numbers all attest to the historic vulnerability of commerce
mechanisms. What matters is keeping the level and consequences of fraud
to an absolute minimum, and ensuring that this minimum is acceptable to
the community.

First Virtual's system is most radical for its restructuring of the risks
of commerce in a direction that we believe to be a natural fit for the
realities of digital networks. Given that sellers assume all risk of non-
payment in our model, the obvious concern is whether or not sellers will
be "ripped off" with sufficient frequency to cause them not to participate
in our system. We have designed multiple safeguards into our system to
ensure that this is not the case.

To begin with, First Virtual provides a real-time account validation
protocol for sellers. This allows a seller to be sure that the buyer has

presented a valid, non-compromised account identifier. This validation
does not guarantee payment, but it does prevent the most simpleminded kind

AMZC645613

of fraud, in which fake    count identifiers are simply made up t_   .e
fraudulant buyer.

Next, the email-based confirmation process ensures that if a valid First
Virtual account identifier is intercepted by a malicious party, the real
accountholder will quickly become aware of the fact that the account has
been compromised, and will, with a single word reply ("fraud"), cause
First Virtual to declare the account invalid.  This means that the payoff
for stealing an account identifier will be very low – only a handful of
"stolen" information purchases for each compromised account.

Finally, the fact that the real-world financial instruments (such as
credit card numbers) never appear on the Internet serves to drastically
reduce the incentive for thievery.  The only thing that protects your
credit card number more strongly than encrypting it on the Internet is
never putting it on the Internet at all!

More details about the security issues related to First Virtual's system
may be found in the SECURITY FAQ, available via email to security@fv.com

------------------------------

10.  Where can I find more information?

The First Virtual protocols are completely "open" in the sense that there
are no secrets.  Anyone is free to read our specifications, to build their
own client implementations, and to write software that talks to our
servers.  Compete technical specifications are available via our World
Wide Web database, and have also been published as Internet RFC's (****
insert numbers here at publication ****)

Complete details about how our system works and how you can use it are
included in the other First Virtual FAQs, as outlined in the top-level
FAQ (available via "help@fv.com").  In particular, you can obtain them
with email to the following addresses:

theory@fv.com -- How our system works

signup@fv.com – How to get an account

buying@fv.com -- How to buy information


selling@fv.com -- How to sell information

security@fv.com -- How our system handles security issues

problems@fv.com -- How to deal with any problems you might have

cashflow@fv.com -- Details about the flow of money in our system

AMZC645614

Page 70/70

AMZC645615