# EXHIBIT C

The New York Times

October 15, 1994

# COMPANY NEWS; A Credit Card for On-Line Sprees

By JOHN MARKOFF,

Think of it as a universal credit card for cyberspace.

On Monday, First Virtual Holdings Inc., a start-up company with powerful backing from the computer and financial services industries will announce a new international system intended to make shopping with a Visa card from a home computer as secure and convenient as using a credit card at a shopping mall. The system, while initally intended for sales of electronic documents and other information, might eventually be used for selling other goods and services.

The new system is unlike those used on current on-line computer networks like Compuserve or Prodigy, where credit-card purchases can be made from various retailers if the customer is already a subscriber to the service. The First Virtual approach is to create an automatic authorization system that requires no previous relationship between buyer and seller.

In the era of electronic commerce, this kind of system may herald a shift comparable to the transition a generation ago, when the members-only department store credit card gave way to use-anywhere cards like Visa and Mastercard.

The new company, based in San Diego, is the brainchild of Lee Stein, a lawyer and accountant who is its president, and three computer scientists long involved with the Internet global web of computer networks. First Virtual's big partners are Electronic Data Systems Inc., a division of General Motors, and First USA, a fast-growing credit card company in Dallas that will issue a Visa card for the new service.

First Virtual is still negotiating with merchants to adopt the system, and expects that the first materials for sale will be electronic newsletters, on-line books and other information. The Department of Commerce is considering adopting the system soon for selling electronic Federal documents to the public. And First Virtual said it was in talks with publishers and mass merchants it would not identify, as part of an effort to make the system a standard for retailers of all stripes in selling information goods and services over the Internet.

The company is hardly alone. A few other on-line systems, though often more specialized, are already in place, with many others under development. Just Thursday, the Microsoft Corporation, the software giant, agreed to acquire Intuit Inc., the leading provider of personal finance software, in a bid to dominate the nascent home-banking market. And on Monday, Microsoft plans to announce that Chase Manhattan will become the latest bank to allow its customers using Microsoft software to gain access to their accounts through home computers.

Still, some experts see the First Virtual transaction system as potentially the first true consumer link between the world of credit cards, banks and the Internet, the international web of computer networks that is now estimated to have more than 20 million members and which is said to be growing at more than a million new members a month.

AMZC645617

"Valuable information can now be transported via electronic storefronts without the restrictions, capital and overhead cost of brick-and-mortar delivery channels," said Richard K. Crone, a senior manager at KPMG Peat Marwick in Los Angeles.

He said new technologies like the one being developed by First Virtual should hasten two fundamental changes in the nation's banking system: the conversion from paper to electronics, and the shift from branch banking to electronic transactions.

First Virtual's president, Mr. Stein, is also a financial adviser to rock musicians including Rod Stewart, Kenny Loggins and Peter Gabriel, and is chairman of the organization that manages Jack Murphy Stadium in San Diego. His technical experts are three computer scientists -- Nathaniel Borenstein, Einar Stefferud and Marshall Rose.

Electronic Data Systems, one of the nation's leading providers of electronic financial transaction services, will provide data processing for First Virtual. First USA, the Texas bank and credit-card issuer, will provide credit-card authorization and payment clearing.

On-line transactions are nothing new, of course. Automated teller machines, introduced in the 1970's are the most ubiquitous example -- although they simply involve the straight transfer of money into and out of bank accounts. Credit-card purchases at retail stores invariably involve the sales clerk processing the transaction by using a terminal, modem and telephone line to gain authorization from a central data base. And a variety of ticket services -- whether for theater seats, airline reservations or state lottery numbers -- are now sold through computerized networks.

But for the consumer sitting at home with modem and computer, wandering through the Internet and window-shopping at the growing number of retail "sites" now cropping up, there is no simple means of making an impulse purchase if the buyer and seller do not already know each other. The seller has no way of knowing if the stranger who approaches is good for payment, while the buyer must worry that any unguarded credit-card information sent over the network might be stolen by Internet eavesdroppers.

Many computer industry and on-line services executives have predicted that the essential ingredient to spur universal reliance on the Internet is a technology that permits secure financial transactions along the network. And the main feature of the First Virtual service is that it is based on simple electronic mail messages between buyer and seller and does not require use of secret codes and special cryptographic software for protecting privacy.

To make a purchase of information using the First Virtual system, the buyer simply sends an electronic message to a merchant over the Internet providing an account number.

The merchant then confirms the account number, delivers the information and notifies First Virtual of the transaction. The consumer then selects one of three options: confirming the purchase, declining the purchase or replying that the purchase was unauthorized.

In some ways, the transactions will be like traditional credit-card purchases: First Virtual will charge the merchant 2 percent of the sale price plus a fee of 29 cents per transaction. But merchants will not need point-of-sale terminals or telephone lines to contact a credit-card company.

First Virtual said its system would have all the checks and protections of conventional credit-card systems.

"I think this a very simple formula and yet it protects all sides," said William Seebeck, managing director of

Grant/Seebeck International, an on-line services consulting company in Wilton, Conn.

Copyright 2009 The New York Times Company  | Home  | Privacy Policy  | Search  | Corrections  | XML  | Help  | Contact Us  |

AMZC645619