# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON.COM, INC. and ) <br> AMAZON WEB SERVICES, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 06-491-MPT <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

## APPENDIX IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

### VOLUME I of II

### Exhibits 1 to 14

OF COUNSEL:

Lynn H. Pasahow
J. David Hadden
Darren E. Donnelly
Saina S. Shamilov
Ryan Marton
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Dated: January 23, 2009
Public Version Dated: January 30, 2009
899849 / 30763

Richard L. Horwitz (#2246)
David E. Moore (#3983)
D. Fon Muttamara-Walker (#4646)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

*Attorneys for Defendants*
*Amazon.com, Inc. and*
*Amazon Web Services, LLC*

## TABLE OF CONTENTS

| Exh No | Description/Title | Date |
|---|---|---|
| 1 | Source code files from Amazon.com's source code version control system for the www.amazon.com website | 1995 |
| 2 | Excerpt of Deposition of Drummond Reed in *Cordance Corp. v. Amazon.com, Inc.*, No. 06-491-MPT, Dist. Del. | 12/15/2008 |
| 3 | Excerpt of Deposition of Drummond Reed in *Cordance Corp. v. Amazon.com, Inc.*, No. 06-491-MPT, Dist. Del. | 12/16/2008 |
| 4 | Declaration of Drummond Reed Under 37 C.F.R. §1.131 and Exh. A | 5/6/2003 |
| 5 | Intermind White Paper, *Introducing Hypercommunications*, | 1996 |
| 6 | Email from Steve Mushero to davea@intermind.com Re Billing system at Amazon.com | 1/22/1996 |
| 7 | Office Action (U.S. Patent 6,044,205) | 5/13/1997 |
| 8 | Amendment (U.S. Patent 6,044,205) | 7/3/1997 |
| 9 | About Intermind's Channel Communications Patents | 12/1997 |
| 10 | U.S. Patent 5,710,887, *Computer System and Method for Electronic Commerce* | 1/20/1998 |
| 11 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR (U.S. Patent 5,862,325) | 5/16/1998 |
| 12 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR (U.S. Patent 6,044,205) | 9/18/1998 |
| 13 | Statement Filed Pursuant to the Duty of Disclosure Under 37 CFR (U.S. Patent 6,088,717) | 9/29/1998 |
| 14 | March 1999 Business Plan | 3/1999 |
| 15 | U.S. Patent 5,960,411, *Method and System for Placing a Purchase Order Via a Communications Network* | 9/28/1999 |
| 16 | About Intermind's Communications Patents | 10/28/1999 |

| Exh No | Description/Title | Date |
|---|---|---|
| 17 | October 1999 Business Plan | 10/28/1999 |
| 18 | Email from Drummond Reed to daynar@bluenile.com Re" FW" News" B7N Oneclick barred | 12/7/1999 |
| 19 | Lloyd's of London Policy: Licensing Failure Indemnity Coverage for One Name Corporation | 10/16/2000 |
| 20 | *Drummond Reed, Chief Technology Officer, OneName Inc., talks to Richard Poynder*, IP Matters | 10/26/2001 |
| 21 | Response to Official Action (U.S. Patent 6,757,710) | 12/16/2002 |
| 22 | Office Action - Rejection (U.S. Patent 6,757,710) | 2/11/2003 |
| 23 | Disclosure Statement, Information concerning the Debtor and the Debtor's Proposed Plan of Reorganization for Onename Corporation | 2/27/2004 |
| 24 | Petition to Compel Arbitration, *Cordance v. Underwriters at Lloyds' London* | 3/2/2006 |
| 25 | Cordance Third Supplemental Response to Amazon's First Set of Interrogatories (Response to Rog. 8) | 12/21/2007 |
| 26 | Cordance Responses to Amazon's Fourth Set of Rogs (Response to Rog. 22) | 12/3/2008 |
| 27 | Comparison Chart | 1/23/2009 |
| 28 | Email from Drummond Reed (drummond@intermind.com) Re !!Re: First Virtual Offers Internet Merchant Banking 10/27/94 | 10/29/1994 |
| 29 | Excerpt of Deposition of Shel Kaphan in *Amazon.com v. Barnesandnoble.com*, No. C99-1695P, W. Dist. Wash. | 10/22/2001 |
| 30 | Amazon's Second Set of Interrogatories to Corrdance (Interrogatories Nos. 12 and 13) | 11/29/2007 |
| 31 | Cordance's Responses to Amazon's Second Set of Interrogatories (Response to Interrogatory No. 13) | 12/27/2007 |
| 32 | Excerpt of Deposition of Peter Heymann in Cordance Corp. v. Amazon.com, Inc., No. 06-491-MPT, Dist. Del. | 11/18/2008 |
| 33 | Cordance's Fifth Supplemental Response to Amazon's Third Set of Interrogatories (Response to Interrogatory No. 14) | 12/1/2008 |

| Exh No | Description/Title | Date |
|---|---|---|
| 34 | Cordance's First Supplemental Responses to Amazon's Third Set of Interrogatories, (Response to Interrogatory No. 14, Exhibit A, p. 67) | 4/82008 |
| 35 | Cordance's Fifth Supplemental Response to Amazon's First Set of Interrogatories (Response to Interrogatory No. 1) | 7/2/2008 |
| 36 | Correspondence from Mr. Abrahamsen to Mr. Marton | 10/23/2008 |
| 37 | Amendment (U.S. Patent 6,757,710) | 5/9/2003 |

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, hereby certify that on January 30, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 30, 2009, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com
cloughran@wolfgreenfield.com

By: /s/ D. Fon Muttamara-Walker
    Richard L. Horwitz
    David E. Moore
    D. Fon Muttamara-Walker
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    fmuttamara-walker@potteranderson.com

757320 / 30763