IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,               )
                                    )
            Plaintiff,              )
                                    )
    v.                              )          C.A. No. 06-491-MPT
                                    )
AMAZON.COM, INC.,                   )
                                    )
            and                     )
                                    )
AMAZON WEB SERVICES, LLC,           )
                                    )
            Defendants.             )

**CORDANCE'S MOTION TO STRIKE MATERIALS PRODUCED
AFTER THE CLOSE OF DISCOVERY AND INADMISSIBLE HEARSAY**

Pursuant to Fed. R. Civ. P. 37, Cordance hereby moves to strike all material relating to

the First Virtual system and Amazon's 1995 Shopping Cart system which Amazon belatedly

attempts to rely upon in support of its Motion for Summary Judgment of Invalidity of U.S. Patent

No. 6,757,710 B2 ("Summary Judgment Motion") (D.I. 318).

In addition, Cordance moves to strike the inadmissible hearsay evidence which Amazon

has submitted in support of its Summary Judgment Motion, in violation of Fed. R. Evid. 802.

The facts, grounds, and support for this motion are set forth in Cordance's Memorandum

In Support of its Motion to Strike Materials Produced After the Close of Discovery and

Inadmissible Hearsay, and the Declaration of Jeffrey O'Neill with exhibits submitted herewith.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffery C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
joneill@wolfgreenfield.com

Dated: February 23, 2009

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.

I hereby certify that counsel for Plaintiff made a reasonable effort to reach agreement on the attached motion with counsel for Defendants, but that no agreement could be reached.

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon