IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | **REDACTED** |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., and | ) | |
| AMAZON WEB SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JEFFREY C. O'NEILL IN OPPOSITION TO AMAZON'S MOTIONS FOR SUMMARY JUDGMENT

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
617-646-8000

Dated: February 23, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDANCE CORPORATION,

Plaintiff,

v.

AMAZON.COM, INC. and AMAZON WEB
SERVICES, LLC,

Defendants.

Civil Action No. 06-491-MPT

## DECLARATION OF JEFFREY C. O'NEILL IN OPPOSITION
## TO AMAZON'S MOTIONS FOR SUMMARY JUDGMENT

As counsel for Plaintiff, Cordance Corporation, I submit this declaration under penalty of

perjury in support of Cordance's briefs in Opposition to Amazon's Motions for Summary

Judgment.

1.      Attached as Exhibit A is a true and accurate copy of U.S. Patent Application

Serial No. 08/619,115, which issued as U.S. Patent No. 6,044,205.

2.      Attached as Exhibit B is a true and accurate copy of U.S. Patent No. 6,044,205.

3.      Attached as Exhibit C is a true and accurate copy of U.S. Patent No. 6,757,710.

4.      Attached as Exhibit D is a true and accurate copy of the resume of Dr. Michael

Ian Shamos.

5.      Attached as Exhibit E are true and accurate copies of selected pages from the

McGraw Hill Dictionary of Scientific and Technical Terms (5th Ed. 1994).

6.      Attached as Exhibit F are true and accurate copies of selected pages from

Cordance's Third Set of Interrogatories to Amazon dated February 15, 2008.

7.  Attached as Exhibit G are true and accurate copies of selected pages from the deposition transcript of Sheldon Kaphan dated October 22, 2001 held in connection with the case, <u>Amazon v. BarnesandNoble.com</u>, civil action number 99-1695P, filed in the Western District of Washington, which was produced by Amazon with Bates numbers AMZC117504-117563.

8.  Attached as Exhibit H are true and accurate copies of selected pages from <u>Webster's Third New Int'l Dictionary</u> (1993).

9.  Attached as Exhibit I is a true and accurate copy of an Amazon webpage titled, "Leaving Feedback."

10. Attached as Exhibit J is a true and accurate copy of Exhibit 53A from the May 16, 2008 deposition of Brian Salvatore O'Neill.

11. Attached as Exhibit K a true and accurate copy of Exhibit 160C from the December 9, 2008 deposition of Thomas Keller.

12. Attached as Exhibit L is a true and accurate copy Exhibit 54 from the May 16, 2008 deposition of Brian Salvatore O'Neill. .

13. Attached as Exhibit M is true and accurate copy of selected pages from Cordance's First Supplemental Responses to Amazon's Third Set of Interrogatories dated April 8, 2008.

14. Attached as Exhibit N is a true and accurate copy of Exhibit 118 from the June 6, 2008 deposition of John Sitar.

15. Attached as Exhibit O are true and accurate copies of selected pages from the deposition transcript of Thomas Keller dated December 9, 2008.

16.     Attached as Exhibit P is a true and accurate copy of an Office Action Summary from the prosecution of Amazon's U.S. Patent Application Serial No. 08/928,555 dated July 2, 1999.

17.     Attached as Exhibit Q is a true and accurate copy of an Information Disclosure Statement filed on September 29, 2003 in the prosecution of Amazon's U.S. Patent Application Serial No. 10/445,285.

18.     Attached as Exhibit R is a true and accurate copy of Cordance's First Set of Interrogatories to Amazon served on January 5, 2007.

19.     Attached as Exhibit S is a true and accurate copy of selected pages from Amazon's Supplemental Responses and Objections to Plaintiff's First, Second and Third Set of Interrogatories dated December 1, 2008.

20.     Attached as Exhibit T are true and accurate copies of selected pages from the deposition transcript of Brian Salvatore O'Neill dated May 16, 2008.

REDACTED

22.     Attached as Exhibit V is true and accurate copy of selected pages from the deposition transcript of Peter Heymann dated November 18, 2008.

