# EXHIBIT A



# The Platform for Privacy Preferences 1.0 (P3P1.0) Specification

## W3C Recommendation 16 April 2002

**This Version:**
   http://www.w3.org/TR/2002/REC-P3P-20020416/
**Latest Version:**
   http://www.w3.org/TR/P3P/
**Previous Version:**
   http://www.w3.org/TR/2002/PR-P3P-20020128/
**Editor:**
   Massimo Marchiori, W3C / MIT / University of Venice, (massimo@w3.org)
**Authors:**
   Lorrie Cranor, AT&T
   Marc Langheinrich, ETH Zurich
   Massimo Marchiori, W3C / MIT / University of Venice
   Martin Presler-Marshall, IBM
   Joseph Reagle, W3C/MIT

Please refer to the **errata** for this document, which may include some normative corrections.

See also translations.

Copyright ©2002 W3C[®] (MIT, INRIA, Keio), All Rights Reserved. W3C liability, trademark, document use and software licensing rules apply.

## Abstract

This is the specification of the Platform for Privacy Preferences (P3P). This document, along with its normative references, includes all the specification necessary for the implementation of interoperable P3P applications.

## Status of This Document

*This section describes the status of this document at the time of its publication. Other documents may supersede this document. The latest status of this document series is maintained at the W3C.*

This is the W3C Recommendation of the the Platform for Privacy Preferences 1.0 (P3P1.0) Specification.

This document has been reviewed by W3C Members and other interested parties and has been endorsed by the Director as a W3C Recommendation. It is a stable document and may be used as reference material or cited as a normative reference from another document. W3C's role in making the Recommendation is to draw attention to the specification and to promote its widespread deployment. This enhances the functionality and interoperability of the Web.

This document has been produced by the P3P Specification Working Group as part of the Privacy Activity in the W3C Technology & Society Domain.

Patent disclosures relevant to this specification may be found on the P3P1.0 patent disclosure page, in conformance with W3C policy.

Please report errors in this document to www-p3p-public-comments@w3.org (publicly archived).

The list of known errors in this specification is available at http://www.w3.org/2002/04/P3Pv1-errata.

The English version of this specification is the only normative version. Information about translations of this document (if any) is available at http://www.w3.org/2002/04/P3Pv1-translations.

A list of current public W3C Technical Reports can be found at http://www.w3.org/TR.

## Table of Contents

1. Introduction
    1. The P3P1.0 Specification
        1. Goals and Capabilities of P3P1.0
        2. Example of P3P in Use
        3. P3P Policies
        4. P3P User Agents
        5. Implementing P3P1.0 on Servers
        6. Future Versions of P3P
    2. About this Specification
    3. Terminology
2. Referencing Policies
    1. Overview and Purpose of Policy References
    2. Locating Policy Reference Files
        1. Well-Known Location
        2. HTTP Headers
        3. The HTML link Tag
        4. The XHTML link Tag
        5. HTTP ports and other protocols
    3. Policy Reference File Syntax and Semantics
        1. Example Policy Reference File

2. Policy Reference File Definition
    1. Policy reference file processing
        1. Significance of order
        2. Wildcards in policy reference files
    2. The META and POLICY-REFERENCES elements
    3. Policy reference file lifetimes and the EXPIRY element
        1. Motivation and mechanism
        2. The EXPIRY element
        3. Use of HTTP headers
        4. Error handling for policy reference file lifetimes
    4. The POLICY-REF element
    5. The INCLUDE and EXCLUDE elements
    6. The HINT element
    7. The COOKIE-INCLUDE and COOKIE-EXCLUDE elements
    8. The METHOD element
3. Applying a Policy to a URI
4. Forms and Related Mechanisms
4. Additional Requirements
    1. Non-ambiguity
    2. Multiple Languages
    3. The Safe Zone
    4. Policy and Policy Reference File Processing by User Agents
    5. Security of Policy Transport
    6. Policy Updates
    7. Absence of Policy Reference File
    8. Asynchronous Evaluation
5. Example Scenarios
3. Policy Syntax and Semantics
    1. Example policies
        1. English language policies
        2. XML encoding of policies
    2. Policies
        1. The POLICIES element
        2. The POLICY element
        3. The TEST element
        4. The ENTITY element
        5. The ACCESS element
        6. The DISPUTES element
        7. The REMEDIES element
    3. Statements
        1. The STATEMENT element
        2. The CONSEQUENCE element
        3. The NON-IDENTIFIABLE element
        4. The PURPOSE element
        5. The RECIPIENT element
        6. The RETENTION element
        7. The DATA-GROUP and DATA elements
    4. Categories and the CATEGORIES element
    5. Extension Mechanism: the EXTENSION element
    6. User Preferences
4. Compact Policies

