

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**D. Fon Muttamara-Walker**
Attorney at Law
fmuttamara-walker@potteranderson.com
302 984-6135  Direct Phone
302 778-6135  Fax

March 12, 2009

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:   *Cordance Corporation v. Amazon.com, Inc., et al.*
      C.A. No. 06-491-MPT

Dear Magistrate Judge Thynge:

Pursuant to D. Del. LR 7.1.4, defendants Amazon.com, Inc. and Amazon Web Services, LLC respectfully request oral argument on the following motions:

- Defendants' Motion For Summary Judgment Of Non Infringement And No Willful Infringement (DI 314);

- Defendants' Motion For Summary Judgment Re Lack Of Written Description And Prosecution Laches For U.S. Patent 6,757,710 B2 (DI 316);

- Defendants' Motion For Summary Judgment Of Invalidity Of U.S. Patent 6,757,710 B2 (DI 318);

- Motion to Strike Materials Produced After The Close Of Discovery And Inadmissible Hearsay (DI 339); and

The Honorable Mary Pat Thynge
March 12, 2009
Page 2

- Motion to Strike Second Declaration of Drummond Reed In Opposition To Amazon's Motions For Summary Judgment (DI 367).

Respectfully,

*/s/ D. Fon Muttamara-Walker*

D. Fon Muttamara-Walker

FMW:nmt/906442/30673
cc: Clerk of the Court (via hand delivery)
Counsel of Record (via electronic mail)