# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-MPT |
| AMAZON.COM, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **13th** day of **March, 2009**.

IT IS ORDERED that the transcript of the teleconference held on March 13, 2009 shall serve as the order of the court on the issues addressed.

IT IS FURTHER ORDERED that the scheduling order is amended to include **August 20-21, 2009** as trial dates for the bench trial on inequitable conduct. The bench trial on inequitable conduct will begin at **9:30 a.m. on August 20, 2009.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE