# SEALED DOCUMENT

{00232713;v1}