IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | |
| Plaintiff, | Civil Action No. 06-491 - MPT |
| v. | |
| AMAZON.COM, INC., and<br>AMAZON WEB SERVICES, LLC, | |
| Defendants. | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Amazon.com, Inc. and Amazon Web Services, LLC, by and through their attorneys of record, will take the deposition of Michael Shamos. The deposition will commence on July 16, 2009 at 9:00 a.m. at the offices of Wolf Greenfield & Sacks, 600 Atlantic Avenue, Boston, MA 02210, or at another time and place mutually agreed upon by the parties. The deposition will be taken by stenographic and videographic means. Provisions for real-time monitoring via LiveNote™ or similar facility may also be used. The deposition shall continue from day to day, weekends and holidays excepted, until completed or adjoined by the attorney taking the deposition.

FENWICK & WEST LLP

LOCAL COUNSEL:

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street

By: /s/ *Saina S. Shamilov*
Saina Shaimlov
sshamilov@fenwick.com
Lynn H. Pasahow
lpasahow@fenwick.com
J. David Hadden

Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: July 7, 2009

dhadden@fenwick.com
Darren E. Donnelly
ddonnelly@fenwick.com
Ryan Marton
rmarton@fenwick.com
801 California Street
Mountain View, CA 94041
Tel: 650-988-8500

Attorneys for Defendants
Amazon.com, Inc. and
Amazon Web Services, LLC

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
| | Richard L. Horwitz (#2246) |
| Lynn H. Pasahow | David E. Moore (#3983) |
| J. David Hadden | D. Fon Muttamara-Walker (#4646) |
| Darren E. Donnelly | Hercules Plaza, 6th Floor |
| Saina S. Shamilov | 1313 N. Market Street |
| Ryan Marton | Wilmington, DE 19801 |
| FENWICK & WEST LLP | Tel: (302) 984-6000 |
| 801 California Street | rhorwitz@potteranderson.com |
| Mountain View, CA 94041 | dmoore@potteranderson.com |
| Tel: (650) 988-8500 | fmuttamara-walker@potteranderson.com |
| Dated: July 7, 2009 | *Attorneys for Defendants* |
| | *Amazon.com, Inc. and* |
| | *Amazon Web Services, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 7, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 7, 2009, the attached document was Electronically Mailed to the following person(s):

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Michael A. Albert
Robert M. Abrahamsen
Jeffrey O'Neill
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
jeffrey.oneill@wolfgreenfield.com
cloughran@wolfgreenfield.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    D. Fon Muttamara-Walker
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    fmuttamara-walker@potteranderson.com

757320 / 30763