IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-491-MPT |
| | ) | |
| AMAZON.COM, INC., | ) | |
| AMAZON WEB SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION TO ARON LEVKO

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil
Procedure, and the Local Rules of this Court, Plaintiff will take the deposition upon oral
examination of Aron Levko. The deposition shall take place on July 24, 2009 beginning at 9:00
a.m. and continuing from day to day thereafter (excluding Saturdays, Sundays, and holidays)
until completed. The deposition shall take place at the offices of Fenwick & West LLP, 801
California Street, Mountain View, CA 94041, or according to alternative arrangements upon
which counsel jointly agree. The deposition shall be taken before an officer authorized to
administer oaths and may be recorded by any means that the Federal Rules of Civil Procedure
permit, including videotaping, audio taping, stenographic recording, and means permitting
electronic transmission of the transcript, including LiveNote™. You are invited to attend and
examine.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000

Dated:  July 9, 2009