IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-MPT |
| AMAZON.COM, INC. and, AMAZON WEB SERVICES, LLC, | : |
| Defendants. | : |

### ORDER

This is a patent suit. On June 24, 2009, during the pre-trial conference in this matter, the parties informed the court of the need to construe additional terms from two of the patents-in-suit, U.S. Patent Nos. 6,757,710 ("the '710 patent") and 6,088,717 ("the '717 patent").[1] The court construes those terms as follows:

(1) "an indication to initiate a purchase transaction for purchasing the item" is construed to mean: "a message to start processing a purchase transaction for the item." ('710 patent).

(2) "automatically completing the purchase of an item" is construed to mean: "completing the purchase without human input." ('710 patent).

(3) "an indication to complete the proposed transaction" is construed to mean: "a message to complete the proposed transaction." ('710 patent).

The parties also stipulated to the meaning of additional terms which meanings the court adopts.

---

[1] The court's original claim construction of disputed phrases from each of the patents in suit issued December 5, 2008.

(4)  "maintained as an object" means: "kept as an object." ('710 patent).

(5)  "said node" in claim 50 of the '717 patent: "said node" in claim 50 refers to the same node in all elements of the claim. "Receiving node" in claim 50 is the node that receives metadata in the transferring step ("transferring said metadata in at least one direction between said node and a second node.").

July 27, 2009                     /s/ Mary Pat Thynge
                                  UNITED STATES MAGISTRATE JUDGE