IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-491-MPT |
| | : |
| AMAZON.COM, INC., and | : |
| AMAZON WEB SERVICES, LLC | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **17ᵗʰ** day of **August, 2009,**

IT IS ORDERED that lunch shall be furnished for eight jurors engaged in the above entitled case on August 17, 2009.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE