IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-491-MPT |
| : | |
| AMAZON.COM, INC., and : | |
| AMAZON WEB SERVICES, LLC : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **18th** day of **August, 2009,**

IT IS ORDERED that lunch shall be furnished for eight jurors engaged in the above entitled case on August 18, 2009.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE