IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-491-MPT |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**VERDICT FORM**

# I.
# FINDINGS ON INFRINGEMENT CLAIMS

A. **Infringement**

1. Has Plaintiff Cordance Corporation ("Cordance") proven by a preponderance of the evidence that Amazon has infringed any of the following claims of Cordance's patents?

   *"Yes" is a finding for Cordance.  "No" is a finding for Amazon.*

   **U.S. Patent no. 5,862,325 ("the '325 patent")**

   | | | |
   |---|---|---|
   | Claim 109 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 111 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 112 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 113 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 119 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 124 | Yes (infringes) _____ | No (does not infringe) ✓ |

   **U.S. Patent no. 6,088,717 ("the '717 patent")**

   | | | |
   |---|---|---|
   | Claim 50 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 74 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 96 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 97 | Yes (infringes) _____ | No (does not infringe) ✓ |

   **U.S. Patent no. 6,757,710 ("the '710 patent")**

   | | | |
   |---|---|---|
   | Claim 1 | Yes (infringes) ✓ | No (does not infringe) _____ |
   | Claim 2 | Yes (infringes) _____ | No (does not infringe) ✓ |
   | Claim 3 | Yes (infringes) ✓ | No (does not infringe) _____ |
   | Claim 5 | Yes (infringes) ✓ | No (does not infringe) _____ |
   | Claim 7 | Yes (infringes) ✓ | No (does not infringe) _____ |

Claim 8          Yes (infringes) ✓          No (does not infringe) _[initials]_

Claim 9          Yes (infringes) _____      No (does not infringe) ✓

## II.
## FINDINGS ON INVALIDITY

2. Has Amazon proven by clear and convincing evidence that any of the following claims of Cordance's patents are invalid?

   *"Yes" is a finding for Amazon. "No" is a finding for Cordance.*

   ### U.S. Patent no. 5,862,325 ("the '325 patent")

   Claim 109        Yes (invalid) _____     No (not invalid) ✓
   Claim 111        Yes (invalid) _____     No (not invalid) ✓
   Claim 113        Yes (invalid) _____     No (not invalid) ✓
   Claim 119        Yes (invalid) _____     No (not invalid) ✓
   Claim 124        Yes (invalid) _____     No (not invalid) ✓

   ### U.S. Patent no. 6,088,717 ("the '717 patent")

   Claim 50         Yes (invalid) _____     No (not invalid) ✓
   Claim 74         Yes (invalid) _____     No (not invalid) ✓
   Claim 96         Yes (invalid) _____     No (not invalid) ✓
   Claim 97         Yes (invalid) _____     No (not invalid) ✓

   ### U.S. Patent no. 6,757,710 ("the '710 patent")

   Claim 1          Yes (invalid) ✓         No (not invalid) _____
   Claim 2          Yes (invalid) ✓         No (not invalid) _____
   Claim 3          Yes (invalid) ✓         No (not invalid) _____
   Claim 5          Yes (invalid) ✓         No (not invalid) _____
   Claim 7          Yes (invalid) ✓         No (not invalid) _____

Claim 8    Yes (invalid) ✓    No (not invalid) _____

Claim 9    Yes (invalid) ✓    No (not invalid) _____

## III.
## FINDINGS ON DAMAGES (IF APPLICABLE)

Answer the following two questions only if you found a claim of the '325 patent and/or '717 patent that is both infringed and valid:

3.  What is the amount of damages that you find Cordance has proven by a preponderance of the evidence for infringement of the '325 and '717 patents:

    $ _____

4.  For any amount of damages you entered above, do you find the parties would have negotiated a license for the '325 or '717 patents as a lump sum payment or as a running-royalty:

    Lump sum       _____

    -or-

    Running-royalty _____


Answer the following two questions only if you found a claim of the '710 patent that is both infringed and valid:

5.  What is the amount of damages that you find Cordance has proven by a preponderance of the evidence for infringement of the '710 patent:

    $ _____

6.  For any amount of damages you entered above, do you find the parties would have negotiated a license for the '710 patent as a lump sum payment or as a running-royalty:

    Lump sum       _____

    -or-

Running-royalty _____

## CHECKING AND SIGNING OF VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Marshal that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: *August 18*, 2009           By: _____
                                          Presiding Juror

Case 1:06-cv-00491-MPT   Document 482   Filed 08/18/2009   Page 5 of 5