IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-491-MPT |
| | : |
| AMAZON.COM, INC. and, | : |
| AMAZON WEB SERVICES, LLC, | : |
| | : |
| Defendants. | : |

## JUDGMENT ORDER

Consistent with the Memorandum Opinion of today's date,

IT IS ORDERED, ADJUDGED and DECREED that Cordance's Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial (D.I. 502) is GRANTED IN PART, DENIED IN PART, and DISMISSED AS MOOT IN PART, as follows:

    1.  Cordance's motion for JMOL that Amazon infringes claims 109, 112, 119, and 124 of U.S. Patent No. 5,862,325 is DENIED;

    2.  Cordance's motion for JMOL that Amazon infringes claims 50, 74, and 96 of U.S. Patent No. 6,088,717 is DENIED;

    3.  Cordance's motion for JMOL that Amazon infringes claims 2 and 9 of U.S. Patent No. 6,757,710 ("the '710 patent")is DENIED;

    4.  Cordance's motion for JMOL that the claims 1, 2, 3, 5, 7, 8, and 9 of the '710 patent are not invalid is GRANTED IN PART and DENIED IN PART, as follows:

        a.  Cordance's motion for JMOL that the '710 patent meets the

requirements of 35 U.S.C. § 112, paragraph 1 because there is no written description requirement is DENIED;

    b. Cordance's motion for JMOL that claims 7–9 of the '710 patent are not invalid for lack of written description because Amazon presented insufficient evidence is GRANTED;

    c. Cordance's motion for JMOL that claims 1, 2, 3, 5, and 7–9 of the '710 patent are not invalid as anticipated by Amazon's 1995-96 shopping cart system is GRANTED;

    d. Cordance's motion for JMOL that claims 1, 3, 5, 7 and 8 of the '710 patent are not invalid under 35 U.S.C. 102(f) is GRANTED;

5. Cordance's motion for a new trial on the ground that the jury's verdict was against the clear weight of the evidence and a new trial is necessary to prevent a miscarriage of justice is DISMISSED AS MOOT;

6. Cordance's motion for a new trial on the ground that the jury applied incorrect claim constructions for "feedback information" and "indication to initiate a purchase transaction" is DENIED IN PART and DISMISSED AS MOOT IN PART, as follows:

    a. Cordance's motion for a new trial on the ground that the jury applied an incorrect claim construction for the term "feedback information" is DENIED;

    b. Cordance's motion for a new trial on the ground that the jury applied an incorrect claim construction for the term "indication to initiate a purchase transaction" is DISMISSED AS MOOT;

      7. Cordance's motion for a new trial on the ground that the jury applied incorrect law concerning the written description requirement under 35 U.S.C. § 112 is DISMISSED AS MOOT;

      8. Cordance's motion for a new trial on the ground that the court erred in granting Amazon JMOL that the claims of the '710 patent are not entitled to a conception date of November 1, 1993 is DISMISSED AS MOOT.

      9. Cordance's motion for a new trial on the ground that the court erred in precluding Cordance from calling Drummond Reed to testify concerning the written description support for the claims of the '710 patent is DISMISSED AS MOOT.


Date:  February 22, 2010            <u>/s/ Mary Pat Thynge</u>
                                            UNITED STATES MAGISTRATE JUDGE