**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORDANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-491-MPT |
| | : | |
| AMAZON.COM, INC. and, | : | |
| AMAZON WEB SERVICES, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

In light of the court's February 22, 2010 judgment order, D.I. 515, regarding Cordance's Motion for Judgement as a Matter of Law or, in the Alternative, for a New Trial,

IT IS ORDERED that the issue of damages is hereby presently BIFURCATED for any future proceedings in this matter, until further order by the court.

Date: February 22, 2010           /s/ Mary Pat Thynge
                                  UNITED STATES MAGISTRATE JUDGE