IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-491-MPT |

**CORDANCE'S MOTION FOR A PERMANENT INJUNCTION OR,
IN THE ALTERNATIVE, IMPOSITION OF AN ONGOING ROYALTY**

Plaintiff Cordance Corp. ("Cordance") hereby moves the Court to enter a permanent injunction in the form shown in Exhibit 1 hereto, pursuant to 35 U.S.C. § 283, enjoining the defendant, Amazon.com, Inc., from further infringement of either or both of claims 7 and 8 of U.S. Patent No. 6,757,710 ("'710 Patent"). In the alternative, should the Court not enter a permanent injunction, Cordance moves the Court to order Amazon to pay a royalty for ongoing infringement of the '710 Patent.

In support whereof, Cordance relies upon the following documents filed concurrently herewith:

1. Cordance's Memorandum in Support of its Motion for a Permanent Injunction or, in the Alternative, Imposition of an Ongoing Royalty;

2. Declaration of Jeffrey O'Neill in Support of Cordance's Motion for a Permanent Injunction;

3. Declaration of Drummond Reed in Support of Cordance's Motion for a Permanent Injunction; and

4. Declaration of Dr. Michael Shamos in Support of Cordance's Motion for a Permanent Injunction.

        ASHBY & GEDDES

*/s/ John G. Day*

---

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Cordance Corporation*

*Of Counsel:*

Michael A. Albert
Robert M. Abrahamsen
Jeffrey C. O'Neill
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210
(617) 646-8000
malbert@wolfgreenfield.com
rabrahamsen@wolfgreenfield.com
joneill@wolfgreenfield.com

Dated: March 18, 2010