## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-491-MPT |
| | : |
| AMAZON.COM, INC., and | : |
| AMAZON WEB SERVICES, LLC | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **19th** day of **March, 2010**.

IT IS ORDERED that the teleconference scheduled for Wednesday, March 24, 2010 at 11:00 a.m. with Judge Thynge has been rescheduled to **Thursday, March 25, 2010 at 11:00 a.m. Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE