IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDANCE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-491-MPT |
| AMAZON.COM, INC. and, AMAZON WEB SERVICES, LLC, | : |
| Defendants. | : |

## **JUDGMENT ORDER**

Consistent with the Memorandum Opinion of today's date,

IT IS ORDERED, ADJUDGED and DECREED that Cordance's motion for permanent injunction or, in the alternative, imposition of an ongoing royalty (D.I. 524) is DENIED as follows:

    1.  Cordance motion for a permanent injunction is DENIED; and

    2.  Cordance's motion for imposition of an ongoing royalty is DENIED WITHOUT PREJUDICE.

It is FURTHER ORDERED that,

    1.  In light of the court's decision to deny Cordance's motion for permanent injunction or, in the alternative, imposition of an ongoing royalty, Amazon's motion to strike the declaration of Dr. Michael Shamos in support of Cordance's motion for permanent injunction (D.I. 543) is DISMISSED AS MOOT; and

    2.  Because all of Amazon's arguments in response to Cordance's motion for a permanent injunction have been heard and addressed by the court or rendered moot,

including those contained in its motion for leave to file a short sur-reply in opposition and accompanying sur-reply, Amazon's motion for leave to file a short sur-reply (D.I. 557) is GRANTED.

Date:  July 23, 2010                    /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE