# United States Court of Appeals for the Federal Circuit

2010-1502, -1545

CORDANCE CORPORATION,

Plaintiff-Cross Appellant,

v.

AMAZON.COM, INC.,

Defendant-Appellant.

## Judgment

ON APPEAL from the     United States District Court for the District of Delaware

in CASE NO(S).     06-cv-0491

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PART, AND VACATED-IN-PART**

ENTERED BY ORDER OF THE COURT

DATED SEP 23 2011

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/31/11

**ISSUED AS A MANDATE:**    OCT 3 1 2011