# United States Court of Appeals for the Federal Circuit

2010-1502, -1545

CORDANCE CORPORATION,

Plaintiff-Cross Appellant,

v.

AMAZON.COM, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the     United States District Court for the District of Delaware

in CASE NO(S).     06-cv-0491

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**<u>AFFIRMED-IN-PART, REVERSED-IN-PART, AND VACATED-IN-PART</u>**

ENTERED BY ORDER OF THE COURT

DATED SEP 2 3 2011

/s/ Jan Horbaly
Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/31/11

**<u>ISSUED AS A MANDATE:</u>**     OCT 3 1 2011