23.     Attached as Exhibit W is a true and accurate copy of the Declaration of Jeffrey Beazos in Support of Plaintiff's Motion for Preliminary Injunction as filed in the case: Amazon v. BarnesandNoble.com, civil action number 99-1695P, Western District of Washington, which was produced by Amazon with Bates numbers AMZC118186-118194.

24.     Attached as Exhibit X is a true and accurate copy of Cordance's First Set of Requests to Amazon dated January 5, 2007.

25.     Attached as Exhibit Y is a true and accurate copy of Amazon's First Supplemental Responses and Objections to Cordance's First Set of Interrogatories dated April 21, 2008.

26.     Attached as Exhibit Z is a true and accurate copy of Cordance's Second Set of Request for Production of Documents and Things (Nos. 34 – 58) dated December 27, 2007.

27.     Attached as Exhibit AA is a true and accurate copy of a letter dated December 12, 2008 from Chris Howland, Fenwick & West to Jeff O'Neill, Wolf Greenfield & Sacks.

28.     Attached as Exhibit BB is a true and accurate copy of a letter dated January 15, 2009 from Chris Howland, Fenwick & West to Jeff O'Neill, Wolf Greenfield & Sacks.

29.     Attached as Exhibit CC is a true and accurate copy of Cordance's First Amended Notice of Rule 30(b)(6) Deposition of Amazon.com, Inc. and Amazon Web Services, LLC dated November 20, 2008.

30.     Attached as Exhibit DD is a true and accurate copy of selected pages from the deposition transcript of John Lloyd Sitar dated December 10, 2008.

31.     Attached as Exhibit EE is a true and accurate copy of selected pages from the deposition transcript of Thomas Vaughan dated December 11, 2008.

32.     Attached as Exhibit FF is a true and accurate copy of selected pages from the deposition transcript of Thomas Keller dated December 9, 2008.

33.     Attached as Exhibit GG is a true and accurate copy of selected pages from the transcript of a telephone conference held October 15, 2008 before the Honorable Mary Pat Thynge, U.S. Magistrate Judge.

34.     Attached as Exhibit HH is a true and accurate copy of an email dated December 7, 2008 from Ryan Marton, Fenwick & West to Robert Abrahamsen, Wolf Greenfield and Sacks.

35.     Attached as Exhibit II is a true and accurate copy of a letter dated October 29, 2008 from Ryan Marton, Fenwick & West to Robert Abrahamsen, Wolf Greenfield and Sacks.

36.     Attached as Exhibit JJ is a true and accurate copy of Cordance's Second Supplemental Response to Amazon's First Set of Interrogatories dated June 4, 2007.

37.     Attached as Exhibit KK is a true and accurate copy of selected pages from the deposition transcript of Jeffrey Bezos dated October 25, 2001 in connection with the case: Amazon v. BarnesandNoble.com, civil action number 99-1695P, Western District of Washington, which was produced by Amazon with Bates numbers AMZC116894-116958.

38.     Attached as Exhibit LL is a true and accurate copy of selected pages from the transcript of a telephone conference held July 28, 2008 before the Honorable Mary Pat Thynge, U.S. Magistrate Judge.

## REDACTED

41.     I reviewed (1) Amazon's Responses to Cordance's First Set of Interrogatories and the accompanying Exhibit A; (2) Amazon's First Supplemental Responses to Cordance's First Set of Interrogatories; (3) Amazon's Second Supplemental Responses to Cordance's First Set of Interrogatories and the accompanying Supplemental Exhibit A; and (4) Amazon's Supplemental

Responses to Cordance's First, Second, and Third Sets of Interrogatories and the accompanying

Second Supplemental Exhibit A.  It is my understanding that these four documents contain the

entirety of Amazon's invalidity contentions for Cordance's '710 Patent.  Nowhere in these four

documents does Amazon identify the First Virtual System as prior art to the '710 Patent.

Furthermore, Amazon first identified the 1995 Amazon Shopping Cart system as prior art to the

'710 Patent on December 1, 2008.  Amazon produced the source code of the 1995 Amazon

Shopping Cart system that it is relying upon in its summary judgment motions on or about

December 12, 2008.  (See Ex. AA.)


Dated: February 23, 2009                              _Jeffrey C. O'Neill_

                                                      Jeffrey C. O'Neill