Case 1:06-cv-00491-MPT    Document 357-1    Filed 03/09/09    Page 5 of 6

1. Referencing Compact Policies
2. Compact Policies Vocabulary
    1. Compact ACCESS
    2. Compact DISPUTES
    3. Compact REMEDIES
    4. Compact NON-IDENTIFIABLE
    5. Compact PURPOSE
    6. Compact RECIPIENT
    7. Compact RETENTION
    8. Compact CATEGORIES
    9. Compact TEST
3. Compact Policy Scope
4. Compact Policy Lifetime
5. Transforming a P3P Policy to a Compact Policy
6. Transforming a Compact Policy to a P3P Policy
5. Data schemas
    1. Natural Language Support for Data Schemas
    2. Data Structures
    3. The DATA-DEF and DATA-STRUCT elements
        1. Categories in P3P Data Schemas
        2. P3P Data Schema Example
        3. Use of data element names
    4. Persistence of data schemas
    5. Basic Data Structures
        1. Dates
        2. Names
        3. Logins
        4. Certificates
        5. Telephones
        6. Contact Information
            1. Postal
            2. Telecommunication
            3. Online
        7. Access Logs and Internet Addresses
            1. URI
            2. ipaddr
            3. Access Log Information
            4. Other HTTP Protocol Information
    6. The base data schema
        1. User Data
        2. Third Party Data
        3. Business Data
        4. Dynamic Data
    7. Categories and Data Elements/Structures
        1. Fixed-Category Data Elements/Structures
        2. Variable-Category Data Elements/Structures
    8. Using Data Elements
6. Appendices
    Appendix 1: References (Normative)
    Appendix 2: References (Non-normative)
    Appendix 3: The P3P base data schema Definition (Normative)

Appendix 4: XML Schema Definition (Normative)
Appendix 5: XML DTD Definition (Non-normative)
Appendix 6: ABNF Notation (Normative)
Appendix 7: P3P Guiding Principles (Non-normative)
Appendix 8: Working Group Contributors (Non-normative)

# 1. Introduction

The Platform for Privacy Preferences Project (P3P) enables Web sites to express their privacy practices in a standard format that can be retrieved automatically and interpreted easily by user agents. P3P user agents will allow users to be informed of site practices (in both machine- and human-readable formats) and to automate decision-making based on these practices when appropriate. Thus users need not read the privacy policies at every site they visit.

Although P3P provides a technical mechanism for ensuring that users can be informed about privacy policies before they release personal information, it does not provide a technical mechanism for making sure sites act according to their policies. Products implementing this specification MAY provide some assistance in that regard, but that is up to specific implementations and outside the scope of this specification. However, P3P is complementary to laws and self-regulatory programs that can provide enforcement mechanisms. In addition, P3P does not include mechanisms for transferring data or for securing personal data in transit or storage. P3P may be built into tools designed to facilitate data transfer. These tools should include appropriate security safeguards.

## 1.1 The P3P1.0 Specification

The P3P1.0 specification defines the syntax and semantics of P3P privacy policies, and the mechanisms for associating policies with Web resources. P3P policies consist of statements made using the P3P *vocabulary* for expressing privacy practices. P3P policies also reference elements of the P3P *base data schema* -- a standard set of data elements that all P3P user agents should be aware of. The P3P specification includes a mechanism for defining new data elements and data sets, and a simple mechanism that allows for extensions to the P3P vocabulary.

### 1.1.1 Goals and Capabilities of P3P1.0

P3P version 1.0 is a protocol designed to inform Web users of the data-collection practices of Web sites. It provides a way for a Web site to encode its data-collection and data-use practices in a machine-readable XML format known as a *P3P policy*. The P3P specification defines:

- A standard schema for data a Web site may wish to collect, known as the "P3P base data schema"
- A standard set of uses, recipients, data categories, and other privacy disclosures
- An XML format for expressing a privacy policy
- A means of associating privacy policies with Web pages or sites, and cookies
- A mechanism for transporting P3P policies over HTTP